# EXHIBIT 3

## Ampio Pharmaceuticals, Inc. Loss Chart
### Class Period: December 29, 2020 through August 3, 2022

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $0.08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keister, Justin | 8/5/2021 | 16,475 | ($1.36) | ($22,406.00) | 3/2/2022 | 16,475 | $0.45 | $7,411.75 | | | | |
| | 8/5/2021 | 8,525 | ($1.35) | ($11,508.75) | 3/2/2022 | 8,525 | $0.45 | $3,835.21 | | | | |
| | 8/5/2021 | 5,000 | ($1.35) | ($6,750.00) | 4/21/2022 | 5,000 | $0.22 | $1,124.84 | | | | |
| | 8/5/2021 | 5,000 | ($1.49) | ($7,450.00) | 4/21/2022 | 5,000 | $0.22 | $1,124.34 | | | | |
| | 8/5/2021 | 5,000 | ($1.49) | ($7,450.00) | 4/21/2022 | 5,000 | $0.22 | $1,124.34 | | | | |
| | 8/5/2021 | 5,000 | ($1.49) | ($7,450.00) | 4/21/2022 | 5,000 | $0.22 | $1,124.84 | | | | |
| | 8/5/2021 | 5,000 | ($1.49) | ($7,450.00) | 4/21/2022 | 5,000 | $0.22 | $1,124.34 | | | | |
| | 8/5/2021 | 5,000 | ($1.49) | ($7,450.00) | 4/21/2022 | 5,000 | $0.22 | $1,124.34 | | | | |
| | 8/9/2021 | 2,100 | ($1.52) | ($3,190.74) | 4/21/2022 | 2,100 | $0.24 | $497.01 | | | | |
| | 8/9/2021 | 200 | ($1.52) | ($303.88) | 4/21/2022 | 200 | $0.24 | $47.33 | | | | |
| | 8/9/2021 | 2,700 | ($1.52) | ($4,102.38) | 4/21/2022 | 2,700 | $0.24 | $638.73 | | | | |
| | 8/9/2021 | 4,000 | ($1.55) | ($6,180.00) | 4/21/2022 | 4,000 | $0.24 | $946.27 | | | | |
| | 8/9/2021 | 1,000 | ($1.54) | ($1,539.90) | 4/21/2022 | 1,000 | $0.24 | $236.57 | | | | |
| | 9/3/2021 | 8,700 | ($1.70) | ($14,790.00) | 4/21/2022 | 8,700 | $0.25 | $2,186.91 | | | | |
| | 9/3/2021 | 100 | ($1.70) | ($169.98) | 4/21/2022 | 100 | $0.25 | $25.14 | | | | |
| | 9/3/2021 | 1,200 | ($1.70) | ($2,034.00) | 4/21/2022 | 1,200 | $0.25 | $301.64 | | | | |
| | 9/3/2021 | 10,000 | ($1.70) | ($17,000.00) | 4/22/2022 | 10,000 | $0.27 | $2,652.69 | | | | |
| | 9/3/2021 | 15,000 | ($1.70) | ($25,500.00) | 4/22/2022 | 15,000 | $0.27 | $4,010.53 | | | | |
| | 9/3/2021 | 4,840 | ($1.70) | ($8,228.00) | 4/25/2022 | 4,840 | $0.27 | $1,288.74 | | | | |
| | 9/3/2021 | 5,160 | ($1.69) | ($8,720.40) | 4/25/2022 | 5,160 | $0.27 | $1,373.95 | | | | |
| | 9/20/2021 | 10,000 | ($1.66) | ($16,599.00) | 5/12/2022 | 10,000 | $0.21 | $2,078.69 | | | | |
| | 1/28/2022 | 3,000 | ($0.49) | ($1,474.00) | 5/12/2022 | 3,000 | $0.21 | $623.61 | | | | |
| | 1/28/2022 | 2,000 | ($0.49) | ($983.19) | 5/13/2022 | 2,000 | $0.21 | $428.74 | | | | |
| | 1/28/2022 | 4,538 | ($0.49) | ($2,230.88) | 5/18/2022 | 4,538 | $0.19 | $884.30 | | | | |
| | 1/28/2022 | 462 | ($0.49) | ($225.27) | 5/18/2022 | 462 | $0.19 | $90.03 | | | | |
| | 2/1/2022 | 2,400 | ($0.52) | ($1,250.16) | 5/18/2022 | 2,400 | $0.19 | $467.68 | | | | |
| | 2/1/2022 | 2,600 | ($0.52) | ($1,354.08) | 5/18/2022 | 2,600 | $0.19 | $506.65 | | | | |
| | 2/1/2022 | 805 | ($0.52) | ($419.24) | 5/18/2022 | 805 | $0.19 | $153.90 | | | | |
| | 2/1/2022 | 10 | ($0.52) | ($5.21) | 5/18/2022 | 10 | $0.19 | $1.90 | | | | |

