**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02105-WJM-MEH

CHRISTOPHER KAIN, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

  v.

AMPIO PHARMACEUTICALS,
INC., MICHAEL A. MARTINO,
MICHAEL MACALUSO, and
HOLLI CHEREVKA,

     Defendants.

---

**DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF PADME
MANAGEMENT CORP. FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL**

---

I, Adam M. Apton, hereby declare, pursuant to 28 U.S.C. §1746, that:

1.      I am a member in good standing of the bar of this Court. I submit this declaration in support of the motion filed by Padme Management Corp. ("Movant") for appointment as Lead Plaintiff in the above-captioned action (the "Action") and approval of Movant's selection of counsel for the Class.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant's owner and sole director, Mr. Raul Ferrer, on behalf of Movant.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the first-filed action, which was published on August 17, 2022.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 17, 2022                    */s/ Adam M. Apton*
                                                   Adam M. Apton

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

/s/ Adam M. Apton
Adam M. Apton
Levi & Korsinsky, LLP
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

3