# EXHIBIT A

Case No. 1:22-cv-02105-WJM-CYC     Document 18-2     filed 10/17/22     USDC Colorado
pg 1 of 15

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Raul Ferrer, on behalf of Padme Management Corp. ("Plaintiff"), duly certify and say, as to the claims asserted under the federal securities laws, that:

1.    I am duly authorized to act on behalf of Plaintiff.

2.    Plaintiff has reviewed a complaint filed in the action and adopts its allegations.

3.    Plaintiff did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this action.

4.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.    Plaintiff's transaction(s) in Ampio Pharmaceuticals, Inc., which are the subject of this litigation, during the class period set forth in the complaint are set forth in the chart attached hereto.

6.    Within the last 3 years, Plaintiff has not sought to serve nor has it served as a class representative in any federal securities fraud case.

7.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October  14 , 2022.

Padme Management Corp.

By:    Raul Ferrer, Owner

| Case Name | Ampio Pharmaceuticals, Inc. |
|---|---|
| Ticker | AMPE |
| Class Period | 12-29-2020 to 08-03-2022 |

**Account 1**
**Client Name**
Padme Management Corp

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 02-18-2021 | P | 50000 | $ 01.9000 |
| 09-01-2021 | S | -6303 | $ 01.6500 |
| 09-01-2021 | S | -431 | $ 01.6500 |
| 09-01-2021 | S | -391 | $ 01.6500 |
| 09-01-2021 | S | -29 | $ 01.6500 |
| 09-01-2021 | S | -400 | $ 01.6500 |
| 09-01-2021 | S | -7000 | $ 01.6500 |
| 09-01-2021 | S | -446 | $ 01.6500 |
| 09-01-2021 | S | -5000 | $ 01.6500 |
| 09-01-2021 | S | -4 | $ 01.6100 |
| 09-01-2021 | S | -6000 | $ 01.6100 |
| 09-01-2021 | S | -1000 | $ 01.6100 |
| 09-01-2021 | S | -3900 | $ 01.6100 |
| 09-01-2021 | S | -193 | $ 01.6100 |
| 09-01-2021 | S | -3773 | $ 01.6100 |
| 09-01-2021 | S | -5130 | $ 01.6100 |
| 09-01-2021 | S | -1500 | $ 01.6200 |
| 09-01-2021 | S | -634 | $ 01.6200 |
| 09-01-2021 | S | -622 | $ 01.6200 |
| 09-01-2021 | S | -198 | $ 01.6200 |
| 09-01-2021 | S | -46 | $ 01.6200 |
| 09-01-2021 | S | -431 | $ 01.6200 |
| 09-01-2021 | S | -200 | $ 01.6200 |
| 09-01-2021 | S | -569 | $ 01.6200 |
| 09-01-2021 | S | -367 | $ 01.6200 |
| 09-01-2021 | S | -533 | $ 01.6200 |
| 09-01-2021 | S | -404 | $ 01.6200 |
| 09-01-2021 | S | -496 | $ 01.6200 |
| 09-01-2021 | S | -14000 | $ 01.6200 |
| 09-01-2021 | S | -11955 | $ 01.6500 |
| 09-01-2021 | S | -5543 | $ 01.6500 |
| 09-01-2021 | S | -200 | $ 01.6500 |
| 09-01-2021 | S | -3 | $ 01.6500 |
| 09-01-2021 | S | -431 | $ 01.6500 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 09-01-2021 | S | -4368 | $ 01.6500 |
| 09-01-2021 | S | -7500 | $ 01.6500 |
| 09-01-2021 | S | -100 | $ 01.6500 |
| 09-01-2021 | S | -2100 | $ 01.6500 |
| 09-01-2021 | S | -7 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6500 |
| 09-01-2021 | S | -919 | $ 01.6500 |
| 09-01-2021 | S | -577 | $ 01.6500 |
| 09-01-2021 | S | -323 | $ 01.6500 |
| 09-01-2021 | S | -477 | $ 01.6500 |
| 09-01-2021 | S | -323 | $ 01.6500 |
| 09-01-2021 | S | -100 | $ 01.6500 |
| 09-01-2021 | S | -919 | $ 01.6500 |
| 09-01-2021 | S | -900 | $ 01.6500 |
| 09-01-2021 | S | -100 | $ 01.6500 |
| 09-01-2021 | S | -100 | $ 01.6500 |
| 09-01-2021 | S | -100 | $ 01.6500 |
| 09-01-2021 | S | -16500 | $ 01.6400 |
| 09-01-2021 | S | -300 | $ 01.6400 |
| 09-01-2021 | S | -1055 | $ 01.6400 |
