**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:22-cv-02105-WJM-MEH

CHRISTOPHER KAIN, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

      v.

AMPIO PHARMACEUTICALS, INC.,
MICHAEL A. MARTINO,
MICHAEL MACALUSO, and
HOLLI CHEREVKA,

        Defendants.

---

**DECLARATION OF JEFFREY A. BERENS IN SUPPORT OF MOVANT
MATTHEW SHIPLEY'S MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

---

I, Jeffrey A. Berens, declare as follows:

I am a member of the bar of this Court, counsel for movant Matthew Shipley ("Movant"), and proposed Liaison Counsel for proposed Lead Plaintiff and the Class.  I make this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit A:    Published Notice, *Robbins LLP Announces It Has Filed a Securities Fraud Lawsuit Against Ampio Pharmaceuticals, Inc.*, Businesswire (Aug. 17, 2022);

Exhibit B:    Certification of Movant;

Exhibit C:    Chart of Movant's Purchases and Losses;

- 1 -

Exhibit D:    Firm resume of Robbins LLP; and

Exhibit E:    Firm resume of Johnson Fistel, LLP.

I declare under penalty of perjury, on this 17th day of October, 2022, under the laws of the

United States of America that the foregoing is true and correct.

/s/Jeffrey A. Berens
JEFFREY A. BERENS

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed October 17, 2022.

/s/Jeffrey A. Berens
JEFFREY A. BERENS
