# Exhibit C

| | Ampio Pharmaceuticals Loss Calculation - Matthew Shipley | | | | |
|---|---|---|---|---|---|
| | Class Period: December 29, 2020 - August 3, 2022 | | | | |
| Date | Transaction Type | Shares | Price Per Share | Total Paid | Total Received |
| 2/12/2021 | BUY | 200 | 2.4799 | (495.98) | - |
| 2/12/2021 | BUY | 300 | 2.4899 | (746.97) | - |
| 2/12/2021 | BUY | 400 | 2.4950 | (998.00) | - |
| 2/12/2021 | BUY | 4600 | 2.4850 | (11,431.00) | - |
| 2/12/2021 | BUY | 6500 | 2.4800 | (16,120.00) | - |
| 2/12/2021 | BUY | 11300 | 2.4900 | (28,137.00) | - |
| 2/12/2021 | BUY | 104200 | 2.5000 | (260,500.00) | - |
| 2/16/2021 | SELL | (25000) | 2.3400 | - | 58,500.00 |
| 3/23/2021 | BUY | 125 | 1.6950 | (211.88) | - |
| 3/23/2021 | BUY | 250 | 1.6950 | (423.75) | - |
| 3/23/2021 | BUY | 250 | 1.6950 | (423.75) | - |
| 3/23/2021 | BUY | 250 | 1.6950 | (423.75) | - |
| 3/23/2021 | BUY | 1000 | 1.6960 | (1,696.00) | - |
| 3/23/2021 | BUY | 1000 | 1.6999 | (1,699.90) | - |
| 3/23/2021 | BUY | 2375 | 1.6992 | (4,035.60) | - |
| 3/23/2021 | BUY | 4750 | 1.6948 | (8,050.30) | - |
| 3/23/2021 | BUY | 4750 | 1.6994 | (8,072.15) | - |
| 3/23/2021 | BUY | 4750 | 1.6995 | (8,072.63) | - |
| 3/23/2021 | BUY | 5000 | 1.6950 | (8,475.00) | - |
| 3/23/2021 | BUY | 5000 | 1.6950 | (8,475.00) | - |
| 3/26/2021 | BUY | 4000 | 1.6200 | (6,480.00) | - |
| 4/1/2021 | BUY | 3 | 1.7179 | (5.15) | - |
| 4/1/2021 | BUY | 25 | 1.7150 | (42.88) | - |
| 4/1/2021 | BUY | 25 | 1.7179 | (42.95) | - |
| 4/1/2021 | BUY | 25 | 1.7179 | (42.95) | - |
| 4/1/2021 | BUY | 28 | 1.7179 | (48.10) | - |
| 4/1/2021 | BUY | 33 | 1.7150 | (56.60) | - |
| 4/1/2021 | BUY | 100 | 1.7104 | (171.04) | - |
| 4/1/2021 | BUY | 100 | 1.7150 | (171.50) | - |
| 4/1/2021 | BUY | 100 | 1.7163 | (171.63) | - |
| 4/1/2021 | BUY | 100 | 1.7200 | (172.00) | - |
| 4/1/2021 | BUY | 101 | 1.7050 | (172.21) | - |
| 4/1/2021 | BUY | 100 | 1.7387 | (173.87) | - |
| 4/1/2021 | BUY | 111 | 1.7100 | (189.81) | - |
| 4/1/2021 | BUY | 111 | 1.7104 | (189.85) | - |
| 4/1/2021 | BUY | 117 | 1.7250 | (201.83) | - |
| 4/1/2021 | BUY | 169 | 1.7177 | (290.29) | - |
| 4/1/2021 | BUY | 178 | 1.7350 | (308.83) | - |
| 4/12/2021 | BUY | 50 | 1.7485 | (87.43) | - |
| 4/12/2021 | BUY | 69 | 1.7650 | (121.79) | - |
| 4/12/2021 | BUY | 100 | 1.7350 | (173.50) | - |
| 4/12/2021 | BUY | 100 | 1.7358 | (173.58) | - |
| 4/12/2021 | BUY | 100 | 1.7401 | (174.01) | - |
| 4/12/2021 | BUY | 100 | 1.7450 | (174.50) | - |
