## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02105-WJM-MEH

CHRISTOPHER KAIN, Individually and on Behalf of All Others Similarly Situated,

   Plaintiff,

  v.

AMPIO PHARMACEUTICALS, INC.
MICHAEL A. MARTINO,
MICHAEL MACALUSO, and
HOLLI CHEREVKA,

   Defendants.

---

## CERTIFICATION PURSUANT TO D.C. COLO.LCIVR 7.1(a)

---

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act") and the Securities Act of 1933 (the "Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4. The PSLRA provides that within 60 days after publication of the required notice, any member of the proposed class may move the Court to be appointed as Lead Plaintiff, regardless of whether they have previously filed a complaint in the action. Due to this procedure, movants Tao Wang and SynWorld Technologies Corp. will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions. Thereafter, Movant will ascertain whether their motion is opposed by other class members in accordance with the conferral requirement of Rule 7.1(a).

Dated:  October 17, 2022

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:    */s/ James M. Wilson, Jr.*
       James M. Wilson, Jr.

James M. Wilson, Jr.
Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:  jwilson@faruqilaw.com
        rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiffs and*
*[Proposed] Lead Counsel for the putative Class*

1

**CERTIFICATE OF SERVICE**

I, James M. Wilson, Jr., hereby certify that on October 17, 2022, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send notification of

such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1