**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 22-cv-02105-WJM-MEH**

CHRISTOPHER KAIN, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

AMPIO PHARMACEUTICALS, INC.,
MICHAEL A. MARTINO, MICHAEL
MACALUSO, and HOLLI CHEREVKA,

Defendants.

---

**DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION
OF PUNIT KOHLI FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF COUNSEL**

---

I, J. Alexander Hood II, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel for Punit Kohli ("Kohli").   I make this Declaration in support of the motion by Kohli for appointment as Lead Plaintiff for the Class and approval of Kohli's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as Exhibit A is a true and correct copy of a chart detailing the financial interest of Kohli in the above-captioned action (the "Action").

3.      Attached hereto as Exhibit B is true and correct copy of a press release published over *Business Wire* on August 17, 2022, announcing the pendency of the Action.

4.      Attached hereto as Exhibit C is a a true and correct copy of a Shareholder Certification executed by Kohli.

5.      Attached hereto as Exhibit D is a a true and correct copy of a Declaration executed by Kohli.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm resume of Pomerantz.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 17, 2022.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1