# EXHIBIT A

**Ampio Pharmaceuticals, Inc. (AMPE)**
**Class Period: December 29, 2020 to August 3, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

|  | Purchase |  |  |  | Sales |  |  |  | Shares | 72-Days*<br>Mean Price<br>$0.0784<br>Estimated | Estimated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiff | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Retained | Value | Gain(Loss) |
| Punit Kohli |  |  |  |  | PreClass | 1,017,799 |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 25,000 | $0.4398 | ($10,995) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 25,000 | $0.4398 | ($10,995) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 25,000 | $0.4398 | ($10,995) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 24,440 | $0.4398 | ($10,749) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 140 | $0.4394 | ($62) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 10 | $0.4389 | ($4) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 100 | $0.4387 | ($44) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 200 | $0.4386 | ($88) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 10 | $0.4380 | ($4) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 100 | $0.4374 | ($44) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 98,900 | $0.4443 | ($43,941) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 1,100 | $0.4422 | ($486) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 24,251 | $0.4431 | ($10,746) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 1,200 | $0.4429 | ($531) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 600 | $0.4416 | ($265) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 114 | $0.4428 | ($50) |  |  |  |  |  |  |  |
| Punit Kohli | 3/14/2022 | 1 | $0.4428 | ($0) |  |  |  |  |  |  |  |
| Punit Kohli | 4/22/2022 | 6,749 | $0.2800 | ($1,890) |  |  |  |  |  |  |  |
| Punit Kohli | 4/22/2022 | 14,800 | $0.2796 | ($4,138) |  |  |  |  |  |  |  |
| Punit Kohli | 4/22/2022 | 8,700 | $0.2792 | ($2,429) |  |  |  |  |  |  |  |
| Punit Kohli | 4/22/2022 | 10,000 | $0.2782 | ($2,782) |  |  |  |  |  |  |  |
| Punit Kohli | 4/22/2022 | 167 | $0.2760 | ($46) |  |  |  |  |  |  |  |
| Punit Kohli | 4/22/2022 | 1,463 | $0.2758 | ($403) |  |  |  |  |  |  |  |
| Punit Kohli | 4/22/2022 | 600 | $0.2750 | ($165) |  |  |  |  |  |  |  |
| Punit Kohli | 4/22/2022 | 663 | $0.2749 | ($182) |  |  |  |  |  |  |  |
| Punit Kohli | 4/22/2022 | 24,149 | $0.2748 | ($6,636) |  |  |  |  |  |  |  |
| Punit Kohli | 4/22/2022 | 400 | $0.2743 | ($110) |  |  |  |  |  |  |  |
| Punit Kohli | 4/22/2022 | 1,500 | $0.2785 | ($418) |  |  |  |  |  |  |  |
| Punit Kohli | 4/22/2022 | 200 | $0.2774 | ($55) |  |  |  |  |  |  |  |
| Punit Kohli | 4/22/2022 | 230,499 | $0.2888 | ($66,568) |  |  |  |  |  |  |  |

*Avg Closing Prices from August 4, 2022 to October 14, 2022

**Ampio Pharmaceuticals, Inc. (AMPE)**
**Class Period: December 29, 2020 to August 3, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 72-Days* Mean Price $0.0784 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Punit Kohli | 4/22/2022 | 1,000 | $0.2859 | ($286) | | | | | | | |
| Punit Kohli | 4/22/2022 | 3,700 | $0.2856 | ($1,057) | | | | | | | |
| Punit Kohli | 4/22/2022 | 200 | $0.2855 | ($57) | | | | | | | |
| Punit Kohli | 4/22/2022 | 100 | $0.2853 | ($29) | | | | | | | |
| Punit Kohli | 4/22/2022 | 100 | $0.2851 | ($29) | | | | | | | |
| Punit Kohli | 4/22/2022 | 91 | $0.2850 | ($26) | | | | | | | |
| Punit Kohli | 4/22/2022 | 300 | $0.2848 | ($85) | | | | | | | |
| Punit Kohli | 4/22/2022 | 100 | $0.2847 | ($28) | | | | | | | |
| Punit Kohli | 4/22/2022 | 400 | $0.2831 | ($113) | | | | | | | |
| Punit Kohli | 4/22/2022 | 3,000 | $0.2830 | ($849) | | | | | | | |
| Punit Kohli | 4/22/2022 | 600 | $0.2817 | ($169) | | | | | | | |
| Punit Kohli | 4/22/2022 | 1,463 | $0.2816 | ($412) | | | | | | | |
| Punit Kohli | 4/22/2022 | 6,247 | $0.2811 | ($1,756) | | | | | | | |
| Punit Kohli | 4/22/2022 | 100 | $0.2808 | ($28) | | | | | | | |
| Punit Kohli | 4/22/2022 | 400 | $0.2806 | ($112) | | | | | | | |
| Punit Kohli | 4/22/2022 | 31,520 | $0.2888 | ($9,103) | | | | | | | |
| Punit Kohli | 4/22/2022 | 131 | $0.2884 | ($38) | | | | | | | |
| Punit Kohli | 4/25/2022 | 98,175 | $0.2700 | ($26,507) | | | | | | | |
| Punit Kohli | 4/25/2022 | 400 | $0.2681 | ($107) | | | | | | | |
| Punit Kohli | 4/25/2022 | 25 | $0.2680 | ($7) | | | | | | | |
| Punit Kohli | 4/25/2022 | 200 | $0.2677 | ($54) | | | | | | | |
| Punit Kohli | 4/25/2022 | 500 | $0.2666 | ($133) | | | | | | | |
| Punit Kohli | 4/25/2022 | 700 | $0.2665 | ($187) | | | | | | | |
| Punit Kohli | 4/25/2022 | 73,300 | $0.2700 | ($19,791) | | | | | | | |
| Punit Kohli | 4/25/2022 | 1,200 | $0.2698 | ($324) | | | | | | | |
| Punit Kohli | 4/25/2022 | 200 | $0.2689 | ($54) | | | | | | | |
| Punit Kohli | 4/25/2022 | 300 | $0.2673 | ($80) | | | | | | | |
| Punit Kohli | 4/25/2022 | 10,210 | $0.2699 | ($2,756) | | | | | | | |
| Punit Kohli | 4/25/2022 | 4 | $0.2698 | ($1) | | | | | | | |
| Punit Kohli | 4/28/2022 | 57,398 | $0.2228 | ($12,788) | | | | | | | |
| Punit Kohli | 4/28/2022 | 42,402 | $0.2227 | ($9,443) | | | | | | | |
| Punit Kohli | 4/28/2022 | 200 | $0.2226 | ($45) | | | | | | | |

