**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02105-WJM-MEH

CHRISTOPHER KAIN, Individually and on Behalf of All Others Similarly Situated,

              Plaintiff,

     v.

AMPIO PHARMACEUTICALS, INC.
MICHAEL A. MARTINO,
MICHAEL MACALUSO, and
HOLLI CHEREVKA,

              Defendants.

---

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF MOTION OF TAO
WANG AND SYNWORLD TECHNOLOGIES CORPORATION FOR APPOINTMENT
AS LEAD PLAINTIFFS
AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL**

---

I, James M. Wilson, Jr., declare as follows:

1.      I am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Tao Wang and SynWorld Technologies Corporation ("Movants"), for: (1) appointment of Movant as Lead Plaintiffs; and (2) approval of Movants' selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

Exhibit A:      First Notice of Pendency of a Class Action

Exhibit B:      Movants' PSLRA Certification

Exhibit C:      Movants' Declaration

Exhibit D:      Firm Resume of Faruqi & Faruqi, LLP

Exhibit E:      Women's Business Enterprise National Council Certificate

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of October 2022 at New York, NY.

/s/ James M. Wilson, Jr.
James M. Wilson, Jr.

1

## CERTIFICATE OF SERVICE

I, James M. Wilson, Jr., hereby certify that on October 17, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*s/ James M. Wilson, Jr.*
James M. Wilson, Jr.