# EXHIBIT A

# Robbins LLP Announces It Has Filed a Securities Fraud Lawsuit Against Ampio Pharmaceuticals, Inc.

businesswire.com/news/home/20220817005791/en/Robbins-LLP-Announces-It-Has-Filed-a-Securities-Fraud-Lawsuit-Against-Ampio-Pharmaceuticals-Inc.

August 17, 2022



SAN DIEGO--(BUSINESS WIRE)--Shareholder rights law firm Robbins LLP announces that it filed a class action lawsuit on August 17, 2022, in the U.S. District Court for the District of Colorado (the "Court") on behalf of all persons who purchased or otherwise acquired Ampio Pharmaceuticals, Inc. ("Ampio") (NYSE American: AMPE) common stock between December 29, 2020 and August 3, 2022 (the "Class Period") against the Company and certain of the Company's senior executives, for among other things, violations of sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission Rule 10b-5, promulgated thereunder. The complaint seeks relief on behalf of the named plaintiff and all other similarly situated holders of Ampio during the Class Period. The named plaintiff is represented by Robbins LLP.

**What is this case about**: Ampio Pharmaceuticals, Inc. (AMPE) is Accused of Misrepresenting the Efficacy of its Drug Ampion®

The action arises out of the Company's misstatements regarding the ability of Ampion, its lead product, to treat individuals with inflammatory conditions including, but not limited to, severe osteoarthritis of the knee ("OAK"). Beginning in 2010 until approximately March 2022, Ampio conducted numerous clinical trials and analyses to determine Ampion's efficacy. Despite confidentially advertising on numerous occasions that Ampion demonstrated statistically significant decrease in pain associated in symptomatic moderate-severe OAK, the Company failed to bring Ampion to market. On May 16, 2022, the Company announced it had formed a special committee to conduct internal investigations focusing on the statistical analysis of Ampio's AP-013 clinical trial and unauthorized provision of Ampion, which had not yet been approved by the U.S. Food and Drug Administration. Then, on August 3, 2022, Ampio revealed that "senior staff were aware, at the time of the per-protocol interim analysis in March 2020, that the AP-103 trial did not demonstrate efficacy for Ampion on its co-primary endpoints of pain and function, and that these persons did not fully report the results of the AP-103 trial and the timing of unblinding of data from the AP-103 trial."

**Next Steps**: If you purchased or otherwise acquired Ampio Pharmaceuticals, Inc. between December 20, 2020 and August 3, 2022, and wish to serve as lead plaintiff, you have up to October 17, 2022, to ask the court to appoint you as the lead plaintiff for the class. If you wish to discuss this action or have any questions concerning this notice or your rights or

Case No. 1:22-cv-02105-WJM-CYC   Document 25-1   filed 10/17/22   USDC Colorado   pg 3 of 3

9/23/22, 12:49 PM                Robbins LLP Announces It Has Filed a Securities Fraud Lawsuit Against Ampio Pharmaceuticals, Inc.

interests, please contact attorney Aaron Dumas of Robbins LLP at (800) 350-6003, via the shareholder information form on our website, or by e-mail at info@robbinsllp.com. Any member of the Class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent Class member. A copy of the complaint can be found here.

**About Robbins LLP**: A recognized leader in shareholder rights litigation, the attorneys and staff of Robbins LLP have been dedicated to helping shareholders recover losses, improve corporate governance structures, and hold company executives accountable for their wrongdoing since 2002.

Attorney Advertising. Past results do not guarantee a similar outcome.