# EXHIBIT B

DocuSign Envelope ID: 5F0034AB-2662-4923-B18B-7F91AA1D9420

## CERTIFICATION OF PROPOSED LEAD
## PLAINTIFF

I, Tao Wang, ("Movant"), declare as to the claims asserted under the federal securities laws against Ampio Pharmaceuticals, Inc., *et al,* that:

1.      Movant has reviewed a complaint against Ampio Pharmaceuticals, Inc., *et al* in the action filed and adopts the allegations therein.

2.      Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.      Movant did not purchase any security that is the subject of this action at the direction of Movant's counsel or in order to participate in any private action arising under the federal securities laws.

4.      Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial**,** if necessary.

5.      Movant's transactions in Ampio Pharmaceuticals, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

6.      In the past three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

7.      Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this 14th day of October, 2022.

DocuSigned by:

*tao wang*

CA26597BB142465

Tao Wang

DocuSign Envelope ID: 5F0034AB-2662-4923-B18B-7F91AA1D9420

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Buy | 2/11/2021 | 15,923 | $2.1400 |
| Buy | 2/11/2021 | 50,000 | $2.2300 |
| Buy | 2/19/2021 | 50,000 | $1.9700 |
| Buy | 2/23/2021 | 79,481 | $1.6900 |
| Buy | 2/23/2021 | 2,119 | $1.6600 |
| Buy | 2/23/2021 | 300 | $1.6850 |
| Buy | 2/23/2021 | 18,100 | $1.6890 |
| Buy | 2/25/2021 | 30,000 | $1.7000 |
| Buy | 3/16/2021 | 34,116 | $1.8300 |
| Buy | 3/16/2021 | 14,384 | $1.8200 |
| Buy | 3/16/2021 | 1,500 | $1.8100 |
| Buy | 4/12/2021 | 100 | $1.6375 |
| Buy | 4/12/2021 | 2,400 | $1.6350 |
| Buy | 4/12/2021 | 37,500 | $1.6400 |
| Buy | 6/17/2021 | 20,000 | $1.7700 |
| Buy | 6/21/2021 | 26,000 | $1.8200 |
| Buy | 6/22/2021 | 44,690 | $1.7800 |
| Buy | 6/22/2021 | 5,310 | $1.7750 |
| Buy | 6/24/2021 | 60,000 | $1.7900 |
| Buy | 6/25/2021 | 10,000 | $1.7700 |
| Buy | 7/9/2021 | 198 | $1.6100 |
| Buy | 7/9/2021 | 30,000 | $1.6200 |
| Sell | 7/27/2021 | -19,449 | $1.3500 |
| Sell | 7/27/2021 | -551 | $1.3550 |
| Buy | 8/13/2021 | 50,000 | $1.4700 |
| Buy | 8/16/2021 | 200 | $1.4200 |
| Buy | 8/16/2021 | 8,630 | $1.4300 |
| Buy | 8/16/2021 | 400 | $1.4250 |
| Buy | 8/17/2021 | 50,000 | $1.4200 |
| Buy | 9/9/2021 | 1,305 | $1.5750 |
| Buy | 9/9/2021 | 68,300 | $1.5900 |
| Buy | 9/9/2021 | 4,595 | $1.5800 |
| Buy | 9/9/2021 | 2,800 | $1.5790 |
| Sell | 9/15/2021 | -10,600 | $1.7600 |
| Sell | 9/15/2021 | -2,400 | $1.7700 |
| Buy | 10/29/2021 | 13,800 | $1.5600 |
| Buy | 11/2/2021 | 10,000 | $1.5300 |
| Buy | 11/19/2021 | 5,302 | $1.2300 |
| Buy | 11/19/2021 | 400 | $1.2350 |
| Buy | 11/19/2021 | 46,310 | $1.2400 |
| Buy | 12/3/2021 | 940 | $0.9997 |
| Buy | 12/14/2021 | 3,100 | $0.5798 |
| Buy | 12/14/2021 | 3,429 | $0.5794 |
| Buy | 12/14/2021 | 108 | $0.5796 |
| Buy | 12/14/2021 | 1,300 | $0.6503 |
| Buy | 12/14/2021 | 400 | $0.6504 |
| Buy | 12/14/2021 | 70,000 | $0.5800 |
| Buy | 12/14/2021 | 148,300 | $0.6505 |
| Buy | 12/15/2021 | 1,695 | $0.6600 |
| Buy | 12/16/2021 | 30,000 | $0.6298 |
| Buy | 12/20/2021 | 100 | $0.6439 |
| Buy | 12/20/2021 | 500 | $0.6414 |

