# EXHIBIT C

Case No. 1:22-cv-02105-WJM-CYC     Document 25-3     filed 10/17/22     USDC Colorado
pg 1 of 4

DocuSign Envelope ID: 0BF11D29-F0ED-469B-A413-CAD92C6F064A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02105-WJM-MEH

CHRISTOPHER KAIN, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

      v.

AMPIO PHARMACEUTICALS, INC.
MICHAEL A. MARTINO,
MICHAEL MACALUSO, and
HOLLI CHEREVKA,

        Defendants.

_____

**DECLARATION OF TAO WANG IN SUPPORT OF MOTION OF TAO WANG AND
SYNWORLD TECHNOLOGIES CORPORATION FOR APPOINTMENT
AS LEAD PLAINTIFFS AND APPROVAL OF LEAD
PLAINTIFFS' SELECTION OF LEAD COUNSEL**

_____

DocuSign Envelope ID: 0BF11D29-F0ED-469B-A413-CAD92C6F064A

I, Tao Wang, individually, and, as CEO on behalf of SynWorld Technologies Corporation

("Movants"), pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I respectfully submit this Declaration in support of Movants' Motion for: (1)

Appointment as Lead Plaintiff; and (2) Approval of Lead Counsel in the instant class action on

behalf of investors in Ampio Pharmaceuticals, Inc. ("Ampio" or the "Company") securities

pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I am informed of

and understand the requirements and duties imposed by the PSLRA.

2.      I was born on January 21, 1981

3.      I was born in Beijing, China and moved to Canada in 2019, becoming a

permanent resident.

4.      I currently reside in Whitby, Ontario, Canada.

5.      I received a degree in Computer Science from Beijing Polytechnic University in

2001.

6.      I am the CEO of my own business, SynWorld Technologies Corporation. I have

managed this business for approximately three years.

7.      I have been investing in the stock market for approximately two and half years

and manage my own investments.

8.      I believe the securities class action against Ampio is meritorious and should be

led by an investor who is committed to maximizing the recovery on behalf of the class.  I traded

in Ampio securities during the Class Period and suffered a substantial loss as a result of the

violations of the federal securities laws alleged in this Action. I am motivated to recover my

losses for my benefit and the benefit of all members of the Class. It is for this reason that I

decided to seek appointment as Lead Plaintiff in the action.  I understand the responsibilities and

1

DocuSign Envelope ID: 0BF11D29-F0ED-469B-A413-CAD92C6F064A

duties of being a Lead Plaintiff, including my fiduciary duties to the class.

9.      I understand and appreciate a Lead Plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently.  I have fulfilled this responsibility by selecting and retaining counsel with a proven history of handling this type of complex litigation.  In this case, I selected Faruqi & Faruqi, LLP (the "Faruqi Firm") to serve as lead counsel.  Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe the Faruqi Firm is well qualified to represent the class.  As part of my due diligence process, prior to my selection of the Faruqi Firm, I assessed the firm's qualifications and communicated with attorney Dylan Weeks.

10.      I have directed the Faruqi Firm to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class.  I will continue to supervise lead counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

11.      I understand that a Lead Plaintiff's share of any recovery is the same as every other potential class member.  As my certificate states, I will not accept any payment for serving as a representative party beyond our *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

I, Tao Wang, declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/14/2022 | 7:11 PM EDT



DocuSigned by:

*tao wang*

CA20597BB142405...

Tao Wang

2