# EXHIBIT E



# WBENC
## WOMEN'S BUSINESS ENTERPRISE NATIONAL COUNCIL

**JOIN FORCES. SUCCEED TOGETHER.**

hereby grants

## National Women's Business Enterprise Certification

to

### Faruqi & Faruqi, LLP

who has successfully met WBENC's standards as a Women's Business Enterprise (WBE).
This certification affirms the business is woman-owned, operated and controlled and is valid through the date herein.

WBENC National WBE Certification was processed and validated by Women's Business Enterprise Council Metro NY, a WBENC Regional Partner Organization.

Certification Granted: December 7, 2020
Expiration Date: December 7, 2022
WBENC National Certification Number: WBE2003076



Sandra Eberhard, President & CEO Women's
Business Enterprise Council Metro NY

WBEC METRO NY
WOMEN'S BUSINESS ENTERPRISE CENTER
JOIN FORCES. SUCCEED TOGETHER.

NAICS: 541199, 541110
UNSPSC: 80120000, 80121600

