## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CHRISTOPHER KAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMPIO PHARMACEUTICALS, INC., MICHAEL A. MARTINO, MICHAEL MACALUSO, and HOLLI CHEREVKA,<br><br>Defendants. | CASE NO. 22-cv-02105-WJM-MEH |

## AMPIO PHARMACEUTICALS, INC. AND
## MICHAEL A. MARTINO'S STATEMENT OF NO POSITION

Defendants Ampio Pharmaceuticals, Inc. and Michael A. Martino, by and through

undersigned counsel, respectfully take no position on the competing motions for appointment as

lead plaintiff.

Dated:  November 7, 2022          BALLARD SPAHR LLP

By:  /s/ Patrick G. Compton_____
M. Norman Goldberger
Patrick G. Compton
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Telephone: 303.454.0521
comptonp@ballardspahr.com

*Attorneys for Defendants*
*Ampio Pharmaceuticals, Inc. and Michael A.*
*Martino*

## CERTIFICATE OF SERVICE

I certify that on November 7, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Patrick G. Compton
Patrick G. Compton