IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02105-WJM-MEH

CHRISTOPHER KAIN, Individually and on Behalf of All Others Similarly Situated,

            Plaintiff,

      v.

AMPIO PHARMACEUTICALS, INC.
MICHAEL A. MARTINO,
MICHAEL MACALUSO, and
HOLLI CHEREVKA,

            Defendants.

---

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF TAO WANG AND SYNWORLD TECHNOLOGIES CORPORATION'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL AND IN RESPONSE TO MOVANT LYNN HEDEMAN'S OPPOSITION**

---

I, James M. Wilson, Jr., declare as follows:

1.    I am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of Tao Wang and SynWorld Technologies Corporation's Reply Memorandum of Law in Further Support of Their Motion for Appointment as Lead Plaintiffs and Approval of Lead Plaintiffs' Selection of Lead Counsel and in Response to Movant Lynn Hedeman's Opposition. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.    Attached as Exhibit 1 is a true and correct copy of the Declaration of Tao Wang in Further Support of Motion of Tao Wang and SynWorld Technolobies Corporation for Appointment as Lead Plaintiffs and Approval of Lead Plaintiffs' Selection of Lead Counsel.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of November 2022 at New York, NY.

s/ James M. Wilson, Jr.
James M. Wilson, Jr.

## CERTIFICATE OF SERVICE

I, James M. Wilson, Jr., hereby certify that on November 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

s/ James M. Wilson, Jr.
James M. Wilson, Jr.