Case No. 1:22-cv-02105-WJM-CYC   Document 36   filed 12/14/22   USDC Colorado
pg 1 of 5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02105-WJM-MEH

CHRISTOPHER KAIN, individually and on
behalf of all others similarly situated,

      Plaintiff,

      v.

AMPIO PHARMACEUTICALS, INC.,
MICHAEL A. MARTINO,
MICHAEL MACALUSO, and
HOLLI CHEREVKA,

      Defendants.

---

## PARTIES' JOINT STIPULATED AND
## UNOPPOSED MOTION TO CONTINUE THE STAY

---

Plaintiff Christopher Kain ("Plaintiff") and Defendants Ampio Pharmaceuticals, Inc.

("Ampio" or the "Company"), Michael A. Martino ("Martino"), Michael Macaluso

("Macaluso"),[1] and Holli Cherevka ("Cherevka," and collectively with Ampio, Martino, and

Macaluso, "Defendants"), by and through undersigned counsel, respectfully and jointly move to

continue the stay ordered by this Court in its Minute Order entered on September 8, 2022 (ECF

15) ("9/8/22 Order").  As part of this request, Plaintiff and Defendants also respectfully and

jointly move this Court, pursuant to the 9/8/22 Order, for a postponement of all deadlines.

---

[1]    Defendant Macaluso recently died.  Defendants have advised Plaintiff and the counsel for
both remaining movants for appointment as lead plaintiff.

DMFIRM #404699738 v2

Plaintiff and Defendants request a continuance of the stay in this matter, and postponement of all deadlines set forth in the 9/8/22 Order, until the appointment of lead plaintiff and a determination by lead plaintiff and lead counsel whether to file an amended complaint or proceed with the existing complaint and an agreement on a scheduling order setting deadlines for any answer or motion to dismiss the operative complaint.

This putative securities class action was filed on August 17, 2022, by Plaintiff against corporate defendant Ampio and its current CEO Martino, and former executives Cherevka and Macaluso.  This action is governed by the provisions of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4 of the Securities Exchange Act of 1934 (the "Exchange Act").  Pursuant to the provisions of the PSLRA, 15 U.S.C. § 78u-4(a)(3), Plaintiff published notice of the filing of this suit and of the opportunity for other shareholders of Ampio to seek appointment as lead plaintiff by filing a motion with this Court within sixty days of notice—*i.e.*, on or before October 17, 2022.  A number of Ampio shareholders filed competing motions pursuant to Plaintiff's published notice, and those motions are currently pending before this Court.

In its 9/8/22 Order, this Court set certain deadlines for responding to the Complaint (January 16, 2023), conducting a Rule 26(f) meeting (February 3, 2023), submitting a proposed Scheduling Order (February 6, 2023) and attending a Scheduling Conference (February 13, 2023).  Counsel for Plaintiff and counsel for Defendants have met and conferred and agree that the stay in this case should be continued, and all deadlines postponed, pending appointment of a lead plaintiff and a determination by lead plaintiff and lead counsel whether to file an amended complaint or proceed with the existing complaint.

Plaintiff and Defendants submit that this is the second request for extension of the deadlines, and that the extension of the deadlines is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.  Counsel for Ampio and Mr. Martino also contacted counsel for the two parties whose motions for lead plaintiff remain pending and neither objects to the proposed extension of the stay.  Counsel for Plaintiff and Defendants Ampio, Martino and Cherevka further certify that they have complied with the requirements of D.C.COLO.LCivR 6.1, Judge Martinez's Practice Standards augmenting D.C.COLO.LCivR 6.1, and D.C.COLO.LCivR 7.1.  The parties have conferred and have identified the good faith basis for their request (as set forth above), the relief requested is sought jointly and therefore unopposed, and service of this motion will be made upon the Plaintiff and Defendants, as noted in the Certificate of Service that follows.

Accordingly, and for good cause shown, Plaintiff and Defendants jointly request that this Court continue the stay in this case, and postpone all pending deadlines, until after the appointment of lead plaintiff and lead counsel, a determination whether an amended complaint will be filed and a schedule is set for any answer or motion to dismiss the operative complaint. This request is being made without prejudice to any parties' right to seek interim relief and without waiver of any defense that may be raised.

Dated:  December 14, 2022

ROBBINS LLP

By*: s/ Brian J. Robbins*_____
Brian J. Robbins
Craig W. Smith
Gregory E. Del Gaizo
5040 Shoreham Place
San Diego, CA  92122
Telephone: (619) 525-3990
brobbins@robbinsllp.com
csmith@robbinsllp.com
gdelgaizo@robbinsllp.com

*Attorneys for Plaintiff*
*Christopher Kain*

BALLARD SPAHR LLP

By: *s/ Patrick G. Compton*_____
M. Norman Goldberger
Patrick G. Compton
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Telephone: 303.454.0521
comptonp@ballardspahr.com

*Attorneys for Defendants*
*Ampio Pharmaceuticals, Inc. and Michael A.*
*Martino*

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

By: *s/ Emily R. Garnett*_____
Emily R. Garnett
410 Seventeenth Street, Suite 2200
Denver, CO 80202
Telephone: 303.223.1147
EGarnett@BHFS.com

*Attorney for Defendant*
*Holli Cherevka*

ARCKEY & ASSOCIATES, LLC

By: *s/ Thomas J. Arckey*
Thomas J. Arckey
6860 South Yosemite, Suite 2000
Centennial, CO 80112
Telephone:  303-798-8546
tja@arlaw.us

*Attorney for Defendant Michael Macaluso*

## CERTIFICATE OF SERVICE

I certify that on December 14, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Patrick G. Compton*
Patrick G. Compton

### *Compliance With D.C.Colo.LCivR 6.1(c)*

I certify that this motion is being served contemporaneously on Michael A. Martino as an individual defendant and on behalf of Ampio Pharmaceuticals, Inc., as its Chief Executive Officer, pursuant to D.C.Colo.LCivR 6.1(c).

*s/ Patrick G. Compton*
Patrick G. Compton

*Attorney for Defendants*
*Ampio Pharmaceuticals, Inc. and*
*Michael A. Martino*

I certify that this motion is being served contemporaneously on Holli Cherevka, pursuant to D.C.Colo.LCivR 6.1(c).

*s/ Emily R. Garnett*
Emily R. Garnett
*Attorney for Defendant Holli Cherevka*

I certify that this motion is being served contemporaneously on Christopher Kain, pursuant to D.C.Colo.LCivR 6.1(c).

*s/ Brian J. Robbins*
Brian J. Robbins
*Attorney for Plaintiff Christopher Kain*