## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02105-WJM-MEH

**CHRISTOPHER KAIN, individually and on behalf of all others similarly situated**,

      Plaintiff,

v.

**AMPIO PHARMACEUTICALS, INC., MICHAEL A. MARTINO, MICHAEL MACALUSO, and HOLLI CHEREVKA**,

      Defendants.

_____

### SUGGESTION OF DEATH OF DEFENDANT MICHAEL MACALUSO
_____

Defendant Michael Macaluso, by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 25(a), states upon the Record the death of Defendant Michael Macaluso on November 9, 2022.

Counsel for the deceased Defendant is serving the within Suggestion of Death, Summons, and Complaint upon the heirs of Defendant Macaluso.

Dated this 20th day of September 2023.

                                        Respectfully submitted,

                                        *s/ Thomas J. Arckey*
                                        Thomas J. Arckey
                                        ARCKEY & ASSOCIATES, LLC
                                        7887 E. Belleview Ave., Suite 1100
                                        Denver, CO 80111
                                        (303) 798-8546
                                        Email: tja@arlaw.us
                                        *Attorney for Defendant*
                                        *Michael Macaluso*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 20th day of September 2023 a copy of this **SUGGESTION OF DEATH OF DEFENDANT MICHAEL MACALUSO** was sent by United States mail to:

Michael Macaluso,
and all heirs, successors, and assigns
9576 Aspen Hill Circle
Lone Tree, CO  80124

<i><u>s/ Emily Sahli</u></i><br>Emily Sahli

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 20th day of September 2023 a copy of this **SUGGESTION OF DEATH OF DEFENDANT MICHAEL MACALUSO** was served via ECF upon the following:

Karen Cody Hopkins
CODY-HOPKINS LAW FIRM
4610 S. Ulster St #150
Denver, Colorado 80237
karen@codyhopkinslaw.com
T: (303) 221-4666
F: (888) 551-1053
*Attorneys for Plaintiff Robert Maresca*

Timothy Brown
Saadia Hashmi
THE BROWN LAW FIRM, P.C.
767 Third Avenue, Suite 2501
New York, NY 10017
tbrown@thebrownlawfirm.net
shashmi@thebrownlawfirm.net
T: (516) 922-5427
F: (516) 344-6204
*Co-Lead Counsel for Plaintiffs*

Philip Kim
Erica Stone
Ryan Hedrick
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016

2

Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com; estone@rosenlegal.com;
rhedrick@rosenlegal.com
*Co-Lead Counsel for Plaintiffs*

M. Norman Goldberger
Patrick G. Compton
Laura E. Krabill
Chesley Burruss
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Telephone: (303) 454-0521
goldbergerm@ballardspahr.com
comptonp@ballardspahr.com
krabilll@ballardspahr.com
burrussc@ballardspahr.com
*Attorneys for Defendants*
*Michael A. Martino, David Stevens, J. Kevin Buchi,*
*Philip H. Coelho, Richard B. Giles and Nominal*
*Defendant Ampio Pharmaceuticals, Inc*

Emily R. Garnett
Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, CO 80202
Telephone: (303) 223-1147
EGarnett@BHFS.com
*Attorney for Defendant Holli Cherevka*

Brian Neil Hoffman
Alex E. Pierce
Holland & Hart
555 17th Street, Suite 3200
Denver, CO  80202
bnhoffman@hollandhart.com
aepierce@hollandhart.com
T: (303) 295-8043
*Attorney for Defendant David Bar-Or*

*s/ Emily Sahli*
Emily Sahli
