## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02105-WJM-MEH

TAO WANG, et al.,

      Plaintiffs,

    v.

AMPIO PHARMACEUTICALS, INC., et al.,

      Defendants.

---

## NOTICE OF RELATED CASES

---

      Pursuant to D.C.Colo.LCivR. 3.2, Defendant David Bar-Or submits this Notice of Related Cases to advise the Court that the above captioned case is related to the following actions:

      1.    *Robert Maresca, derivatively on behalf of Ampio Pharmaceuticals, Inc. v. Michael A. Martino, et al*., Civil Action No. 22-cv-02646-PAB-KAS (consolidated with *Samantha Marquis derivatively on behalf of Ampio Pharmaceuticals, Inc. v. Michael A. Martino, et al. v. Martino, et al.*, Civil Action No. 22-cv-02803-PAB-KLM), currently pending in the U.S. District Court for the District of Colorado.

      2.    *John McCann, derivatively on behalf of Ampio Pharmaceuticals, Inc. v. Michael A. Martino, et al.*, Case No. 2023-CV-30287, currently pending in the District Court for the City and County of Denver, Colorado.

30815191

Dated:  November 1, 2023.

Respectfully submitted,

*/s/ Brian Neil Hoffman*
Michael J. Carrigan
Brian Neil Hoffman
Alexandria Pierce
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO  80202
Phone: (303) 295-8043
mcarrigan@hollandhart.com
bnhoffman@hollandhart.com
aepierce@hollandhart.com
*Counsel for Defendant David Bar-Or*

2

30815191

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2023, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.


*/s/ Brian Neil Hoffman*

30815191