# EXHIBIT A-2

| | |
|---|---|
| *Ampio Pharmaceuticals Securities Settlement*<br>P.O. Box 25226<br>Santa Ana, CA 92799<br><br>**COURT-ORDERED LEGAL NOTICE**<br><br>**Important Notice about a Securities Class Action Settlement**.<br><br>**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully**.<br><br>*Tao Wang and Synworld Techs., Corp. v. Ampio Pharmaceuticals., Inc., et al.*, Case No. 1:22-cv-02105-WJM-MEH | [Postage ]<br>[Prepaid ]<br><br><br>Name<br>Address<br>City, State Zip |

***THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT. PLEASE VISIT WWW.AMPIOSECURITIESSETTLEMENT.COM FOR MORE INFORMATION.***

There has been a proposed Settlement of claims against Ampio Pharmaceuticals, Inc. ("Ampio"), and certain current and former executives of Ampio (collectively, the "Defendants"). The Settlement resolves a lawsuit in which Lead Plaintiffs allege that Defendants disseminated materially false and misleading information to the investing public related to Ampio's commercial drug candidate, Ampion®, in violation of the federal securities laws. Defendants deny any and all allegations of wrongdoing whatsoever. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired Ampio common stock between December 29, 2020, and August 2, 2022, inclusive, and been damaged thereby.

Defendants have agreed to cause Ampio to pay a Settlement Amount of $3,000,000.00. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the releases by Settlement Class Members of claims related to this case. For all details of the Settlement, read the Stipulation and full Notice, available at www.AmpioSecuritiesSettlement.com. Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size, and timing of your transactions in Ampio common stock. If every eligible Settlement Class Member submits a valid Claim Form, the average recovery will be $0.02 per damaged share of Ampio common stock before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted. This is further explained in the detailed Notice found on the Settlement website.

To qualify for payment, you must submit a Claim Form. The Claim Form can be found on the website www.AmpioSecuritiesSettlement.com, or will be mailed to you upon request to the Claims Administrator (1-833-602-5027). Claim Forms must be emailed or postmarked by _____. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by _____. The detailed Notice explains how to submit a Claim Form, exclude yourself, or object.

The Court will hold a hearing in this case on _____, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 28% of the Settlement Fund in attorneys' fees, plus actual expenses up to $75,000 for litigating the case and negotiating the Settlement, and reimbursement of Lead Plaintiffs' costs and expenses related to their representation of the Settlement Class in an aggregate amount not to exceed $5,000. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free 1-833-602-5027 or visit the website www.AmpioSecuritiesSettlement.com and read the detailed Notice.