# EXHIBIT A-4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TAO WANG and SYNWORLD TECHNOLOGIES CORPORATION, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>AMPIO PHARMACEUTICALS, INC. MICHAEL A. MARTINO, MICHAEL MACALUSO, HOLLI CHEREVKA, DAN STOKELY DAVID BAR-OR, PHILIP H. COELHO, and RICHARD B. GILES<br><br>　　　　　　　　　　Defendants. | Case No. 1:22-CV-02105-WJM-MEH<br><br>**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES** |

**To:** All Persons who purchased or otherwise acquired Ampio Pharmaceuticals, Inc.'s ("Ampio") common stock between December 29, 2020, and August 2, 2022, inclusive, and who suffered damages thereby ("Settlement Class").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of Colorado, that Tao Wang and SynWorld Technologies Corporation, Lead Plaintiffs in the Action ("Lead Plaintiffs"), on behalf of themselves and all members of the Settlement Class and Defendants Ampio Pharmaceuticals, Inc. ("Ampio"), Michael A. Martino, Holli Cherevka, Dan Stokely, David Bar-Or, Philip H. Coelho, and Richard B. Giles (the "Defendants," and collectively with Lead Plaintiffs, the "Parties"), have reached a proposed settlement of the claims in the Action in the amount of $3,000,000 (the "Settlement").

A hearing will be held before the Honorable William J. Martinez, on _____, 2024, at _____ in Courtroom A801 of the United States District Court for the District of Colorado, at the Alfred A. Arraj Courthouse, 901 19th Street, Denver, CO 80294 (the "Settlement Hearing") to, among other things, determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated May 13, 2024; (iii) approve the proposed Plan of Allocation for distribution of the settlement funds available for distribution to Settlement Class Members (the "Net Settlement Fund"); and (iv) approve Lead Counsel's Fee and Expense Application. The Court may change the date of the Settlement Hearing, or hold it telephonically, without providing another notice. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE**

**ENTITLED TO A MONETARY PAYMENT.**  You may obtain copies of the Notice and Proof of Claim Form by visiting the website of the Claims Administrator, www.AmpioSecuritiesSettlement.com, or by contacting the Claims Administrator at:

*Ampio Pharmaceuticals Securities Settlement*
P.O. Box 25226
Santa Ana, CA 92799
info@AmpioSecuritiesSettlement.com
1-833-602-5027

Inquiries, other than requests for the Notice/Claim Form or for information about the status of a claim, may also be made to Lead Counsel:

James M. Wilson, Jr.
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form *postmarked or submitted electronically no later than _____, 2024*.  If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is *received no later than _____, 2024*.  If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

2

Any objections to the proposed Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are *received no later than _____, 2024.*

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

Dated: _____

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

3