**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02105-WJM-MEH

TAO WANG, individually and on behalf of all others similarly situated,
SYNWORLD TECHNOLOGIES CORPORATION, individually and on behalf of all others
similarly situated,

        Plaintiff,

v.

AMPIO PHARMACEUTICALS, INC.
MICHAEL A. MARTINO,
MICHAEL MACALUSO,
HOLLI CHEREVKA,
DAN STOKELY,
DAVID BAR-OR,
PHILIP H. COELHO, and
RICHARD B. GILES

        Defendants.

---

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF LEAD PLAINTIFFS'
UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION
SETTLEMENT; AND MEMORANDUM OF LAW IN SUPPORT**

I, James M. Wilson, Jr., declare as follows:

1.    I am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Lead Plaintiffs Tao Wang and SynWorld Technologies Corporation ("Plaintiffs") for Preliminary Approval of the Class Action Settlement. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.    Attached as Exhibits 1 through 2 are true and correct copies of the following documents:

Exhibit 1:    Firm Resume of Faruqi & Faruqi, LLP

Exhibit 2:    Edward Flores and Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: 2023 Full-Year Review* (NERA 2024).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of May 2024 at New York, NY.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1

## CERTIFICATE OF SERVICE

I, James M. Wilson, Jr., hereby certify that on May 13, 2024, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such

filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*s/ James M. Wilson, Jr.*
James M. Wilson, Jr.
