**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02105-WJM-MEH

TAO WANG, individually and on behalf of all others similarly situated,
SYNWORLD TECHNOLOGIES CORPORATION, individually and on behalf of all others
similarly situated,

       Plaintiff,

v.

AMPIO PHARMACEUTICALS, INC.
MICHAEL A. MARTINO,
MICHAEL MACALUSO,
HOLLI CHEREVKA,
DAN STOKELY,
DAVID BAR-OR,
PHILIP H. COELHO, and
RICHARD B. GILES

       Defendants.

---

**REPLY IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

---

Lead Plaintiffs Tao Wang and his wholly-owned company, SynWorld Technologies

Corporation ("Plaintiffs"), on behalf of themselves and the putative Settlement Class,[1]

respectfully submit this reply in support of their Unopposed Motion for Preliminary Approval of

the Class Action Settlement ("Preliminary Approval Motion") (ECF No. 94).

As the Preliminary Approval Motion was served and filed by electronic means on May

13, 2024, anyone seeking to oppose the motion was required to file an opposition by June 3,

2024. *See* D.C.COLO.LCivR 7.1(d) (providing that with certain limited exceptions not

---

[1] Unless otherwise noted, all capitalized terms have the meaning ascribed to them in the
Stipulation and Agreement of Settlement dated May 13, 2024 ("Stipulation" or "Stip."), ECF No.
93.

1

applicable here, oppositions to motions are due twenty-one (21) days after service).

To date, no opposition has been filed.  As such, the Preliminary Approval Motion

remains unopposed by Defendants and unopposed by any other non-party, including potential

class members, and should be granted for the reasons set forth therein.

Dated:  June 17, 2024                    Respectfully submitted,

By: s/ James M. Wilson, Jr.

James M. Wilson, Jr.
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:   jwilson@faruqilaw.com

Robert W. Killorin
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email:  rkillorin@faruqilaw.com

*Attorneys for Lead Plaintiffs Tao Wang and SynWorld
Technologies Corporation and Lead Counsel for the
putative Class*

2

## CERTIFICATE OF SERVICE

I, James M. Wilson, Jr., hereby certify that on June 17, 2024, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such

filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*s/ James M. Wilson, Jr.*
James M. Wilson, Jr.