IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TAO WANG and SYNWORLD TECHNOLOGIES CORPORATION, Individually and on Behalf of All Others Similarly Situated,,<br><br>      Plaintiff,<br><br>  v.<br><br>AMPIO PHARMACEUTICALS, INC.<br>MICHAEL A. MARTINO,<br>MICHAEL MACALUSO,<br>HOLLI CHEREVKA,<br>DAN STOKELY<br>DAVID BAR-OR,<br>PHILIP H. COELHO, and<br>RICHARD B. GILES<br><br>      Defendants. | Case No.: 1:22-cv-02105-WJM-MEH<br><br>**DECLARATION OF ANNE-MARIE MARRA OF SIMPLURIS REGARDING NOTICE AND SETTLEMENT ADMINISTRATION** |

I, ANNE-MARIE MARRA, declare as follows:

1. I am employed as a Program Manager by Simpluris, Inc. ("Simpluris"), the claims administrator in the above-entitled action. Our corporate office address is 3194-C Airport Loop Dr., Costa Mesa, CA 92626. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I have personal knowledge of the information set forth herein.

2. Simpluris is a class action administrator located in Costa Mesa, California. Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over one million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. Autozone, Inc.* (US District Court, CA Central Division) (208,050 class members), *Diaz v. SeaWorld* (Superior Court of the State of California) (1,281,123 class members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

## CAFA NOTIFICATION

3. On May 22, 2024, pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C.A. § 1715, Simpluris completed electronic and physical mailings that informed the appropriate state and federal Attorneys General about the Settlement. Attached hereto as Exhibit A is a true and correct copy of the letter sent to the Attorneys General. The list of recipients with their method of delivery is attached hereto as Exhibit B.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 3rd day of June 2024, in Seattle, Washington.

              /s/ Anne-Marie Marra
              ANNE-MARIE MARRA

# EXHIBIT A



Date: May 22, 2024

RE:     Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear Mr./Madam Attorney General:

Simpluris has been retained by Defendant Ampio Pharmaceuticals, Inc. ("Ampio") in a proposed class action lawsuit entitled *Wang et al v. Ampio Pharmaceuticals, Inc. et al*, Case No. 1:22-cv-02105-WJM-MEH (the "Action") to provide notices required under the Class Action Fairness Act of 2005. The Action is pending before the Honorable William J. Martinez in the United States District Court, District of Colorado.

In compliance with Section 1715 of the Class Action Fairness Act, 28 U.S.C. §§ 1332(d), 1453, and 1711–1715 (CAFA), this letter is to advise you that a Motion for entry of an order for Preliminary Approval was filed. The Court has not yet ruled on the motion or set a hearing date.

The parties to the above-referenced class action have reached a proposed class settlement regarding individuals who purchased or otherwise acquired Ampio common stock between December 29, 2020, and August 2, 2022, inclusive, who are alleging that the Defendants disseminated materially false and misleading information to the investing public related to Ampio's commercial drug candidate, Ampion® resulting in an artificial inflation of the price of Ampio common stock during the putative Class Period, in violation of the federal securities laws. The Defendants deny any and all wrongdoing, deny any liability to Lead Plaintiff or the proposed settlement class, and deny that Lead Plaintiff and the proposed class members have suffered any damages attributable to the Defendants' actions.

In compliance with Section 1715(b), the documents referenced below are available on the website linked here: https://transfer.simpluris.com/link/1sgIILalqezmJM6JD5M83A.

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** A copy of the original Complaint filed in the Action as well as the Amended Complaint are available on the website as "Ex. A – Complaint" and "Ex. B – Amended Complaint" respectively.

2. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** A copy of the Postcard Notice is available on the website as "Ex. C - Postcard Notice" as well as the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release Form entitled "Ex. D – Long Form Notice" and "Ex. E – Proof of Claim Form" respectively. A copy of the Summary Notice is available on the website as "Ex. F – Summary Notice."

3. **28 U.S.C. § 1715(b)(4) – Proposed Class Action Settlement:** A copy of the parties' Stipulation and Agreement of Settlement is available on the website as "Ex. G – Stipulation and Agreement of Settlement." A copy of the Proposed Preliminary Approval Order is available on the website as "Ex. H – [Proposed] Preliminary Approval Order."

4. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of the date of this letter, no other settlement or agreement has been entered into by the parties to this Action. The parties have executed a confidential supplemental agreement with details on Defendants' termination rights in the event that a certain percentage of putative class members opt out of the settlement.

5. **28 U.S.C. § 1715(b)(6) – Final Judgment:** As of the date of this letter, no Final Judgment has been issued by the Court. However, a copy of the Proposed Final Order and Judgment is available on the website as "Ex. I – [Proposed] Final Order and Judgment."



