IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TAO WANG and SYNWORLD TECHNOLOGIES CORPORATION, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>AMPIO PHARMACEUTICALS, INC.<br>MICHAEL A. MARTINO,<br>MICHAEL MACALUSO,<br>HOLLI CHEREVKA,<br>DAN STOKELY<br>DAVID BAR-OR,<br>PHILIP H. COELHO, and<br>RICHARD B. GILES,<br><br>　　　　　　Defendants. | Case No.: 1:22-cv-02105-WJM-MEH<br><br>**DECLARATION OF ANNE-MARIE MARRA OF SIMPLURIS REGARDING NOTICE AND SETTLEMENT ADMINISTRATION** |

I, ANNE-MARIE MARRA, declare as follows:

1. I am employed as a Program Manager by Simpluris, Inc. ("Simpluris"), the claims administrator in the above-entitled action. Our corporate office address is 3194-C Airport Loop Dr., Costa Mesa, CA 92626. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I have personal knowledge of the information set forth herein.

2. Simpluris has been executing notice plans and administering class action settlements since 2007. In that time, we have been appointed in over 9,000 cases and distributed over $8 billion in funds. Our leadership team has over 100 years of combined industry experience that includes some of the largest class action administrations in the United States, including *In re: Equifax, Inc., Customer Data Security Breach*, Case No. 1:17-md-2800 (N.D. Ga.) and *In re: Premera Blue Cross Customer Data Security Breach*, Case No. 3:15-md-2633 (D. Or.).

Additional representative cases include *In re: Ambry Genetics Data Breach Litigation*, Case No. 8:20-cv-00791 (C.D. Cal.); *Orellana v. Planned Parenthood of Los Angeles*, Case No. 21STCV44106, Cal. Sup. Ct. (Los Angeles); *Cordova et al v. United Education Institute et al*, Case No. 37-2012-00083573, Cal. Sup. Ct. (San Diego); *Shuts v. Covenant Holdco, LLC*, Case No. RG10551807, Cal. Sup. Ct. (Alameda); *Hamilton et al v. Suburban Propane Gas Corp.*, Case No. BC433779, Cal. Sup. Ct. (Los Angeles); *Upadhyay et al v. Prometheus Real Estate Group*, Case No. 1-08-CV-118002, Cal. Sup. Ct. (Santa Clara); *Starke v. Stanley Black & Decker Inc.*, Case No. C-03-CV-21-001091, Md. Cir. Ct. (Baltimore); and *Hale v. Manna Pro Products LLC*, Case No. 2:18-cv-00209 (E.D. Cal.).

3.  Simpluris was approved by Plaintiffs' Counsel and appointed by the Court in the Order Granting Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order") entered on September 24, 2024, to provide settlement administration services in this settlement. In this capacity, Simpluris was charged with the following:

   a. Establishing and maintaining a settlement-specific website (www.AmpioSecuritiesSettlement.com);

   b. Establishing and maintaining a settlement-specific toll-free phone number (833-602-5027), offering the opportunity to listen to frequently asked questions, or to speak with a representative;

   c. Establishing a P.O. Box to receive paper Claim Forms, requests for exclusion, objections to the proposed settlement, undeliverable notices, and any other correspondence submitted by Settlement Class members;

   d. Establishing dedicated email inboxes to receive scans of paper Claim Forms, electronic filing templates, and any other correspondence submitted by Settlement Class members and third-party brokers or nominees;

DECLARATION OF ANNE-MARIE MARRA OF SIMPLURIS REGARDING NOTICE AND SETTLEMENT ADMINISTRATION

e. Printing and mailing, as needed, a Postcard Notice to potential Settlement Class members and nominees;

f. Receiving and processing Settlement Class Members' requests for exclusion from the proposed settlement;

g. Receiving, processing, and validating Settlement Class Members' Claim Forms, whether submitted via email, online, or by mail;

h. Processing and issuing payments via check or electronic payment to eligible Settlement Class Members;

i. Providing counsel for the Parties with weekly status reports; and

j. Other tasks as the Parties mutually agree or the Court orders Simpluris to perform.

