# EXHIBIT D



Date: October 15, 2024

**Re:      Wang et al v. Ampio Pharmaceuticals, Inc. et al.**
**Case Number: 1:22-cv-02105-WJM-MEH**
**Court: United States District Court for the District of Colorado**
**Notice of Proposed Settlement**

If you purchased Ampio common stock between December 29, 2020, and August 2, 2022, for the beneficial interest of a person or organization other than yourself, the Court has directed that WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF THIS NOTICE, YOU MUST EITHER: (a) request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and WITHIN TEN (10) CALENDAR DAYS after receipt thereof forward them to all such beneficial owners; or (b) WITHIN TEN (10) CALENDAR DAYS of receipt of this notice, provide a list of the names, addresses, and email addresses (to the extent known) to the Claims Administrator.

**If you are providing a list of names, emails, and addresses to the Claims Administrator:**

a.  Compile a list of names and addresses of the Beneficial Owners that purchased or acquired Ampio common stock between December 29, 2020, and August 2, 2022 (inclusive).
b.  Prepare the list in Microsoft Excel Format. A preformatted spreadsheet can be requested via email or on the Settlement Website (www.AmpioSecuritiesSettlement.com/Nominees).
c.  Then you must do one of the following:
    a.  Upload the spreadsheet to the Settlement Website or
    b.  Email the spreadsheet to broker@AmpioSecuritiesSettlement.com.

**If you are mailing the Postcard Notice to beneficial owners:**

Request the needed number of copies of the Postcard Notice by filling out a mailing request form on the Settlement Website (www.AmpioSecuritiesSettlement.com/Nominees). You must mail the Postcard Notice to the beneficial owners within ten (10) calendar days of your receipt of the Postcard Notice.

If you have any questions, contact the Claims Administrator at broker@AmpioSecuritiesSettlement.com.

**If you are filing electronic claims:**

A nominee may also submit a Proof of Claim Form on behalf of multiple clients who are beneficial owners by using the Settlement Website (www.AmpioSecuritiesSettlement.com/Nominees).

Regards,

Anne-Marie Marra

Program Manager, Client Services



*Ampio Pharmaceuticals Securities Settlement*
P.O. Box 25226
Santa Ana, CA 92799

***COURT-ORDERED LEGAL NOTICE***

**Important Notice about a Securities Class Action Settlement**.

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully**.

*Tao Wang and Synworld Techs., Corp. v. Ampio Pharmaceuticals., Inc., et al*., Case No. 1:22-cv-02105-WJM-MEH

***THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT. PLEASE VISIT
WWW.AMPIOSECURITIESSETTLEMENT.COM FOR MORE INFORMATION.***

There has been a proposed Settlement of claims against Ampio Pharmaceuticals, Inc. ("Ampio"), and certain current and former executives of Ampio (collectively, the "Defendants"). The Settlement resolves a lawsuit in which Lead Plaintiffs allege that Defendants disseminated materially false and misleading information to the investing public related to Ampio's commercial drug candidate, Ampion®, in violation of the federal securities laws. Defendants deny any and all allegations of wrongdoing whatsoever. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired Ampio common stock between December 29, 2020, and August 2, 2022, inclusive, and been damaged thereby.

Defendants have agreed to cause Ampio to pay a Settlement Amount of $3,000,000.00. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the releases by Settlement Class Members of claims related to this case. For all details of the Settlement, read the Stipulation and full Notice, available at www.AmpioSecuritiesSettlement.com. Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size, and timing of your transactions in Ampio common stock. If every eligible Settlement Class Member submits a valid Claim Form, the average recovery will be $0.02 per damaged share of Ampio common stock before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted. This is further explained in the detailed Notice found on the Settlement website.

To qualify for payment, you must submit a Claim Form. The Claim Form can be found on the website www.AmpioSecuritiesSettlement.com, or will be mailed to you upon request to the Claims Administrator (1-833-602-5027). Claim Forms must be emailed or postmarked by **January 13, 2025.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **January 29, 2025,** or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by **January 29, 2025**. The detailed Notice explains how to submit a Claim Form, exclude yourself, or object.

The Court will hold a hearing in this case on **February 19, 2025 at 10:30 a.m.** to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 28% of the Settlement Fund in attorneys' fees, plus actual expenses up to $75,000 for litigating the case and negotiating the Settlement, and reimbursement of Lead Plaintiffs' costs and expenses related to their representation of the Settlement Class in an aggregate amount not to exceed $5,000. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free 1-833-602-5027 or visit the website www.AmpioSecuritiesSettlement.com and read the detailed Notice.