| 2/1/2022 | 205 | ($0.52) | ($106.77) | 5/18/2022 | 205 | $0.19 | $39.11 |
|---|---|---|---|---|---|---|---|
| 2/1/2022 | 300 | ($0.52) | ($156.24) | 5/18/2022 | 300 | $0.19 | $57.16 |
| 2/1/2022 | 1 | ($0.52) | ($0.52) | 5/18/2022 | 1 | $0.19 | $0.19 |
| 2/1/2022 | 3,679 | ($0.52) | ($1,916.02) | 5/18/2022 | 3,679 | $0.19 | $698.51 |
| 2/1/2022 | 5,000 | ($0.53) | ($2,661.00) | 5/18/2022 | 5,000 | $0.19 | $949.33 |
| 2/1/2022 | 3,424 | ($0.53) | ($1,806.50) | 5/18/2022 | 3,424 | $0.19 | $650.10 |
| 2/1/2022 | 400 | ($0.53) | ($211.04) | 5/18/2022 | 400 | $0.19 | $75.47 |
| 2/1/2022 | 5,005 | ($0.53) | ($2,640.64) | 5/18/2022 | 5,005 | $0.19 | $943.77 |
| 2/1/2022 | 10,000 | ($0.53) | ($5,276.00) | 5/18/2022 | 10,000 | $0.19 | $1,899.66 |
| 2/1/2022 | 499 | ($0.53) | ($263.27) | 5/18/2022 | 499 | $0.19 | $94.80 |
| 2/1/2022 | 3,507 | ($0.53) | ($1,850.30) | 5/18/2022 | 3,507 | $0.19 | $665.85 |
| 2/1/2022 | 100 | ($0.53) | ($52.76) | 5/18/2022 | 100 | $0.19 | $18.98 |
| 2/1/2022 | 300 | ($0.53) | ($158.28) | 5/18/2022 | 300 | $0.19 | $56.90 |
| 2/1/2022 | 100 | ($0.53) | ($52.76) | 5/18/2022 | 100 | $0.19 | $18.96 |
| 2/1/2022 | 400 | ($0.53) | ($211.04) | 5/18/2022 | 400 | $0.19 | $75.79 |
| 2/1/2022 | 300 | ($0.53) | ($158.28) | 5/18/2022 | 300 | $0.19 | $56.80 |
| 2/1/2022 | 10,965 | ($0.53) | ($5,785.13) | 5/18/2022 | 10,965 | $0.19 | $2,067.62 |
| 2/2/2022 | 23,529 | ($0.54) | ($12,686.84) | 5/18/2022 | 23,529 | $0.19 | $4,436.77 |
| 2/2/2022 | 21,471 | ($0.54) | ($11,577.16) | 5/18/2022 | 21,471 | $0.18 | $3,879.08 |
| 2/2/2022 | 3,529 | ($0.52) | ($1,835.08) | 5/18/2022 | 3,529 | $0.18 | $637.57 |
| 2/3/2022 | 2,500 | ($0.48) | ($1,201.50) | 5/31/2022 | 2,500 | $0.18 | $462.16 |
| 2/15/2022 | 5,000 | ($0.49) | ($2,462.50) | 5/31/2022 | 5,000 | $0.19 | $930.83 |
| 2/15/2022 | 5,000 | ($0.49) | ($2,462.50) | 5/31/2022 | 5,000 | $0.19 | $930.84 |
| 2/22/2022 | 431 | ($0.46) | ($199.21) | 5/31/2022 | 431 | $0.19 | $80.24 |
| 2/22/2022 | 4,569 | ($0.46) | ($2,101.74) | 5/31/2022 | 4,569 | $0.19 | $850.59 |
| 3/3/2022 | 5,000 | ($0.53) | ($2,650.00) | 5/31/2022 | 5,000 | $0.02 | $96.83 |
| 3/3/2022 | 2,500 | ($0.53) | ($1,325.00) | 5/31/2022 | 2,500 | $0.19 | $464.92 |
| 3/9/2022 | 2,500 | ($0.44) | ($1,092.75) | 5/31/2022 | 2,500 | $0.19 | $464.91 |
| 3/21/2022 | 5,000 | ($0.43) | ($2,141.00) | 5/31/2022 | 5,000 | $0.19 | $939.33 |
| 3/28/2022 | 2,000 | ($0.49) | ($970.00) | 5/31/2022 | 2,000 | $0.19 | $376.13 |
| 4/11/2022 | 8,000 | ($0.42) | ($3,367.20) | 5/31/2022 | 8,000 | $0.19 | $1,504.53 |
| 4/11/2022 | 1,654 | ($0.41) | ($676.32) | 5/31/2022 | 1,654 | $0.19 | $313.71 |
| 4/11/2022 | 846 | ($0.41) | ($345.76) | 5/31/2022 | 846 | $0.19 | $160.45 |