| 09-01-2021 | S | -2700 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -44 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -300 | $ 01.6400 |
| 09-01-2021 | S | -200 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -150 | $ 01.6400 |
| 09-01-2021 | S | -300 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -600 | $ 01.6400 |
| 09-01-2021 | S | -28 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -200 | $ 01.6400 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -200 | $ 01.6400 |
| 09-01-2021 | S | -200 | $ 01.6400 |
| 09-01-2021 | S | -79 | $ 01.6400 |
| 09-01-2021 | S | -7 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -89 | $ 01.6400 |
| 09-01-2021 | S | -103 | $ 01.6400 |
| 09-01-2021 | S | -41 | $ 01.6400 |
| 09-01-2021 | S | -50 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6400 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -300 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -200 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -59 | $ 01.6300 |
| 09-01-2021 | S | -400 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -300 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -400 | $ 01.6300 |
| 09-01-2021 | S | -6472 | $ 01.6300 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 09-01-2021 | S | -400 | $ 01.6300 |
| 09-01-2021 | S | -4 | $ 01.6300 |
| 09-01-2021 | S | -75 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -1 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -123 | $ 01.6200 |
| 09-01-2021 | S | -1200 | $ 01.6300 |
| 09-01-2021 | S | -600 | $ 01.6300 |
| 09-01-2021 | S | -1200 | $ 01.6300 |
| 09-01-2021 | S | -800 | $ 01.6300 |
| 09-01-2021 | S | -800 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6300 |
| 09-01-2021 | S | -400 | $ 01.6300 |
| 09-01-2021 | S | -200 | $ 01.6300 |
| 09-01-2021 | S | -600 | $ 01.6300 |
| 09-01-2021 | S | -800 | $ 01.6300 |
| 09-01-2021 | S | -200 | $ 01.6300 |
| 09-01-2021 | S | -800 | $ 01.6300 |
| 09-01-2021 | S | -900 | $ 01.6300 |
| 09-01-2021 | S | -800 | $ 01.6300 |
| 09-01-2021 | S | -400 | $ 01.6300 |
| 09-01-2021 | S | -800 | $ 01.6300 |
| 09-01-2021 | S | -400 | $ 01.6300 |
| 09-01-2021 | S | -400 | $ 01.6300 |
| 09-01-2021 | S | -400 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-01-2021 | S | -200 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-01-2021 | S | -400 | $ 01.6200 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-01-2021 | S | -600 | $ 01.6200 |
| 09-01-2021 | S | -500 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-01-2021 | S | -700 | $ 01.6300 |
| 09-01-2021 | S | -200 | $ 01.6300 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-01-2021 | S | -300 | $ 01.6200 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-01-2021 | S | -189 | $ 01.6200 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 09-01-2021 | S | -64 | $ 01.6200 |
| 09-01-2021 | S | -200 | $ 01.6200 |
| 09-01-2021 | S | -74 | $ 01.6200 |
| 09-01-2021 | S | -300 | $ 01.6200 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-01-2021 | S | -79 | $ 01.6200 |
| 09-01-2021 | S | -84 | $ 01.6200 |
| 09-01-2021 | S | -11 | $ 01.6200 |
| 09-01-2021 | S | -600 | $ 01.6200 |
| 09-01-2021 | S | -174 | $ 01.6200 |
| 09-01-2021 | S | -200 | $ 01.6200 |
| 09-01-2021 | S | -600 | $ 01.6200 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-01-2021 | S | -100 | $ 01.6200 |
| 09-02-2021 | S | -30 | $ 01.6600 |
| 09-02-2021 | S | -200 | $ 01.6600 |
| 09-02-2021 | S | -100 | $ 01.6600 |
| 09-02-2021 | S | -500 | $ 01.6600 |
| 09-02-2021 | S | -100 | $ 01.6600 |