| 4/12/2021 | BUY | 100 | 1.7450 | (174.50) | - |

| 4/12/2021 | BUY | 100 | 1.7485 | (174.85) | - |
|---|---|---|---|---|---|
| 4/12/2021 | BUY | 100 | 1.7488 | (174.88) | - |
| 4/12/2021 | BUY | 100 | 1.7495 | (174.95) | - |
| 4/12/2021 | BUY | 100 | 1.7550 | (175.50) | - |
| 4/12/2021 | BUY | 100 | 1.7558 | (175.58) | - |
| 4/12/2021 | BUY | 100 | 1.7600 | (176.00) | - |
| 4/12/2021 | BUY | 100 | 1.7650 | (176.50) | - |
| 4/12/2021 | BUY | 150 | 1.7401 | (261.02) | - |
| 4/12/2021 | BUY | 200 | 1.7250 | (345.00) | - |
| 4/12/2021 | BUY | 199 | 1.7450 | (347.26) | - |
| 4/12/2021 | BUY | 200 | 1.7497 | (349.94) | - |
| 4/12/2021 | BUY | 800 | 1.7258 | (1,380.64) | - |
| 4/12/2021 | BUY | 999 | 1.7488 | (1,747.05) | - |
| 4/12/2021 | BUY | 1069 | 1.7450 | (1,865.41) | - |
| 4/12/2021 | BUY | 1100 | 1.7589 | (1,934.79) | - |
| 4/12/2021 | BUY | 1100 | 1.7591 | (1,935.01) | - |
| 4/12/2021 | BUY | 1100 | 1.7592 | (1,935.12) | - |
| 4/12/2021 | BUY | 2000 | 1.7549 | (3,509.80) | - |
| 4/14/2021 | BUY | 1 | 1.6700 | (1.67) | - |
| 4/14/2021 | BUY | 1 | 1.6650 | (1.67) | - |
| 4/14/2021 | BUY | 2 | 1.6700 | (3.34) | - |
| 4/14/2021 | BUY | 2 | 1.6679 | (3.34) | - |
| 4/14/2021 | BUY | 2 | 1.6781 | (3.36) | - |
| 4/14/2021 | BUY | 5 | 1.6700 | (8.35) | - |
| 4/14/2021 | BUY | 5 | 1.6700 | (8.35) | - |
| 4/14/2021 | BUY | 19 | 1.6650 | (31.64) | - |
| 4/14/2021 | BUY | 22 | 1.6593 | (36.50) | - |
| 4/14/2021 | BUY | 22 | 1.6750 | (36.85) | - |
| 4/14/2021 | BUY | 33 | 1.6593 | (54.76) | - |
| 4/14/2021 | BUY | 44 | 1.6594 | (73.01) | - |
| 5/6/2021 | BUY | 108 | 1.7200 | (185.76) | - |
| 5/6/2021 | BUY | 111 | 1.7192 | (190.83) | - |
| 5/6/2021 | BUY | 123 | 1.7200 | (211.56) | - |
| 5/6/2021 | BUY | 202 | 1.7160 | (346.63) | - |
| 5/6/2021 | BUY | 208 | 1.7200 | (357.76) | - |
| 5/6/2021 | BUY | 208 | 1.7200 | (357.76) | - |
| 5/6/2021 | BUY | 208 | 1.7226 | (358.30) | - |
| 5/6/2021 | BUY | 211 | 1.7200 | (362.92) | - |
| 5/6/2021 | BUY | 222 | 1.7250 | (382.95) | - |
| 5/6/2021 | BUY | 222 | 1.7286 | (383.75) | - |
| 5/6/2021 | BUY | 222 | 1.7286 | (383.75) | - |
| 5/6/2021 | BUY | 300 | 1.7282 | (518.46) | - |
| 5/6/2021 | BUY | 500 | 1.7200 | (860.00) | - |
| 5/6/2021 | BUY | 987 | 1.7250 | (1,702.58) | - |
| 5/6/2021 | BUY | 1871 | 1.7300 | (3,236.83) | - |
| 5/10/2021 | BUY | 66 | 1.8800 | (124.08) | - |
| 5/10/2021 | BUY | 100 | 1.8800 | (188.00) | - |
| 5/10/2021 | BUY | 112 | 1.8550 | (207.76) | - |
| 5/10/2021 | BUY | 243 | 1.8683 | (454.00) | - |