*Avg Closing Prices from August 4, 2022 to October 14, 2022

**Ampio Pharmaceuticals, Inc. (AMPE)**
**Class Period: December 29, 2020 to August 3, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 72-Days* Mean Price $0.0784 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Punit Kohli | 4/28/2022 | 96,299 | $0.2258 | ($21,744) | | | | | | | |
| Punit Kohli | 4/28/2022 | 300 | $0.2250 | ($68) | | | | | | | |
| Punit Kohli | 4/28/2022 | 100 | $0.2248 | ($22) | | | | | | | |
| Punit Kohli | 4/28/2022 | 200 | $0.2243 | ($45) | | | | | | | |
| Punit Kohli | 4/28/2022 | 100 | $0.2241 | ($22) | | | | | | | |
| Punit Kohli | 4/28/2022 | 200 | $0.2240 | ($45) | | | | | | | |
| Punit Kohli | 4/28/2022 | 100 | $0.2239 | ($22) | | | | | | | |
| Punit Kohli | 4/28/2022 | 1,000 | $0.2236 | ($224) | | | | | | | |
| Punit Kohli | 4/28/2022 | 706 | $0.2232 | ($158) | | | | | | | |
| Punit Kohli | 4/28/2022 | 100 | $0.2229 | ($22) | | | | | | | |
| Punit Kohli | 4/28/2022 | 499 | $0.2228 | ($111) | | | | | | | |
| Punit Kohli | 4/28/2022 | 396 | $0.2227 | ($88) | | | | | | | |
| Punit Kohli | 4/28/2022 | 21,150 | $0.2265 | ($4,790) | | | | | | | |
| Punit Kohli | 4/28/2022 | 500 | $0.2264 | ($113) | | | | | | | |
| Punit Kohli | 4/28/2022 | 500 | $0.2263 | ($113) | | | | | | | |
| Punit Kohli | 4/28/2022 | 100 | $0.2259 | ($23) | | | | | | | |
| Punit Kohli | 4/28/2022 | 492 | $0.2257 | ($111) | | | | | | | |
| Punit Kohli | 4/28/2022 | 9 | $0.2250 | ($2) | | | | | | | |
| Punit Kohli | 5/3/2022 | 1 | $0.2357 | ($0) | | | | | | | |
| Punit Kohli | 6/9/2022 | 193,190 | $0.2263 | ($43,719) | | | | | | | |
| Punit Kohli | 6/9/2022 | 200 | $0.2256 | ($45) | | | | | | | |
| Punit Kohli | 6/9/2022 | 6,610 | $0.2253 | ($1,489) | | | | | | | |
| Punit Kohli | 6/9/2022 | 20,634 | $0.2261 | ($4,665) | | | | | | | |
| Punit Kohli | 6/9/2022 | 354 | $0.2257 | ($80) | | | | | | | |
| Punit Kohli | 6/9/2022 | 7 | $0.2256 | ($2) | | | | | | | |
| Punit Kohli | 7/15/2022 | 18,271 | $0.1650 | ($3,015) | | | | | | | |
| Punit Kohli | 7/15/2022 | 231,718 | $0.1700 | ($39,392) | | | | | | | |
| Punit Kohli | 7/15/2022 | 11 | $0.1679 | ($2) | | | | | | | |
| Punit Kohli | 7/15/2022 | 46,715 | $0.1690 | ($7,895) | | | | | | | |
| Punit Kohli | 7/15/2022 | 274 | $0.1689 | ($46) | | | | | | | |
| Punit Kohli | 7/15/2022 | 2 | $0.1688 | ($0) | | | | | | | |
| **Punit Kohli** | | **1,501,460** | | **($400,350)** | | **0** | **$0** | | **1,501,460** | **$117,762** | **($282,589)** |

*Avg Closing Prices from August 4, 2022 to October 14, 2022