DocuSign Envelope ID: 5F0034AB-2662-4923-B18B-7F91AA1D9420

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Buy | 12/20/2021 | 1,300 | $0.6413 |
| Buy | 12/20/2021 | 200 | $0.6420 |
| Buy | 12/20/2021 | 600 | $0.6428 |
| Buy | 12/20/2021 | 500 | $0.6427 |
| Buy | 12/20/2021 | 200 | $0.6426 |
| Buy | 12/20/2021 | 2,555 | $0.6425 |
| Buy | 12/20/2021 | 43,955 | $0.6500 |
| Buy | 12/20/2021 | 90 | $0.6424 |
| Buy | 12/22/2021 | 3,200 | $0.6472 |
| Buy | 1/12/2022 | 57,000 | $0.5200 |
| Buy | 1/12/2022 | 33,036 | $0.5160 |
| Buy | 3/4/2022 | 1,300 | $0.4824 |
| Buy | 3/4/2022 | 300 | $0.4835 |
| Buy | 3/4/2022 | 400 | $0.4837 |
| Buy | 3/4/2022 | 5,500 | $0.4841 |
| Buy | 3/4/2022 | 3,300 | $0.4843 |
| Buy | 3/4/2022 | 300 | $0.4844 |
| Buy | 3/4/2022 | 788 | $0.4823 |
| Buy | 3/4/2022 | 100 | $0.4817 |
| Buy | 3/4/2022 | 61,900 | $0.4800 |
| Buy | 3/4/2022 | 100 | $0.4797 |
| Buy | 3/4/2022 | 600 | $0.4794 |
| Buy | 3/4/2022 | 800 | $0.4772 |
| Buy | 3/4/2022 | 1,300 | $0.4793 |
| Buy | 3/4/2022 | 100 | $0.4845 |
| Buy | 3/4/2022 | 1,100 | $0.4848 |
| Buy | 3/4/2022 | 593 | $0.4849 |
| Buy | 3/4/2022 | 112,545 | $0.4850 |
| Buy | 3/4/2022 | 1,100 | $0.4773 |
| Buy | 3/4/2022 | 500 | $0.4783 |
| Buy | 3/4/2022 | 25,940 | $0.4787 |
| Buy | 3/4/2022 | 200 | $0.4788 |
| Buy | 3/4/2022 | 700 | $0.4791 |
| Buy | 3/4/2022 | 534 | $0.4789 |
| Buy | 4/28/2022 | 18,510 | $0.2230 |
| Buy | 4/28/2022 | 4,490 | $0.2229 |
| Buy | 5/13/2022 | 6,929 | $0.2149 |
| Buy | 5/13/2022 | 617 | $0.2150 |
| Buy | 5/13/2022 | 16,411 | $0.2145 |
| Buy | 5/13/2022 | 13,310 | $0.2141 |
| Buy | 5/13/2022 | 4,112 | $0.2140 |
| Buy | 5/13/2022 | 75,671 | $0.2180 |
| Buy | 5/13/2022 | 2,900 | $0.2170 |
| Buy | 5/13/2022 | 11,300 | $0.2116 |
| Buy | 5/13/2022 | 15,676 | $0.2120 |
| Buy | 5/13/2022 | 19,258 | $0.2130 |
| Buy | 5/13/2022 | 6,900 | $0.2131 |
| Buy | 5/13/2022 | 2,300 | $0.2137 |
| Buy | 5/13/2022 | 2,314 | $0.2138 |
| Buy | 5/13/2022 | 49,278 | $0.2139 |
| Buy | 5/16/2022 | 100 | $0.1999 |
| Buy | 5/16/2022 | 100 | $0.1997 |

DocuSign Envelope ID: 5F0034AB-2662-4923-B18B-7F91AA1D9420

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Buy | 5/16/2022 | 29,262 | $0.2000 |
| Buy | 5/18/2022 | 100,000 | $0.1895 |

DocuSign Envelope ID: CFD74C0C-696B-403D-9DEC-0D99098407B9

## CERTIFICATION OF PROPOSED LEAD
## PLAINTIFF

I, Tao Wang, as CEO of SynWorld Technologies Corporation ("Movant"), declare as to the claims asserted under the federal securities laws against Ampio Pharmaceuticals, Inc., *et al,* that:

1.      Movant has reviewed a complaint against Ampio Pharmaceuticals, Inc., *et al* in the action filed and adopts the allegations therein.

2.      Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.      Movant did not purchase any security that is the subject of this action at the direction of Movant's counsel or in order to participate in any private action arising under the federal securities laws.

4.      Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial**,** if necessary.

5.      Movant's transactions in Ampio Pharmaceuticals, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

6.      In the past three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

7.      Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this 14th day of October, 2022.

DocuSigned by:

*tao wang*

CA26597BB142465...