As of the date of this letter, the Court has not yet granted preliminary approval or set a date for any hearing. It is not currently feasible to identify the Class Members who reside in each state at this time, and therefore Defendants cannot feasibly estimate the proportionate share of the claims of such members to the entire settlement.

Materials filed in this action can be obtained through PACER, which is accessible at https://www.pacer.uscourts.gov/file-case/court-cmecf-lookup. If for any reason, you believe the enclosed information does not fully comply with Section 1715, please contact the Counsel for Defendant Ampio Pharmaceuticals identified below, to address any concerns or questions that you may have. For your convenience, we have provided the contact information for both parties and the Settlement Administrator below.

| Settlement Administrator: | Class Counsel: | Defense Counsel: |
|---|---|---|
| Simpluris, Inc.<br>3194 Airport Loop Dr, Ste C<br>Costa Mesa, CA 92626 | James M. Wilson, Jr.<br>FARUQI & FARUQI, LLP<br>685 Third Ave, 26th Fl<br>New York, NY 10017 | Patrick G. Compton<br>BALLARD SPAHR, LLP<br>1225 17th St, Ste 2300<br>Denver, CO 80202 |

Regards,

Anne-Marie Marra

Program Manager, Client Services

# EXHIBIT B

| | | List of Recipients of CAFA Notice | | | | | |
|---|---|---|---|---|---|---|---|
| **Office Name** | **Individual Name** | **Address 1** | **Address 2** | **City** | **State** | **Zip** | **Method** |
| Office of the Attorney General | Treg Taylor | 1031 West 4th Avenue, Suite 200 | | Anchorage | AK | 99501-1994 | Email |
| Office of the Attorney General | Steve Marshall | 501 Washington Avenue | P.O. Box 300152 | Montgomery | AL | 36130-0152 | Mail |
| Office of the Attorney General | Tim Griffin | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 | Mail |
| Attorney General's Office | Fainu'ulelei Falefatu Ala'ilima-Utu | American Samoa Gov't, Exec. Ofc. Bldg. | Utulei, Territory of American Samoa | Pago Pago | AS | 96799 | Mail |
| Office of the Attorney General | Kris Mayes | 2005 N. Central Avenue | | Phoenix | AZ | 85004-2926 | Mail |
| Office of the Attorney General | Rob Bonta | 1300 I Street, Suite 1740 | | Sacramento | CA | 95814 | Mail |
| | CAFA Coordinator | Office of the Attorney General, Consumer Protection Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 | Mail |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 | Mail |
| Office of the Attorney General | William Tong | 165 Capital Avenue | | Hartford | CT | 06106 | Mail |
| Office of the Attorney General | Merrick Garland | U.S. Department of Justice | 950 Pennsylvania Avenue NW | Washington | DC | 20530-0001 | Mail |
| Office of the Attorney General | Brian Schwalb | 400 6th Street NW | | Washington | DC | 20001 | Mail |
| Office of the Attorney General | Kathy Jennings | Carvel State Office Bldg | 820 N. French Street | Wilmington | DE | 19801 | Mail |
| Office of the Attorney General | Ashley Moody | The Capitol PL 01 | | Tallahassee | FL | 32399-1050 | Email |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334-1300 | Mail |
| Office of the Attorney General | Douglas Moylan | ITC Building | 590 S Marine Corps Drive, Ste. 706 | Tamuning | GU | 96913 | Mail |
| Department of the Attorney General | Anne E. Lopez | 425 Queen St | | Honolulu | HI | 96813-2903 | Mail |
| Iowa Attorney General | Brenna Bird | Hoover State Office Bldg | 1305 E.Walnut St. | Des Moines | IA | 50319 | Mail |
| Office of the Attorney General | Raúl Labrador | 700 W. Jefferson Street, Ste. 210 | PO Box 83720 | Boise | ID | 83720-1000 | Mail |
| Office of the Attorney General | Jasmine Ramos-Rojas | James R. Thompson Center | 100 W Randolph St | Chicago | IL | 60601 | Email |
| Indiana Attorney General's Office | Todd Rokita | Indiana Government Center South | 302 W. Washington Street, 5th Floor | Indianapolis | IN | 46204 | Mail |
| Office of the Attorney General | Kris Kobach | 120 SW 10th Avenue, 2nd Floor | | Topeka | KS | 66612-1597 | Mail |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue | Capitol Building, Suite 118 | Frankfort | KY | 40601 | Mail |
| Office of the Attorney General | Jeff Landry | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | Mail |
| Office of the Attorney General | Andrea Campbell | ATTN: CAFA Coordinator/General Counsel's Office | One Ashburton Place | Boston | MA | 02108 | Mail |
| Office of the Attorney General | Anthony G. Brown | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | Mail |
| Office of the Attorney General | Aaron Frey | State House Station 6 | | Augusta | ME | 04333 | Mail |
| Department of the Attorney General | Dana Nessel | 525 W. Ottawa Street | P.O. Box 30212 | Lansing | MI | 48909-0212 | Mail |
| Office of the Attorney General | Keith Ellison | Suite 102, State Capital | 75 Dr. Martin Luther King, Jr. Blvd. | St. Paul | MN | 55155 | Mail |
| Missouri Attorney General's Office | Andrew Bailey | Supreme Ct Bldg. | 207 W. High Street | Jefferson City | MO | 65101 | Mail |
| Office of the Attorney General | Edward Manibusan | Administration Building | P.O. Box 10007 | Saipan | MP | 96950-8907 | Mail |
| MS Attorney General's Office | Lynn Fitch | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 | Mail |
| Office of the Attorney General | Austin Knudsen | Justice Bldg. | 215 N. Sanders | Helena | MT | 59620-1401 | Mail |
| Attorney General's Office | Josh Stein | 9001 Mail Service Center | | Raleigh | NC | 27699-6400 | Mail |
| Office of the Attorney General | Drew Wrigley | State Capitol | 600 E. Boulevard Ave. | Bismarck | ND | 58505-0040 | Mail |
| Nebraska Attorney General | Mike Hilgers | State Capitol | PO Box 98920 | Lincoln | NE | 68509-8920 | Mail |
| Office of the Attorney General | John Formella | 33 Capitol St. | | Concord | NH | 03301 | Mail |
| Office of the Attorney General | Matthew J. Platkin | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 | Mail |
| Office of the Attorney General | Raul Torrez | PO Drawer 1508 | | Santa Fe | NM | 87504-1508 | Mail |
| Office of the Attorney General | Aaron D. Ford | Old Supreme Ct. Bldg. | 100 N. Carson St. | Carson City | NV | 89701 | Email |
| Office of the Attorney General | Letitia James | CAFA Coordinator, Office of the Attorney General | 28 Liberty Street, 15th Floor | New York | NY | 10005 | Email |
| Office of the Attorney General | Dave Yost | State Office Tower | 30 E. Broad Street, 14th Floor | Columbus | OH | 43215 | Mail |
| Office of the Attorney General | Gentner Drummond | 313 NE 21st Street | | Oklahoma City | OK | 73105 | Mail |
| Office of the Attorney General | Ellen F. Rosenblum | Justice Bldg. | 1162 Court Street NE | Salem | OR | 97301 | Mail |
| Office of the Attorney General | Michelle A. Henry | Pennsylvania Office of Attorney General | 16th Floor, Strawberry Square | Harrisburg | PA | 17120 | Mail |
| PR Department of Justice | Domingo Emanuelli Hernández | P.O. Box 9020192 | | San Juan | PR | 00902-0192 | Mail |