## **MAILED NOTICE**

4. Pursuant to the Preliminary Approval Order, Simpluris formatted the Postcard Notice and the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Long Form Notice," and collectively with the Postcard Notice, "Notices"), and Claim Form. The Long Form Notice and Claim Form were formatted to be made available on the Settlement website.

5. The Notices advised Settlement Class members of their right to make a claim, request exclusion from the settlement, object to the settlement, or do nothing, and the implications of each such action. The Notices advised Settlement Class members of applicable deadlines and other events, including the Settlement Fairness Hearing, and how Settlement Class members could obtain additional information.

6. On May 15, 2024, Counsel for Defendants provided Simpluris with the Equiniti List containing 20 known Settlement Class members' names and mailing addresses who had held a balance or engaged in trades of Ampio Common Stock during the Class Period. Simpluris

confirmed with the parties that one (1) of the entities included on the Equiniti list was excluded from the Settlement Class definition as a defendant.

7. Upon receipt of the Equiniti List, Simpluris "scrubbed" the data to ensure it was in proper format for distributing the Postcard Notice via U.S. Mail. In an effort to ensure that the Notice would be delivered to class members, Simpluris compared the address data against the United States Postal Service ("USPS") National Change of Address ("NCOA") database and updated the data to a Settlement-specific database with the changes received from NCOA.

8. On October 15, 2024, Simpluris mailed the Postcard Notice to the 19 Settlement Class Members in the Equiniti List. Attached hereto as **Exhibits A through C** are true and correct copies of the Postcard Notice, Long Form Notice, and Claim Form, respectively.

9. In addition to the initial list of known Settlement Class members from Equiniti, on October 15, 2024, Simpluris also mailed a copy of the Postcard Notice with a cover letter ("Nominee Notice Packet") explaining the Settlement to 3,489 known securities brokers or third-party nominees who engage in securities trading or representation. The Nominee Notice Packet explained that, under the terms of the Preliminary Approval Order, the nominees had ten (10) days from their receipt of the Postcard Notice to submit a copy of the contact information for their clients who had purchased Ampio common stock within the Class Period or request sufficient blank Postcard Notices to forward to all such clients who had purchased Ampio common stock during the Class Period. Nominees were also directed to a dedicated page on the Settlement Website that explained their options and provided a method for them to file claims on behalf of their clients. Attached hereto as **Exhibit D** is a true and correct copy of the Nominee Notice Packet.

10. As of December 20, 2024, Simpluris has also received an additional five (5) Nominee Lists containing names and addresses of potential class members as provided by third-party nominees, resulting in the mailing of 665 Postcard Notices, for a total of 684 direct-mailed Postcard Notices by Simpluris.

11.     As of December 20, 2024, Simpluris has also received five (5) requests for packets of Postcard Notices with space for the Nominee to affix their own return address and include their client contact information, resulting in the mailing of 21,030 blank Postcard Notices to Nominees to distribute to their clients. These packets were shipped via FedEx and all successfully delivered.

12.     As of December 20, 2024, 52 Postcard Notices were returned to Simpluris by the post office. For the Postcard Notices returned without a forwarding address, Simpluris first attempted to locate anyone whose Postcard Notice was returned by USPS as undeliverable (and where an updated address was not provided) by conducting a second NCOA search on the returned Postcard Notice. If this additional NCOA search did not result in an updated address for the Postcard Notice, Simpluris performed an advanced address search (i.e. skip trace) on all of these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Class Member's name and previous address to locate a more current address. Of the 52 returned Postcard Notices, 11 Postcard Notices were re-mailed to either a newfound address or with forwarding addresses provided by USPS. The remaining 41 Postcard Notices were undeliverable because no other address was available. Postcard Notices continue to be returned to Simpluris by the USPS, however the additional address research efforts were concluded by November 29, 2024 in accordance with the Preliminary Approval Order.