| 4/12/2022 | 2,500 | ($0.40) | ($1,002.00) | 5/31/2022 | 2,500 | $0.19 | $474.17 |
| 4/12/2022 | 5,000 | ($0.40) | ($2,004.00) | 5/31/2022 | 5,000 | $0.19 | $949.33 |
| 4/12/2022 | 10,000 | ($0.40) | ($4,008.00) | 6/7/2022 | 10,000 | $0.19 | $1,898.65 |
| 4/12/2022 | 5,000 | ($0.40) | ($2,004.00) | 6/7/2022 | 5,000 | $0.19 | $939.83 |
| 4/12/2022 | 2,500 | ($0.40) | ($996.50) | 6/7/2022 | 2,500 | $0.19 | $476.67 |
| 4/12/2022 | 7,500 | ($0.39) | ($2,940.75) | 6/7/2022 | 7,500 | $0.19 | $1,429.99 |
| 4/12/2022 | 10,000 | ($0.39) | ($3,921.00) | 6/7/2022 | 10,000 | $0.19 | $1,907.66 |
| 4/12/2022 | 7,400 | ($0.39) | ($2,901.54) | 6/7/2022 | 7,400 | $0.19 | $1,423.50 |
| 4/12/2022 | 2,600 | ($0.39) | ($1,018.16) | 6/7/2022 | 2,600 | $0.19 | $500.15 |
| 4/13/2022 | 707 | ($0.40) | ($284.85) | 6/7/2022 | 707 | $0.19 | $136.01 |
| 4/13/2022 | 163 | ($0.40) | ($65.66) | 6/7/2022 | 163 | $0.19 | $31.35 |
| 4/14/2022 | 213 | ($0.40) | ($84.99) | 6/7/2022 | 213 | $1.92 | $409.74 |
| 4/18/2022 | 2,000 | ($0.39) | ($770.00) | 6/7/2022 | 2,000 | $0.19 | $384.73 |
| 4/18/2022 | 12,820 | ($0.39) | ($4,935.70) | 6/7/2022 | 12,820 | $0.20 | $2,523.81 |
| 4/18/2022 | 180 | ($0.38) | ($69.16) | 6/7/2022 | 180 | $0.20 | $35.44 |
| 4/18/2022 | 2,000 | ($0.38) | ($765.00) | 6/7/2022 | 2,000 | $0.20 | $393.73 |
| 4/18/2022 | 10,000 | ($0.39) | ($3,859.00) | 6/8/2022 | 10,000 | $0.20 | $2,048.65 |
| 4/18/2022 | 1,000 | ($0.39) | ($385.90) | 6/8/2022 | 1,000 | $0.20 | $204.87 |
| 4/18/2022 | 4,029 | ($0.39) | ($1,551.17) | 6/8/2022 | 4,029 | $0.20 | $825.40 |
| 4/18/2022 | 5,800 | ($0.04) | ($228.36) | 6/8/2022 | 5,800 | $0.20 | $1,188.22 |
| 4/18/2022 | 1,800 | ($0.38) | ($691.38) | 6/8/2022 | 1,800 | $0.20 | $368.75 |
| 4/18/2022 | 300 | ($0.38) | ($115.20) | 6/8/2022 | 300 | $0.20 | $61.46 |
| 4/18/2022 | 2,071 | ($0.38) | ($791.12) | 6/8/2022 | 2,071 | $0.20 | $424.28 |
| 4/20/2022 | 5,000 | ($0.34) | ($1,700.00) | 6/8/2022 | 5,000 | $0.20 | $999.83 |
| 4/20/2022 | 4,300 | ($0.34) | ($1,443.51) | 6/8/2022 | 4,300 | $0.20 | $859.85 |
| 4/20/2022 | 700 | ($0.34) | ($234.92) | 6/8/2022 | 700 | $0.20 | $139.98 |
| 4/20/2022 | 800 | ($0.34) | ($269.20) | 6/8/2022 | 800 | $0.20 | $159.97 |
| 4/20/2022 | 1,300 | ($0.34) | ($437.32) | 6/8/2022 | 1,300 | $0.20 | $259.95 |
| 4/20/2022 | 400 | ($0.34) | ($134.38) | 6/8/2022 | 400 | $0.20 | $79.99 |
| 4/20/2022 | 2,500 | ($0.33) | ($829.75) | 6/8/2022 | 2,500 | $0.20 | $499.91 |
| 4/20/2022 | 2,500 | ($0.33) | ($832.50) | 6/8/2022 | 2,500 | $0.20 | $499.92 |
| 4/20/2022 | 2,500 | ($0.33) | ($832.50) | 6/8/2022 | 2,500 | $0.20 | $499.91 |
| 4/20/2022 | 5,000 | ($0.34) | ($1,724.50) | 6/8/2022 | 5,000 | $0.20 | $999.83 |

| 5/5/2022 | 10,000 | ($0.23) | ($2,337.00) | 6/8/2022 | 10,000 | $0.23 | $2,299.65 | | | |
| 5/5/2022 | 15,000 | ($0.23) | ($3,505.50) | 7/8/2022 | 15,000 | $0.18 | $2,664.99 | | | |
| 5/5/2022 | 5,000 | ($0.23) | ($1,168.50) | 7/11/2022 | 5,000 | $0.18 | $916.83 | | | |
| 5/5/2022 | 20,000 | ($0.23) | ($4,674.00) | 7/18/2022 | 20,000 | $0.17 | $3,403.32 | | | |
| | 444,112 | | ($320,133.19) | | 444,112 | | $95,653.22 | 0 | $0.00 | ($224,479.97) |

*Rounded to the nearest cent.