| 09-02-2021 | S | -50 | $ 01.6500 |
| 09-02-2021 | S | -100 | $ 01.6500 |
| 09-02-2021 | S | -100 | $ 01.6500 |
| 09-02-2021 | S | -200 | $ 01.6500 |
| 09-02-2021 | S | -35 | $ 01.6500 |
| 09-02-2021 | S | -700 | $ 01.6500 |
| 09-02-2021 | S | -100 | $ 01.6500 |
| 09-02-2021 | S | -400 | $ 01.6500 |
| 09-02-2021 | S | -300 | $ 01.6500 |
| 09-02-2021 | S | -100 | $ 01.6500 |
| 09-02-2021 | S | -100 | $ 01.6500 |
| 09-02-2021 | S | -100 | $ 01.6500 |
| 09-02-2021 | S | -100 | $ 01.6500 |
| 09-02-2021 | S | -200 | $ 01.6500 |
| 09-02-2021 | S | -100 | $ 01.6500 |
| 09-02-2021 | S | -300 | $ 01.6500 |
| 09-02-2021 | S | -100 | $ 01.6500 |
| 09-02-2021 | S | -200 | $ 01.6500 |
| 09-02-2021 | S | -100 | $ 01.6500 |
| 09-02-2021 | S | -100 | $ 01.6500 |
| 09-02-2021 | S | -100 | $ 01.6500 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 09-02-2021 | S | -1500 | $ 01.6500 |
| 09-02-2021 | S | -100 | $ 01.6500 |
| 09-02-2021 | S | -100 | $ 01.6500 |
| 09-02-2021 | S | -3 | $ 01.6500 |
| 09-02-2021 | S | -5292 | $ 01.6500 |
| 09-02-2021 | S | -7105 | $ 01.6500 |
| 09-02-2021 | S | -29240 | $ 01.6500 |
| 09-15-2021 | P | 300 | $ 01.5600 |
| 09-15-2021 | P | 134 | $ 01.5600 |
| 09-15-2021 | P | 94 | $ 01.5600 |
| 09-15-2021 | P | 100 | $ 01.5600 |
| 09-15-2021 | P | 200 | $ 01.5600 |
| 09-15-2021 | P | 100 | $ 01.5600 |
| 09-15-2021 | P | 100 | $ 01.5600 |
| 09-15-2021 | P | 100 | $ 01.5600 |
| 09-15-2021 | P | 100 | $ 01.5600 |
| 09-15-2021 | P | 100 | $ 01.5600 |
| 09-15-2021 | P | 100 | $ 01.5600 |
| 09-15-2021 | P | 100 | $ 01.5600 |
| 09-15-2021 | P | 100 | $ 01.5600 |
| 09-15-2021 | P | 21 | $ 01.5600 |
| 09-15-2021 | P | 100 | $ 01.5600 |
| 09-15-2021 | P | 3800 | $ 01.5600 |
| 09-15-2021 | P | 898 | $ 01.5600 |
| 09-15-2021 | P | 440 | $ 01.5600 |
| 09-15-2021 | P | 900 | $ 01.5600 |
| 09-15-2021 | P | 486 | $ 01.5600 |
| 09-15-2021 | P | 1872 | $ 01.5600 |
| 09-15-2021 | P | 678 | $ 01.5600 |
| 09-15-2021 | P | 7669 | $ 01.5600 |
| 09-15-2021 | P | 281 | $ 01.5600 |
| 09-15-2021 | P | 3197 | $ 01.5600 |
| 09-15-2021 | P | 2000 | $ 01.5600 |
| 09-15-2021 | P | 801 | $ 01.5600 |
| 09-15-2021 | P | 2002 | $ 01.5600 |
| 09-15-2021 | P | 51 | $ 01.5600 |
| 09-15-2021 | P | 250 | $ 01.5600 |
| 09-15-2021 | P | 7564 | $ 01.5600 |
| 09-15-2021 | P | 800 | $ 01.5600 |
| 09-15-2021 | P | 400 | $ 01.5600 |
| 09-15-2021 | P | 195 | $ 01.5600 |
| 09-15-2021 | P | 3067 | $ 01.5600 |
| 09-15-2021 | P | 1 | $ 01.5600 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 09-15-2021 | P | 200 | $ 01.5600 |
| 09-15-2021 | P | 100 | $ 01.5600 |
| 09-15-2021 | P | 10599 | $ 01.5600 |
| 09-15-2021 | P | 100 | $ 01.5500 |
| 09-15-2021 | P | 100 | $ 01.5500 |
| 09-15-2021 | P | 100 | $ 01.5500 |
| 09-15-2021 | P | 200 | $ 01.5500 |
| 09-15-2021 | P | 100 | $ 01.5500 |
| 09-15-2021 | P | 100 | $ 01.5500 |
| 09-15-2021 | P | 100 | $ 01.5500 |
| 09-15-2021 | P | 100 | $ 01.5500 |
| 09-15-2021 | P | 100 | $ 01.5500 |
| 09-15-2021 | P | 100 | $ 01.5500 |
| 09-15-2021 | P | 100 | $ 01.5500 |
| 09-15-2021 | P | 100 | $ 01.5500 |
| 09-15-2021 | P | 100 | $ 01.5500 |
| 09-15-2021 | P | 100 | $ 01.5500 |
| 09-15-2021 | P | 100 | $ 01.5500 |
| 09-15-2021 | P | 200 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 200 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 200 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 200 | $ 01.5700 |
| 09-15-2021 | P | 200 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 1200 | $ 01.5700 |
| 09-15-2021 | P | 500 | $ 01.5700 |