| Date | Type | Shares | Price | Cost | Proceeds |
|---|---|---|---|---|---|
| 5/10/2021 | BUY | 314 | 1.8538 | (582.09) | - |
| 5/10/2021 | BUY | 474 | 1.8640 | (883.54) | - |
| 5/10/2021 | BUY | 500 | 1.8837 | (941.85) | - |
| 5/10/2021 | BUY | 509 | 1.8800 | (956.92) | - |
| 5/10/2021 | BUY | 789 | 1.8293 | (1,443.32) | - |
| 5/10/2021 | BUY | 788 | 1.8541 | (1,461.03) | - |
| 5/10/2021 | BUY | 866 | 1.8400 | (1,593.44) | - |
| 5/10/2021 | BUY | 866 | 1.8400 | (1,593.44) | - |
| 5/10/2021 | BUY | 1001 | 1.8144 | (1,816.21) | - |
| 5/10/2021 | BUY | 1001 | 1.8149 | (1,816.71) | - |
| 5/10/2021 | BUY | 1001 | 1.8149 | (1,816.71) | - |
| 5/10/2021 | BUY | 1001 | 1.8149 | (1,816.71) | - |
| 5/10/2021 | BUY | 1001 | 1.8294 | (1,831.23) | - |
| 5/10/2021 | BUY | 1001 | 1.8390 | (1,840.84) | - |
| 5/10/2021 | BUY | 1001 | 1.8400 | (1,841.84) | - |
| 5/10/2021 | BUY | 1005 | 1.8350 | (1,844.18) | - |
| 5/10/2021 | BUY | 1003 | 1.8489 | (1,854.45) | - |
| 5/10/2021 | BUY | 990 | 1.8794 | (1,860.61) | - |
| 5/10/2021 | BUY | 1009 | 1.8488 | (1,865.44) | - |
| 5/10/2021 | BUY | 1000 | 1.8750 | (1,875.00) | - |
| 5/10/2021 | BUY | 1000 | 1.8751 | (1,875.10) | - |
| 5/10/2021 | BUY | 1001 | 1.8750 | (1,876.88) | - |
| 5/10/2021 | BUY | 1000 | 1.8791 | (1,879.10) | - |
| 5/10/2021 | BUY | 1000 | 1.8800 | (1,880.00) | - |
| 5/10/2021 | BUY | 2001 | 1.8394 | (3,680.64) | - |
| 9/20/2021 | BUY | 0.412 | 1.6953 | (0.70) | - |
| 9/20/2021 | BUY | 1 | 1.6977 | (1.70) | - |
| 9/20/2021 | BUY | 1 | 1.6960 | (1.70) | - |
| 9/20/2021 | BUY | 1 | 1.6977 | (1.70) | - |
| 9/20/2021 | BUY | 7 | 1.6899 | (11.83) | - |
| 9/20/2021 | BUY | 3529 | 1.6953 | (5,982.71) | - |
| 10/26/2021 | SELL | (8604) | 1.5500 | - | 13,336.20 |
| 10/26/2021 | SELL | (200) | 1.5550 | - | 311.00 |
| 10/28/2021 | BUY | 8690 | 1.5450 | (13,426.05) | - |
| 11/1/2021 | SELL | (42700) | 1.5500 | - | 66,185.00 |
| 11/1/2021 | SELL | (2300) | 1.5550 | - | 3,576.50 |
| 11/2/2021 | SELL | (19400) | 1.5200 | - | 29,488.00 |
| 11/2/2021 | SELL | (13305) | 1.5300 | - | 20,356.65 |
| 11/2/2021 | SELL | (1295) | 1.5350 | - | 1,987.83 |
| 11/2/2021 | SELL | (6) | 1.5500 | - | 9.30 |
| **Shares Remaining** | | **101,585.412** | | **LIFO Subtotal** | **$    43.45** |
| **90-Day Average Price[1]** | | **0.08** | | **Retained Value** | **$    8,126.83** |
| | | | | **Cost Basis of Shares Retained** | **$    (253,641.45)** |
| | | | | **Loss** | **$    (245,471.17)** |

(1) Uses the average closing price between August 3, 2022 - October 14, 2022.