Tao Wang
CEO of Movant
SynWorld Technologies Corporation

DocuSign Envelope ID: CFD74C0C-696B-403D-9DEC-0D99098407B9

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 2/10/2021 | 110,000 | $2.2424 |
| Purchase | 2/18/2021 | 5,500 | $1.9100 |
| Purchase | 3/5/2021 | 10,500 | $1.4699 |
| Purchase | 5/10/2021 | 53,000 | $1.8944 |
| Sold | 5/26/2021 | -23,000 | $1.8314 |
| Purchase | 7/6/2021 | 30,000 | $1.6400 |
| Purchase | 7/19/2021 | 70,000 | $1.4999 |
| Purchase | 8/5/2021 | 51,777 | $1.3495 |
| Purchase | 8/13/2021 | 9,001 | $1.4600 |
| Purchase | 8/13/2021 | 30,000 | $1.4799 |
| Purchase | 8/17/2021 | 30,000 | $1.3500 |
| Purchase | 8/20/2021 | 13,000 | $1.4000 |
| Purchase | 9/8/2021 | 12,777 | $1.6100 |
| Purchase | 9/14/2021 | 40,000 | $1.5000 |
| Purchase | 9/15/2021 | 20,000 | $1.6400 |
| Sold | 9/15/2021 | -9,400 | $1.8000 |
| Sold | 9/15/2021 | -9,500 | $1.7200 |
| Purchase | 10/7/2021 | 53,000 | $1.6400 |
| Purchase | 10/14/2021 | 23,000 | $1.7000 |
| Purchase | 10/22/2021 | 8,800 | $1.6198 |
| Purchase | 10/25/2021 | 6,900 | $1.5868 |
| Purchase | 11/15/2021 | 170,000 | $1.3199 |
| Purchase | 12/2/2021 | 10 | $1.0600 |
| Purchase | 12/3/2021 | 20,000 | $1.0400 |
| Purchase | 12/7/2021 | 1,282 | $1.0500 |
| Purchase | 12/8/2021 | 20,000 | $1.0400 |
| Purchase | 12/9/2021 | 20,000 | $1.0200 |
| Purchase | 12/9/2021 | 20,000 | $1.0221 |
| Purchase | 12/10/2021 | 20,000 | $1.0000 |
| Purchase | 12/10/2021 | 2,739 | $0.9800 |
| Purchase | 12/13/2021 | 50,000 | $0.7880 |
| Purchase | 12/13/2021 | 50,000 | $0.7855 |
| Purchase | 12/13/2021 | 20,000 | $0.7778 |
| Purchase | 12/13/2021 | 50,000 | $0.7700 |
| Purchase | 12/13/2021 | 10,000 | $0.7018 |
| Purchase | 12/22/2021 | 1,000 | $0.6473 |
| Purchase | 12/29/2021 | 50,000 | $0.5440 |
| Purchase | 12/31/2021 | 15,004 | $0.5433 |
| Purchase | 1/14/2022 | 3,827 | $0.4816 |
| Purchase | 1/21/2022 | 50,000 | $0.4798 |
| Purchase | 1/21/2022 | 90,000 | $0.4801 |
| Purchase | 1/27/2022 | 40,000 | $0.4683 |
| Purchase | 1/31/2022 | 35,000 | $0.5097 |
| Purchase | 2/2/2022 | 4,177 | $0.5000 |
| Purchase | 2/8/2022 | 100,000 | $0.4995 |
| Purchase | 2/8/2022 | 31,091 | $0.4975 |
| Purchase | 2/9/2022 | 70,000 | $0.5149 |
| Purchase | 2/17/2022 | 110,000 | $0.4896 |
| Purchase | 2/23/2022 | 100,000 | $0.4590 |
| Purchase | 2/28/2022 | 5,551 | $0.4600 |
| Purchase | 3/1/2022 | 203 | $0.4600 |

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 3/1/2022 | 100,000 | $0.4690 |
| Purchase | 3/1/2022 | 28,062 | $0.4530 |
| Purchase | 3/8/2022 | 90,000 | $0.4300 |
| Purchase | 4/13/2022 | 100,000 | $0.3980 |
| Purchase | 5/3/2022 | 100,000 | $0.2270 |
| Purchase | 5/3/2022 | 100,000 | $0.2390 |
| Purchase | 5/11/2022 | 21,000 | $0.2050 |
| Purchase | 5/23/2022 | 50,000 | $0.1760 |
| Purchase | 6/7/2022 | 4,030 | $0.1850 |
| Purchase | 6/24/2022 | 500,000 | $0.1840 |
| Purchase | 6/27/2022 | 100,000 | $0.1680 |
| Purchase | 6/30/2022 | 260,000 | $0.1690 |
| Purchase | 7/1/2022 | 454,879 | $0.1590 |