| List of Recipients of CAFA Notice |||||||||
|---|---|---|---|---|---|---|---|
| Office Name | Individual Name | Address 1 | Address 2 | City | State | Zip | Method |
| Office of the Attorney General | Peter F. Neronha | 150 S. Main Street |  | Providence | RI | 02903 | Mail |
| Office of the Attorney General | Alan Wilson | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 | Mail |
| Office of the Attorney General | Marty Jackley | 1302 E. Highway 14, Suite 1 |  | Pierre | SD | 57501-8501 | Mail |
| Office of the Attorney General | Jonathan Skrmetti | 425 5th Avenue North |  | Nashville | TN | 37243 | Mail |
| Office of the Attorney General | Ken Paxton | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 | Mail |
| Office of the Attorney General | Sean Reyes | Utah State Capitol Complex | 350 North State Street, Suite 230 | Salt Lake City | UT | 84114-2320 | Mail |
| Office of the Attorney General | Jason Miyares | 202 North Ninth Street |  | Richmond | VA | 23219 | Mail |
| Office of the Attorney General | Carol Thomas-Jacobs | 34-38 Kronprindsens Gade | GERS Building, 2nd Floor | St Thomas | VI | 00802 | Mail |
| Office of the Attorney General | Charity R. Clark | 109 State St |  | Montpelier | VT | 05609-1001 | Mail |
| Office of the Attorney General | Bob Ferguson | 1125 Washington Street SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | Email |
| Office of the Attorney General | Joshua Kaul | State Capitol, Room 114 East | P.O. Box 7857 | Madison | WI | 53707-7857 | Mail |
| Office of the Attorney General | Patrick Morrisey | State Capitol | 1900 Kanawha Blvd. E. | Charleston | WV | 25305 | Mail |
| Office of the Attorney General | Bridget Hill | 109 State Capitol | 200 W. 24th St. | Cheyenne | WY | 82002 | Mail |