13.     As of December 20, 2024, 321 Nominee Notice Packets were returned by the post office. For the Nominee Notice Packet returned without a forwarding address, Simpluris performed a second NCOA search, and if no updated address was available, Simpluris performed a skip trace on all of these addresses by using Accurint. Simpluris used the Nominee's business name and previous address to locate a more current address. Of the 321 returned Nominee Notice Packets, 175 Nominee Notice Packets were re-mailed to either a newfound address or with forwarding addresses provided by USPS. The remaining 146 Nominee Notice Packets were undeliverable because no other address was available. Nominee Notice Notices continue to be

returned to Simpluris by the USPS, however the additional address research efforts were concluded by November 29, 2024 in accordance with the Preliminary Approval Order.

14. As of December 20, 2024, Simpluris has mailed a total of 21,714 direct-mailed or blank Nominee-addressed Postcard Notices.

## PUBLICATION NOTICE

15. Simpluris caused the Publication Notice to be published in *Investor's Business Daily* on Monday, October 28, 2024. Attached hereto as **Exhibit E** is a true and correct copy of the Proof of Publication and published Notice.

16. Simpluris also issued the Publication Notice as a national Press Release on Monday, October 28, 2024. Attached hereto as **Exhibit F** is a true and correct copy of the Pickup Report and Press Release.

## WEBSITE AND TELEPHONE NUMBER

17. Simpluris prepared and maintains a Settlement website, www.AmpioSecuritiesSettlement.com, that includes important dates and deadlines, and Settlement-related documents, such as the Settlement Agreement. An online Claim Form module is active during the Claim Period and will be turned off once the Claims Deadline passes. The website has been available to the public since October 15, 2024. As of December 20, 2024, the website has been visited by 1,174 unique visitors with 5,021 page views.

18. A settlement specific toll-free telephone number was included in the Postcard Notice and on the Settlement Website for the purpose of allowing the Settlement Class Members to make inquiries regarding the Settlement. The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement process. Callers have the option to speak with a live call center representative during normal business hours. The toll-free telephone number included in both forms of the Notice was 833-602-5027. This number is active and has been available to the public since October 14, 2024. As of December 20, 2024, the settlement

specific toll-free telephone number has received 48 phone calls, with 39 of those calls routed to live agents.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

19. The postmark deadline for Settlement Class Members to submit a request for exclusion ("Opt Out") from the proposed Settlement or object to the proposed Settlement is January 29, 2025.

20. As of December 20, 2024, Simpluris has received zero (0) requests for exclusion from the proposed Settlement from Settlement Class Members.

21. Although objections are required to be filed with the Court and mailed to counsel for the Parties, claims administrators occasionally receive objections nonetheless. As of December 20, 2024, Simpluris has received zero (0) objections to the proposed Settlement from Settlement Class Members.

## CLAIM FORMS RECEIVED AND PROCESSED

22. The postmark deadline for Class Members to submit a Claim Form to Simpluris is January 13, 2025. As of December 20, 2024, Simpluris has received 121 Claim Forms from individuals, and two (2) claim forms from Nominees on behalf of their clients. Simpluris is in the process of evaluating the Claim Forms, the documents provided in support of the claims, and the transactions claimed in order to evaluate the Claims for completeness and calculate an initial Recognized Loss for each claimant. If a Class Member filed a Claim Form with a curable deficiency, Simpluris will mail the Class Member a notice providing information on how to cure the deficiency and provide 30 days to cure the deficiency. As the deadline to submit claims has not passed, it is expected that the total number of claims will change.

## NOMINEE REIMBURSEMENT REQUESTS

23. As of December 20, 2024, Simpluris has received one (1) request from a Nominee for reimbursement of their costs in notifying their clients. Simpluris has corresponded with the parties regarding whether this request is reasonable and payable.

## ADMINISTRATION COSTS

24. Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, is currently $47,892.00, and is not expected to exceed $75,000.00.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 20th day of December, 2024, in Seattle, Washington.

*Anne-Marie Marra*
_____
ANNE-MARIE MARRA