Page 7

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 200 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 1000 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 200 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 300 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 700 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 700 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 400 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 1000 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 200 | $ 01.5700 |
| 09-15-2021 | P | 800 | $ 01.5700 |
| 09-15-2021 | P | 117 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 400 | $ 01.5700 |
| 09-15-2021 | P | 200 | $ 01.5700 |
| 09-15-2021 | P | 200 | $ 01.5700 |
| 09-15-2021 | P | 200 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 200 | $ 01.5700 |
| 09-15-2021 | P | 3000 | $ 01.5700 |
| 09-15-2021 | P | 1300 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 400 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 700 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 197 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 26 | $ 01.5700 |
| 09-15-2021 | P | 200 | $ 01.5700 |
| 09-15-2021 | P | 200 | $ 01.5700 |
| 09-15-2021 | P | 400 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 100 | $ 01.5700 |
| 09-15-2021 | P | 300 | $ 01.6200 |
| 09-15-2021 | P | 200 | $ 01.6200 |
| 09-15-2021 | P | 500 | $ 01.6200 |
| 09-15-2021 | P | 100 | $ 01.6200 |
| 09-15-2021 | P | 400 | $ 01.6200 |
| 09-15-2021 | P | 200 | $ 01.6200 |
| 09-15-2021 | P | 200 | $ 01.6200 |
| 09-15-2021 | P | 100 | $ 01.6200 |
| 09-15-2021 | P | 500 | $ 01.6200 |
| 09-15-2021 | P | 500 | $ 01.6200 |
| 09-15-2021 | P | 100 | $ 01.6200 |
| 09-15-2021 | P | 100 | $ 01.6200 |
| 09-15-2021 | P | 400 | $ 01.6200 |
| 09-15-2021 | P | 300 | $ 01.6200 |
| 09-15-2021 | P | 300 | $ 01.6200 |
| 09-15-2021 | P | 200 | $ 01.6200 |
| 09-15-2021 | P | 200 | $ 01.6200 |
| 09-15-2021 | P | 1000 | $ 01.6200 |
| 09-15-2021 | P | 100 | $ 01.6200 |
| 09-15-2021 | P | 200 | $ 01.6200 |
| 09-15-2021 | P | 100 | $ 01.6200 |
| 09-15-2021 | P | 800 | $ 01.6200 |
| 09-15-2021 | P | 400 | $ 01.6200 |
| 09-15-2021 | P | 200 | $ 01.6200 |
| 09-15-2021 | P | 100 | $ 01.6200 |
| 09-15-2021 | P | 113 | $ 01.6200 |
| 09-15-2021 | P | 200 | $ 01.6200 |
| 09-15-2021 | P | 600 | $ 01.6200 |
| 09-15-2021 | P | 400 | $ 01.6200 |
| 09-15-2021 | P | 200 | $ 01.6200 |
| 09-15-2021 | P | 2459 | $ 01.6200 |
| 09-15-2021 | P | 100 | $ 01.6200 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 09-15-2021 | P | 39901 | $ 01.6200 |
| 09-15-2021 | P | 2182 | $ 01.6200 |
| 09-15-2021 | P | 6345 | $ 01.6200 |
| 09-15-2021 | P | 200 | $ 01.6700 |
| 09-15-2021 | P | 400 | $ 01.6700 |
| 09-15-2021 | P | 100 | $ 01.6700 |
| 09-15-2021 | P | 519 | $ 01.6700 |
| 09-15-2021 | P | 100 | $ 01.6700 |
| 09-15-2021 | P | 8500 | $ 01.6700 |
| 09-15-2021 | P | 6400 | $ 01.6700 |
| 09-15-2021 | P | 23781 | $ 01.6700 |
| 10-15-2021 | P | 10000 | $ 01.5000 |
| 12-14-2021 | P | 11916 | $ 00.6700 |
| 12-14-2021 | P | 5200 | $ 00.6700 |
| 12-14-2021 | P | 800 | $ 00.6700 |
| 12-14-2021 | P | 1850 | $ 00.6700 |
| 12-14-2021 | P | 2900 | $ 00.6700 |
| 12-14-2021 | P | 12334 | $ 00.6700 |
| 12-14-2021 | P | 65000 | $ 00.6700 |
| 08-03-2022 | S | -300 | $ 00.1500 |
| 08-03-2022 | S | -700 | $ 00.1500 |
| 08-03-2022 | S | -300 | $ 00.1500 |
| 08-03-2022 | S | -4000 | $ 00.1500 |
| 08-03-2022 | S | -300 | $ 00.1500 |
| 08-03-2022 | S | -500 | $ 00.1500 |
| 08-03-2022 | S | -900 | $ 00.1500 |
| 08-03-2022 | S | -100 | $ 00.1500 |
| 08-03-2022 | S | -100 | $ 00.1500 |
| 08-03-2022 | S | -100 | $ 00.1500 |
| 08-03-2022 | S | -1000 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -900 | $ 00.1500 |
| 08-03-2022 | S | -100 | $ 00.1500 |
| 08-03-2022 | S | -1000 | $ 00.1500 |
| 08-03-2022 | S | -1000 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -1000 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -1000 | $ 00.1500 |
| 08-03-2022 | S | -1000 | $ 00.1500 |
| 08-03-2022 | S | -4000 | $ 00.1500 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 08-03-2022 | S | -2000 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -1000 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -700 | $ 00.1500 |
| 08-03-2022 | S | -200 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -1000 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -1000 | $ 00.1500 |
| 08-03-2022 | S | -200 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -1000 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -200 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -136 | $ 00.1500 |
| 08-03-2022 | S | -112 | $ 00.1500 |
| 08-03-2022 | S | -1017 | $ 00.1500 |
| 08-03-2022 | S | -2000 | $ 00.1500 |
| 08-03-2022 | S | -200 | $ 00.1500 |
| 08-03-2022 | S | -1600 | $ 00.1500 |
| 08-03-2022 | S | -1000 | $ 00.1500 |
| 08-03-2022 | S | -1000 | $ 00.1500 |