| | | | | | |
|---|---|---|---|---|---|
| **Ampio Pharmaceuticals Loss Calculation - Matthew Shipley** | | | | | |
| **Class Period: December 29, 2020 - August 3, 2022** | | | | | |
| **Date** | **Transaction Type** | **Shares** | **Price Per Share** | **Total Paid** | **Total Received** |
| 3/23/2021 | BUY | 10 | 1.7450 | (17.45) | - |
| 3/30/2021 | BUY | 200 | 1.6358 | (327.16) | - |
| 3/30/2021 | BUY | 200 | 1.6350 | (327.00) | - |
| 3/30/2021 | BUY | 250 | 1.6351 | (408.78) | - |
| 3/30/2021 | BUY | 250 | 1.6358 | (408.95) | - |
| 3/30/2021 | BUY | 250 | 1.6400 | (410.00) | - |
| 3/30/2021 | BUY | 250 | 1.6400 | (410.00) | - |
| 3/30/2021 | BUY | 250 | 1.6358 | (408.95) | - |
| 3/30/2021 | BUY | 250 | 1.6400 | (410.00) | - |
| 3/30/2021 | BUY | 250 | 1.6400 | (410.00) | - |
| 3/30/2021 | BUY | 250 | 1.6400 | (410.00) | - |
| 3/30/2021 | BUY | 250 | 1.6400 | (410.00) | - |
| 3/30/2021 | BUY | 150 | 1.6400 | (246.00) | - |
| 3/30/2021 | BUY | 150 | 1.6391 | (245.87) | - |
| 3/30/2021 | BUY | 150 | 1.6400 | (246.00) | - |
| 3/30/2021 | BUY | 250 | 1.6400 | (410.00) | - |
| 3/30/2021 | BUY | 250 | 1.6350 | (408.75) | - |
| 3/30/2021 | BUY | 300 | 1.6350 | (490.50) | - |
| 3/30/2021 | BUY | 300 | 1.6400 | (492.00) | - |
| 3/30/2021 | BUY | 300 | 1.6367 | (491.00) | - |
| 3/30/2021 | BUY | 300 | 1.6383 | (491.50) | - |
| 3/30/2021 | BUY | 150 | 1.6389 | (245.84) | - |
| 3/30/2021 | BUY | 150 | 1.6350 | (245.25) | - |
| 3/30/2021 | BUY | 300 | 1.6350 | (490.50) | - |
| 3/30/2021 | BUY | 150 | 1.6400 | (246.00) | - |
| 3/30/2021 | BUY | 300 | 1.6400 | (492.00) | - |
| 3/30/2021 | BUY | 300 | 1.6350 | (490.50) | - |
| 3/30/2021 | BUY | 250 | 1.6391 | (409.78) | - |
| 3/30/2021 | BUY | 250 | 1.6400 | (410.00) | - |
| 3/30/2021 | BUY | 300 | 1.6350 | (490.50) | - |
| 3/30/2021 | BUY | 250 | 1.6391 | (409.78) | - |
| 3/30/2021 | BUY | 250 | 1.6360 | (409.00) | - |
| 3/30/2021 | BUY | 250 | 1.6400 | (410.00) | - |
| 3/30/2021 | BUY | 200 | 1.6400 | (328.00) | - |
| 3/30/2021 | BUY | 200 | 1.6397 | (327.94) | - |
| 3/30/2021 | BUY | 200 | 1.6397 | (327.94) | - |
| 3/30/2021 | BUY | 362 | 1.6500 | (597.30) | - |
| 3/30/2021 | BUY | 11 | 1.6487 | (18.14) | - |
| 4/26/2021 | BUY | 10 | 1.8492 | (18.49) | - |
| 4/26/2021 | BUY | 10 | 1.8492 | (18.49) | - |
| 4/26/2021 | BUY | 10 | 1.8492 | (18.49) | - |
| 4/26/2021 | BUY | 10 | 1.8500 | (18.50) | - |