Page 11

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 08-03-2022 | S | -1400 | $ 00.1500 |
| 08-03-2022 | S | -100 | $ 00.1500 |
| 08-03-2022 | S | -3000 | $ 00.1500 |
| 08-03-2022 | S | -300 | $ 00.1500 |
| 08-03-2022 | S | -2700 | $ 00.1500 |
| 08-03-2022 | S | -2011 | $ 00.1500 |
| 08-03-2022 | S | -200 | $ 00.1500 |
| 08-03-2022 | S | -300 | $ 00.1500 |
| 08-03-2022 | S | -200 | $ 00.1500 |
| 08-03-2022 | S | -200 | $ 00.1500 |
| 08-03-2022 | S | -4600 | $ 00.1500 |
| 08-03-2022 | S | -48108 | $ 00.1500 |
| 08-03-2022 | S | -6806 | $ 00.1500 |
| 08-03-2022 | S | -100 | $ 00.1500 |
| 08-03-2022 | S | -100 | $ 00.1500 |
| 08-03-2022 | S | -100 | $ 00.1500 |
| 08-03-2022 | S | -100 | $ 00.1500 |
| 08-03-2022 | S | -100 | $ 00.1500 |
| 08-03-2022 | S | -1100 | $ 00.1500 |
| 08-03-2022 | S | -1200 | $ 00.1500 |
| 08-03-2022 | S | -196 | $ 00.1500 |
| 08-03-2022 | S | -100 | $ 00.1500 |
| 08-03-2022 | S | -232 | $ 00.1500 |
| 08-03-2022 | S | -100 | $ 00.1500 |
| 08-03-2022 | S | -113 | $ 00.1500 |
| 08-03-2022 | S | -15153 | $ 00.1500 |
| 08-03-2022 | S | -74500 | $ 00.1500 |
| 08-03-2022 | S | -100000 | $ 00.1500 |
| 08-03-2022 | S | -49800 | $ 00.1500 |
| 08-03-2022 | S | -50200 | $ 00.1500 |
| 08-03-2022 | S | -141 | $ 00.1500 |
| 08-03-2022 | S | -59650 | $ 00.1500 |
| 08-03-2022 | S | -19309 | $ 00.1500 |
| 08-03-2022 | S | -53141 | $ 00.1500 |

| Case Name | Ampio Pharmaceuticals, Inc. |
|---|---|
| Ticker | AMPE |
| Class Period | 12-29-2020 to 08-03-2022 |

| Account 2 |
|---|
| **Client Name** |
| Padme Management Corp |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 12-31-2020 | P | 62500 | $ 01.6000 |
| 02-10-2021 | S | -62500 | $ 02.1000 |