| 4/26/2021 | BUY | 10 | 1.8493 | (18.49) | - |
| 4/26/2021 | BUY | 10 | 1.8500 | (18.50) | - |

| | | | | | |
|---|---|---|---|---|---|
| 4/26/2021 | BUY | 10 | 1.8493 | (18.49) | - |
| 4/26/2021 | BUY | 10 | 1.8492 | (18.49) | - |
| 4/26/2021 | BUY | 10 | 1.8500 | (18.50) | - |
| 4/26/2021 | BUY | 1 | 1.8500 | (1.85) | - |
| 4/26/2021 | BUY | 1 | 1.8477 | (1.85) | - |
| 4/26/2021 | BUY | 1 | 1.8483 | (1.85) | - |
| 4/26/2021 | BUY | 1 | 1.8478 | (1.85) | - |
| 4/26/2021 | BUY | 1 | 1.8500 | (1.85) | - |
| 4/26/2021 | BUY | 1 | 1.8500 | (1.85) | - |
| 4/26/2021 | BUY | 1 | 1.8500 | (1.85) | - |
| 4/26/2021 | BUY | 1 | 1.8500 | (1.85) | - |
| 9/24/2021 | BUY | 100 | 1.7799 | (177.99) | - |
| 9/24/2021 | BUY | 100 | 1.7900 | (179.00) | - |
| 9/24/2021 | BUY | 100 | 1.7900 | (179.00) | - |
| 9/24/2021 | BUY | 100 | 1.7850 | (178.50) | - |
| 9/24/2021 | BUY | 100 | 1.7899 | (178.99) | - |
| 9/24/2021 | BUY | 100 | 1.7878 | (178.78) | - |
| 9/24/2021 | BUY | 100 | 1.7850 | (178.50) | - |
| 9/24/2021 | BUY | 100 | 1.7850 | (178.50) | - |
| 9/24/2021 | BUY | 100 | 1.7850 | (178.50) | - |
| 9/24/2021 | BUY | 100 | 1.7900 | (179.00) | - |
| 9/24/2021 | BUY | 100 | 1.7900 | (179.00) | - |
| 9/24/2021 | BUY | 100 | 1.7850 | (178.50) | - |
| 9/24/2021 | BUY | 100 | 1.7850 | (178.50) | - |
| 9/24/2021 | BUY | 100 | 1.7850 | (178.50) | - |
| 9/24/2021 | BUY | 100 | 1.7850 | (178.50) | - |
| 9/24/2021 | BUY | 10 | 1.7900 | (17.90) | - |
| 9/24/2021 | BUY | 10 | 1.7878 | (17.88) | - |
| 9/24/2021 | BUY | 10 | 1.7899 | (17.90) | - |
| 9/24/2021 | BUY | 10 | 1.7899 | (17.90) | - |
| 9/24/2021 | BUY | 4 | 1.7850 | (7.14) | - |
| 9/24/2021 | BUY | 5 | 1.7850 | (8.93) | - |
| 9/24/2021 | BUY | 5 | 1.7900 | (8.95) | - |
| 9/24/2021 | BUY | 5 | 1.7888 | (8.94) | - |
| 9/24/2021 | BUY | 5 | 1.7900 | (8.95) | - |
| 9/24/2021 | BUY | 5 | 1.7885 | (8.94) | - |
| 9/24/2021 | BUY | 100 | 1.7800 | (178.00) | - |
| 9/24/2021 | BUY | 10 | 1.7800 | (17.80) | - |
| 9/24/2021 | BUY | 1 | 1.7750 | (1.78) | - |
| **Shares Remaining** | | **10461** | | **LIFO Subtotal** | **$** | **-** |
| **90-Day Average Price**[1] | | **0.08** | | **Retained Value** | **$** | **836.88** |
| | | | | **Cost Basis of Shares Retained** | **$** | **(17,410.36)** |
| | | | | **Loss** | **$** | **(16,573.48)** |

(1) Uses the average closing price between August 3, 2022 - October 14, 2022.