# EXHIBIT E

A16 WEEK OF OCTOBER 28, 2024     **IBD SECTOR LEADERS**     INVESTORS.COM



| IBD Sector Leaders | | 1,410% |
| S&P 500 | | 750% |

**Performance since 3/6/2009**

---

**Atour Lifestyle** [ATAT]    YTD +50%    $25.97
61 M Shares    98 Comp. Rating    99 EPS    94 RS    54% ROE
Chinese-based Co operates as franchised hotel operator with 920 Atour Hotels with 105,977 guest rooms.

Ann. EPS Growth +97%    PE 24    Avg. Daily Vol 1,388,700    Debt 0%
Last Qtr EPS +31%    Next Qtr Eps Est +822%↑    Last Qtr Sales +64%
3Qtrs Avg Eps +78%    PreTax Mgn 25%
EPS Due:11/14 Group 107

Past 25% profit past 19.80 entry; hold 8 weeks.

**MercadoLibre** [MELI]    YTD +30%    $2,047.35
46.1 M Shares    99 Comp. Rating    99 EPS    91 RS    40% ROE
Provides digital and technology tools that allow businesses and individuals to trade products and services.

Ann. EPS Growth +193%    PE 74    Avg. Daily Vol 268,900    Debt 72%
Last Qtr EPS +103%↑    Next Qtr Eps Est +48%↑    Last Qtr Sales +42%
3Qtrs Avg Eps +58%    PreTax Mgn 11%
EPS Due:10/31 Group 39

Above 5% buy zone, 1,792.05 entry; 10-week test.

**Nvidia** [NVDA]    YTD +186%    $141.54
23303.5 M Shares    99 Comp. Rating    99 EPS    98 RS    99% ROE
Designs graphic processing units used in personal computers, workstations, game consoles and mobile devices.

Ann. EPS Growth +74%    PE 64    Avg. Daily Vol 299,219,500    Debt 20%
Last Qtr EPS +152%↑    Next Qtr Eps Est +158%↑    Last Qtr Sales +122%
3Qtrs Avg Eps +362%    PreTax Mgn 62%
EPS Due:11/20 Group 25

Tops 131.26 entry, near all-time high.

**Palantir** [PLTR]    YTD +161%    $44.86
2013.8 M Shares    99 Comp. Rating    97 EPS    98 RS    19% ROE
Develops software for institutions to protect individual privacy and prevent the misuse of information.

Ann. EPS Growth +33%    PE 140    Avg. Daily Vol 59,709,200    Debt 0%
Last Qtr EPS +80%↑    Next Qtr Eps Est +29%↑    Last Qtr Sales +27%
3Qtrs Avg Eps +80%    PreTax Mgn 29%
EPS Due:11/4 Group 43

Well past 25% profit zone from 27.50 entry.

---

**ServiceNow** [NOW]    YTD +35%    $950.85
203.9 M Shares    98 Comp. Rating    99 EPS    89 RS    35% ROE
Develops cloud-based IT software for workflow automation, data consolidation, business administration.

Ann. EPS Growth +36%    PE 71    Avg. Daily Vol 1,157,200    Debt 20%
Last Qtr EPS +27%    Next Qtr Eps Est +17%↑    Last Qtr Sales +22%
3Qtrs Avg Eps +34%    PreTax Mgn 30%
EPS Due:1/22 Group 43

Extended from 5% buy zone of 850.33 entry.

**Shift4** [FOUR]    YTD +26%    $93.90
63.9 M Shares    98 Comp. Rating    96 EPS    95 RS    49% ROE
Provides integrated payment processing and technology solutions in the United States.

Ann. EPS Growth +145%    PE 30    Avg. Daily Vol 1,074,600    Debt 268%
Last Qtr EPS +30%↑    Next Qtr Eps Est +29%↑    Last Qtr Sales +30%
3Qtrs Avg Eps +33%    PreTax Mgn 10%
EPS Due:11/6 Group 64

Extended from cup with handle with 83.64 entry.



**MARKETSURGE**
BY INVESTOR'S BUSINESS DAILY

**STAY IN STEP**
WITH THE MARKET

MarketSurge's monthly **Stay in Step with the Market** webinar is a must-watch for timely market analysis and time-tested investing strategies.

Save your spot for the upcoming webinar at:
**investors.com/MSwebinars**

© 2024 Investor's Business Daily, LLC. Investor's Business Daily, IBD, IBD Digital, IBD Live and Leaderboard are trademarks of Investor's Business Daily, LLC.

---

**IBD SECTOR LEADERS**

# AI Champ Nvidia Is Still Winning

**BY RACHEL FOX**
INVESTOR'S BUSINESS DAILY

Nvidia (**NVDA**) has been on quite the bull run these past few weeks with its fifth straight up week concluding Friday. The leading artificial intelligence chipmaker has a number of bullish qualities, including an ideal 99 Composite Rating and a 98 Relative Strength Rating.

With shares trading inside the 5% buy zone from a 140.76 buy point, Nvidia stock is actionable here.

The data-center market has been a highlight in third-quarter semiconductor earnings reports. With hyperscale cloud-computing players like Alphabet (**GOOGL**), Amazon (**AMZN**), Meta Platforms (**META**) and Microsoft (**MSFT**) continuing to spend heavily on data center gear, AI chipmakers like Nvidia, Broadcom (**AVGO**), Marvell Technology (**MRVL**) and Advanced Micro Devices (**AMD**) stand to benefit.

Aside from recent analyst upgrades boding well for Nvidia, Tesla (**TSLA**) announced that it increased AI training by more than 75% year over year in Q3. The electric-vehicle giant gets its chips from Nvidia and is investing in AI to train its driver-assistance feature and humanoid robots.

Nvidia is both extended from its 50-day moving average and from an alternative entry at 131.26. But the stock initially broke out from the traditional 140.76 buy point on Oct. 17, before retreating from that entry. Shares once again moved above the entry on Oct. 21.

Despite some intraweek volatility that saw Nvidia undercut the current 140.76 entry, shares quickly retook the entry and were trading inside the 5% buy zone.

Shares have been trading above the 10-day moving average for the past few weeks. Volume has dried up in the stock in recent weeks compared with a few weeks ago.

On the positive side, the stock's relative strength line is etching near highs alongside the stock's price. Shares notched a high of 144.42 on Oct. 22, before pulling back. The stock is now trading around 142.

Less than ideal is the Accumulation/Distribution Rating of D for Nvidia stock. This rating measures institutional buying and selling in a stock over the past three months.

---

# Top-Ranked Low-Priced Stocks

Includes stocks trading less than 20,000 shares. Full list of low-priced and thinly traded stocks at https://www.investors.com/ibd-data-tables/

*SmartSelect® Composite Rating*

| E R Acc 52-Wk<br>P |  |  |  |  | Closing |  | Vol % |
|---|---|---|---|---|---|---|---|
| S | S\|Dis | Hi | Stock | Symbol | Price | Chg | C |
| 89 | 41 | 93 | A- | 3.2 | AtRenew | RERE | 2.58 | 0.06 | -43 |
| 82 | 49 | 99 | A+ | 5.2 | A2ZSmartTech | A2 | 5.36 | 0.27 | 264 |
| 84 | 59 | 87 | A- | 3.6 | AcastiPhrm | ACST | 3.37 | -0.03 | -15 |
| 85 | 70 | 65 | A+ | 48.5 | ACNB | ACNB | 42.00 | -0.08 | -64 |
| 76 | 47 | 76 | B- | 8.3 | ADT Inc | ADT | 7.88 | -0.26 | 214 |
| 81 | 81 | 74 | C- | 8.0 | AGMortgage | MITT | 7.26 | -0.11 | -36 |
| 89 | 71 | 84 | B- | 77.5 | AgreeRealty | ADC | 75.03 | 0.03 | 282 |
| 89 | 71 | 98 | A- | 4.0 | AllianceEnt | AENT | 3.31 | 0.01 | -71 |
| 60 | 67 | 95 | A | 3.7 | Allot Ltd | ALLT | 3.46 | 0.01 | -90 |
| 92 | 93 | 68 | A | 19.4 | AlpineIncProp | PINE | 17.83 | -0.43 | -34 |
| 75 | 40 | 99 | B+ | 5.3 | AltiSigma | ALTS | 2.80 | 0.10 | -61 |
| 86 | 66 | 85 | A- | 28.4 | AmerAssets | AAT | 27.50 | -0.26 | -45 |
| 74 | 76 | 97 | A+ | 26.8 | AmrHlthcrReit | AHR | 25.87 | -0.02 | -58 |
| 88 | 85 | 76 | B- | 243.6 | AmerTower | AMT | 222.80 | -3.13 | 5 |
| 81 | 84 | 62 | B- | 41.4 | AmHmd | AMH | 38.27 | -0.35 | 15 |
| 77 | 63 | 94 | B- | 8.9 | AmrealPhrma | AMRX | 8.40 | 0.09 | -44 |
| 99 | 91 | 93 | B- | 31.3 | Amrep | AXR | 29.59 | 1.29 | 47 |
| 77 | 72 | 75 | B- | 3.1 | Angi A | ANGI | 2.42 | 0.00 | -50 |
| 84 | 52 | 97 | A- | 8.4 | Annexon | ANNX | 7.40 | -0.04 | -58 |
| 73 | 33 | 98 | A | 9.4 | AppliedThera | APLT | 8.43 | -0.49 | -42 |
| 86 | 84 | 76 | B+ | 3.4 | ARCDoc | ARC | 3.43 | 0.00 | -76 |
| 79 | 58 | 96 | C | 13.2 | ArcutisBiother | ARQT | 8.75 | 0.34 | -7 |

*SmartSelect® Composite Rating*

| E R Acc 52-Wk<br>P |  |  |  |  | Closing |  | Vol % |
|---|---|---|---|---|---|---|---|
| S | S\|Dis | Hi | Stock | Symbol | Price | Chg | C |
| 83 | 50 | 96 | A- | 8.7 | Armlogi | BTOC | 7.50 | -0.39 | 93 |
| 70 | 58 | 95 | B- | 8.3 | Arq | ARQ | 5.93 | 0.06 | -17 |
| 79 | 68 | 70 | B- | 39.5 | Atlanticus | ATLC | 36.44 | -0.42 | -55 |
| 79 | 21 | 98 | A+ | 3.5 | ATyr Pharma | ATYR | 3.25 | 0.01 | 63 |
| 84 | 71 | 74 | B | 10.1 | Aurinia | AUPH | 7.05 | 0.01 | -33 |
| 92 | 68 | 99 | A | 9.8 | AuroraMobiA | JG | 7.46 | -0.21 | 42 |
| 83 | 64 | 82 | B- | 236.3 | AvalonBay | AVB | 226.35 | -3.42 | -10 |
| 84 | 68 | 96 | A- | 4.0 | AveannaHlthcr | AVAH | 5.01 | 0.01 | -40 |
| 76 | 48 | 88 | D | 3.0 | Aware | AWRE | 2.02 | 0.01 | -92 |
| 76 | 43 | 95 | A+ | 3.0 | BabcockWilc | BW | 2.35 | -0.05 | 9 |
| 81 | 93 | 64 | C | 5.3 | BancoSantnd | SAN | 4.92 | -0.08 | -4 |
| 87 | 86 | 46 | A | 36.3 | Bank First | BFC | 90.27 | -1.46 | -37 |
| 81 | 96 | 43 | D | 10.3 | Barings | BBDC | 9.82 | -0.04 | -48 |
| 79 | 62 | 94 | C- | 105.6 | Bel Fuse A | BELFA | 103.35 | 0.16 | -40 |
| 93 | 86 | 77 | D- | 10.0 | BGC Group | BGC | 9.16 | -0.14 | 18 |
| 80 | 54 | 91 | B- | 8.9 | Biocryst | BCRX | 7.95 | -0.23 | -16 |
| 92 | 60 | 97 | B- | 7.7 | Bit Digital | BTBT | 3.93 | -0.07 | 42 |
| 79 | 81 | 71 | D+ | 14.3 | BitdeerTechs | BTDR | 7.53 | -0.21 | -28 |
| 75 | 59 | 95 | B+ | 4.3 | BlendLabs | BLND | 3.35 | -0.10 | -31 |
| 77 | 51 | 90 | B- | 90.1 | BostonPrpty | BXP | 86.99 | -0.61 | -7 |
| 97 | 81 | 97 | A- | 10.6 | Brainsway | BWAY | 9.65 | -0.03 | -68 |
| 89 | 81 | 92 | B- | 4.8 | BRF SA | BRFS | 4.30 | -0.02 | -47 |
| 81 | 81 | 82 | B- | 3.2 | BrightScholar | BEDU | 1.90 | 0.00 | -98 |

*SmartSelect® Composite Rating*

| E R Acc 52-Wk<br>P |  |  |  |  | Closing |  | Vol % |
|---|---|---|---|---|---|---|---|
| S | S\|Dis | Hi | Stock | Symbol | Price | Chg | C |
| 78 | 67 | 83 | D | 28.5 | BrixmorPrep | BRX | 27.47 | -0.41 | -19 |
| 75 | 63 | 80 | C | 8.0 | BroadwyFncl | BYFC | 6.59 | -0.01 | 84 |
| 86 | 81 | 91 | A | 6.7 | BroogeEnrg | BROG | 1.87 | 0.17 | -19 |
| 94 | 74 | 90 | A- | 56.7 | BrkfldWthSols | BNT | 53.40 | -0.74 | -46 |
| 75 | 95 | 96 | B+ | 7.6 | BrytnFncl | BFLY | 1.82 | 0.06 | -25 |
| 78 | 52 | 96 | B- | 11.9 | C4 Thera | CCCC | 5.89 | -0.06 | -71 |
| 80 | 65 | 79 | B- | 127.7 | CamdenPrpty | CPT | 118.29 | -2.06 | -52 |
| 91 | 76 | 95 | B- | 2.1 | Cango A | CANG | 2.22 | 0.33 | 699 |
| 82 | 75 | 70 | B+ | 6.8 | CptiFed | CFFN | 6.51 | -0.19 | 6 |
| 92 | 56 | 88 | B- | 31.5 | CareTrust | CTRE | 30.93 | -0.01 | -32 |
| 85 | 44 | 81 | B- | 29.5 | CB Finl Svcs | CBFV | 28.50 | -0.39 | -65 |
| 77 | 35 | 95 | B+ | 5.0 | CentenaGold | CGAU | 7.25 | -0.25 | -35 |
| 81 | 31 | 89 | B- | 14.1 | CentPnsBncshr | CPBI | 13.60 | -0.15 | -95 |
| 76 | 77 | 43 | C- | 3.4 | Ceragon | CRNT | 2.47 | 0.00 | -24 |
| 92 | 61 | 97 | A+ | 3.6 | CheckpointTher | CKPT | 3.67 | -0.23 | 190 |
| 78 | 10 | 88 | A | 13.4 | ChicAtlantcBdc | LIEN | 13.00 | 0.04 | -80 |
| 79 | 86 | 67 | B- | 5.0 | Chromadex | CAAS | 4.30 | 0.12 | -47 |
| 75 | 53 | 96 | B+ | 4.7 | Chromadex | CDXC | 3.47 | 0.04 | -22 |
| 88 | 27 | 90 | A | 8.0 | CipherMining | CIFR | 5.46 | -0.13 | -1 |
| 89 | 87 | 86 | B+ | 14.3 | CitznsCmty | CZWI | 14.12 | 0.01 | 68 |
| 88 | 64 | 73 | B- | 65.9 | CitizensFinl | CFG | 58.10 | 0.00 | -8 |
| 91 | 87 | 94 | A- | 7.1 | ClipperRealty | CLPR | 6.39 | -0.29 | 46 |
| 85 | 80 | 82 | B- | 7.9 | CodaOctopus | CODA | 8.32 | 0.13 | -25 |
| 92 | 60 | 97 | B- | 7.7 | Coeur Mining | COE | 6.80 | -0.31 | 9 |
| 90 | 75 | 99 | B- | 3.9 | CoffeeHldg | JVA | 3.19 | -0.04 | -41 |
| 81 | 41 | 99 | A+ | 6.8 | Commscope | COMM | 6.22 | -0.13 | -43 |
| 86 | 63 | 97 | A- | 6.8 | CompassA | COMP | 5.64 | -0.02 | -32 |
| 78 | 57 | 96 | C | 2.8 | ContextTherA | CNTX | 2.33 | -0.01 | -4 |
| 76 | 48 | 89 | A- | 7.0 | ContextLogic | LOGC | 6.42 | -0.01 | 38 |
| 91 | 72 | 87 | A- | 32.5 | CoptDefnsProp | CDP | 32.29 | 0.27 | -27 |

*SmartSelect® Composite Rating*

| E R Acc 52-Wk<br>P |  |  |  |  | Closing |  | Vol % |
|---|---|---|---|---|---|---|---|
| S | S\|Dis | Hi | Stock | Symbol | Price | Chg | C |
| 90 | 46 | 99 | A+ | 8.3 | Corvus | CRVS | 8.31 | 0.63 | 193 |
| 64 | 51 | 91 | A | 32.0 | CousinsProps | CUZ | 31.54 | 0.17 | 60 |
| 76 | 79 | 73 | C | 5.9 | CoyaThera | COYA | 8.96 | -0.95 | 261 |
| 82 | 69 | 91 | B- | 5.2 | CreatvRealiti | CREX | 4.20 | -0.23 | -30 |
| 97 | 95 | 96 | B+ | 7.6 | Crexendo | CXDO | 5.61 | -0.21 | 30 |
| 91 | 79 | 72 | C+ | 55.1 | CubeSmart | CUBE | 48.25 | -0.83 | -28 |
| 87 | 55 | 99 | A+ | 3.0 | CuriosityStrmA | CURI | 2.62 | 0.02 | -16 |
| 95 | 82 | 89 | B | 512.5 | Daily.Jrnal | DJCO | 481.60 | -5.40 | -1 |
| 80 | 73 | 93 | A- | 5.8 | Dallasnews | DALN | 5.16 | -0.59 | 18 |
| 94 | 90 | 94 | A- | 14.1 | BenaliCapitalA | DECA | 11.88 | 0.37 | 189 |
| 82 | 94 | 97 | A- | 6.9 | DesignThera | DSGN | 5.44 | 0.09 | -76 |
| 77 | 37 | 95 | B+ | 5.0 | DiamedicaThera | DMAC | 4.39 | 0.05 | -25 |
| 76 | 55 | 88 | B- | 166.6 | DigitalRlty | DLR | 181.01 | 15.88 | 289 |
| 87 | 86 | 82 | B- | 4.2 | Dynagas | DLNG | 3.87 | -0.01 | -48 |
| 82 | 25 | 99 | A+ | 12.4 | EcoWaveGlob | WAVE | 9.20 | 0.46 | -24 |
| 82 | 31 | 95 | A+ | 3.6 | EledonPhrma | ELDN | 3.39 | -0.15 | 39 |
| 92 | 69 | 64 | B- | 17.0 | EmbtldA | AKOA | 13.91 | 0.06 | 40 |
| 92 | 69 | 64 | B- | 17.0 | EmbtldB | AKOB | 18.19 | -0.70 | -45 |
| 82 | 89 | 79 | C | 20.4 | EndvSilv | EXK | 5.38 | -0.08 | 37 |
| 75 | 75 | 28 | B+ | 10.4 | EnfusionA | ENFN | 8.96 | -0.06 | -51 |
| 81 | 61 | 95 | B+ | 3.7 | EosEnrgEntp | EOSE | 3.34 | 0.21 | -35 |
| 79 | 64 | 93 | B | 3.3 | Equillium | EQ | 1.18 | -0.04 | 19 |
| 91 | 85 | 82 | B+ | 914.9 | Equinix | EQIX | 914.33 | 18.57 | 133 |
| 75 | 61 | 77 | C- | 78.8 | EquityRes | EQR | 74.67 | -1.39 | -30 |
| 80 | 36 | 94 | B- | 8.6 | EricssonLmTl | ERIC | 8.44 | -0.06 | -17 |
| 82 | 73 | 89 | B- | 3.4 | EsperionTher | ESPR | 2.10 | 0.04 | 10 |
| 95 | 75 | 86 | B- | 34.5 | EssPrpRealTr | EPRT | 32.60 | -0.76 | -14 |
| 81 | 60 | 79 | B- | 317.7 | EssexPrpty | ESS | 295.65 | -6.11 | -38 |
| 78 | 25 | 98 | A+ | 8.6 | EtonPharma | ETON | 8.11 | -0.08 | -40 |
| 89 | 72 | 86 | C- | 184.9 | Extra Space | EXR | 166.40 | -1.88 | -50 |
| 87 | 60 | 83 | B- | 7.2 | FinvolutionA | FINV | 9.08 | 0.03 | -58 |
| 76 | 39 | 93 | B- | 16.4 | FinwiseBnc | FINW | 16.06 | 0.01 | 16 |
| 77 | 89 | 70 | A | 47.2 | FirstBus | FBIZ | 42.89 | -1.93 | 30 |
| 77 | 57 | 80 | B- | 38.8 | FirstCaptl | FCAP | 33.83 | -0.08 | -7 |
| 81 | 81 | 74 | B- | 24.0 | FirstCmty | FCCO | 22.48 | -0.38 | -22 |
| 89 | 86 | 62 | B- | 57.4 | Firstlndust | FR | 53.61 | -0.94 | -4 |
| 85 | 74 | 84 | B- | 24.9 | FirstKwty | FSFG | 25.00 | -0.34 | -41 |
| 75 | 92 | 91 | B- | 31.9 | FirstUnitd | FUNC | 31.07 | -0.13 | 55 |
| 84 | 36 | 93 | A- | 7.6 | FirstUsBncshrs | FUSB | 11.67 | -0.03 | 63 |
| 84 | 76 | 17 | C- | 8.5 | FitLife | FTLF | 31.71 | -0.52 | 46 |
| 74 | 31 | 92 | C- | 7.6 | Flexshopper | FPAY | 1.57 | 0.11 | 385 |
| 79 | 81 | 88 | A+ | 5.4 | FlotekInd | FTK | 5.04 | 0.16 | -43 |
| 75 | 55 | 77 | D | 7.6 | FoghornThera | FHTX | 7.72 | -0.27 | 6 |
| 90 | 95 | 74 | A+ | 87.1 | FomentoConA | FMX | 94.20 | -1.03 | -14 |
| 74 | 60 | 93 | A | 6.4 | FortunaSilver | FSM | 5.08 | -0.03 | 23 |
| 81 | 50 | 99 | B- | 9.2 | ForwardAir | FWRD | 19.38 | -0.56 | -47 |
| 91 | 75 | 95 | A | 13.7 | FreigHtCar | FCFS | 19.60 | -0.37 | -22 |
| 82 | 38 | 93 | A | 3.0 | FreshDel | FDP | 32.00 | 0.05 | -44 |
| 82 | 93 | 79 | B- | 9.4 | FS Bancorp | FSBW | 43.63 | 1.11 | 50 |
| 91 | 87 | 90 | A | 3.8 | FullTruckAll | YMM | 9.66 | 0.03 | 9 |
| 91 | 59 | 98 | A- | 7.3 | GWIIInf | GWII | 1.62 | -0.06 | -99 |
| 78 | 84 | 72 | B- | 3.3 | Gaia Inc | GAIA | 2.65 | -0.03 | 44 |
| 82 | 44 | 80 | A- | 5.8 | GannettCo | GCI | 4.97 | -0.04 | 26 |
| 82 | 75 | 89 | B- | 5.0 | GenflTe | GERN | 3.53 | -0.05 | 71 |
| 89 | 83 | 94 | B- | 4.7 | GigaCloudTech | GCT | 23.38 | 0.07 | 72 |
| 82 | 55 | 98 | A- | 5.0 | GlobalBsGrpAg | GBBG | 8.00 | -0.06 | -43 |
| 82 | 58 | 97 | A- | 5.3 | GlobalBsTch | GBBT | 11.50 | -0.03 | -46 |
| 82 | 91 | 89 | A- | 5.5 | GorillaTech | GRRR | 10.59 | -0.37 | 35 |
| 76 | 24 | 98 | A- | 4.4 | GreenDotCorp | GDOT | 9.05 | -0.20 | 29 |
| 82 | 78 | 89 | A- | 3.9 | GrpoSuprviell | SUPV | 8.11 | -0.05 | -50 |
| 89 | 82 | 73 | B- | 8.3 | GulfIslandFab | GIFI | 6.54 | -0.11 | 26 |
| 76 | 49 | 95 | A- | 3.0 | HaynesIntl | HAYN | 58.44 | -0.15 | -24 |
| 90 | 98 | 72 | B- | 4.6 | HealthPeak | PEAK | 22.32 | -0.18 | -25 |
| 85 | 94 | 90 | A- | 3.9 | HeritTrust | HRTG | 9.95 | -0.25 | 36 |
| 86 | 91 | 93 | B- | 3.7 | HertzGlobal | HTZ | 4.34 | -0.11 | 75 |
| 91 | 91 | 61 | A- | 55.5 | HighTide | HITI | 3.73 | 0.03 | 9 |
| 79 | 85 | 59 | B- | 16.4 | HomeBancorp | HBCP | 43.94 | 0.10 | 28 |
| 87 | 41 | 99 | A- | 6.4 | HomeBncNChar | HBCP | 43.94 | 0.10 | -6 |
| 82 | 80 | 94 | A- | 7.6 | HookipaPharma | HOOK | 1.21 | -0.01 | -3 |
| 90 | 63 | 98 | A+ | 6.4 | HudbayMnrls | HBM | 10.58 | 0.05 | -32 |
| 91 | 93 | 62 | B- | 3.4 | Hyllion A | HYLN | 2.42 | -0.03 | 42 |
| 85 | 34 | 97 | A- | 9.9 | Iamgold | IAG | 6.41 | -0.04 | -17 |
| 92 | 89 | 86 | B- | 5.9 | Iclick Inter | ICLK | 2.70 | 0.01 | -87 |
| 76 | 46 | 91 | B- | 3.0 | Immersion | IMMR | 9.52 | -0.09 | -31 |
| 86 | 55 | 97 | A- | 4.0 | InnovativeIP | IIPR | 7.53 | -0.09 | 38 |
| 92 | 75 | 96 | A- | 3.6 | InnovaVivi | IVVD | 9.43 | -0.50 | 26 |
| 77 | 45 | 92 | A- | 5.8 | Inter&CoinA | INTR | 5.07 | 0.01 | 6 |
| 75 | 61 | 77 | C- | 7.8 | InterRent | IIP | 11.42 | -0.10 | -35 |
| 83 | 52 | 99 | A+ | 3.7 | IntraCellTher | ITCI | 78.47 | 1.01 | 49 |
| 76 | 62 | 94 | B- | 3.7 | InvstrProp | IIPR | 123.60 | -4.39 | 19 |
| 90 | 76 | 99 | A- | 4.9 | InvstrTitle | ITIC | 232.30 | -2.90 | 41 |
| 82 | 75 | 88 | B- | 4.8 | Iterion | ITER | 9.25 | 0.06 | 33 |
| 79 | 83 | 78 | B- | 4.3 | Iteris | ITI | 3.19 | 0.01 | 7 |
| 81 | 53 | 94 | A+ | 3.8 | IterumTher | ITRM | 5.18 | -0.18 | 42 |
| 73 | 64 | 91 | A- | 9.3 | Jiayin Grp A | JFIN | 5.34 | 0.15 | -44 |
| 87 | 91 | 66 | B- | 29.9 | JohnWileySons | WLYB | 42.67 | -0.46 | 23 |
| 82 | 76 | 87 | A- | 3.6 | JourneyMedcl | DERM | 8.47 | 0.05 | -36 |
| 82 | 88 | 78 | B- | 6.8 | KeyTronic | KTCC | 4.42 | -0.06 | -22 |
| 92 | 56 | 99 | A+ | 3.0 | KimbellRylty | KRP | 15.41 | 0.16 | -33 |
| 82 | 84 | 97 | A- | 4.9 | Kingstone | KINS | 13.02 | -0.03 | 67 |
| 78 | 95 | 78 | A- | 3.4 | Kiromc | DSP | 6.41 | -0.04 | -14 |
| 82 | 76 | 87 | A- | 3.4 | KoreaElecPwr | KEP | 9.78 | -0.05 | -40 |
| 75 | 76 | 88 | B- | 4.0 | Kronos | KRO | 13.17 | -0.13 | 19 |
| 82 | 75 | 99 | A- | 3.0 | LakelandFinl | LKFN | 72.67 | -0.90 | 38 |
| 90 | 75 | 95 | A- | 5.8 | LeapThera | LPTX | 4.01 | 0.01 | -26 |
| 82 | 94 | 76 | B- | 5.8 | LdshenChina | LICN | 1.48 | -0.07 | 38 |
| 82 | 75 | 88 | A- | 4.0 | Lincoln | LNCM | 8.41 | -0.06 | -45 |
| 89 | 56 | 98 | A- | 3.3 | Lipocine | LPCN | 5.42 | 0.13 | 58 |
| 82 | 76 | 87 | A- | 3.0 | LumenFinanc | LUMF | 3.56 | -0.03 | -26 |
| 77 | 75 | 88 | B- | 3.5 | LuminarTech | LAZR | 1.46 | 0.01 | 31 |
| 78 | 55 | 98 | A+ | 3.4 | LuokuanTech | LKCO | 1.94 | -0.03 | -31 |
| 82 | 75 | 88 | A- | 3.4 | Magyar | MGYR | 12.05 | -0.18 | 16 |
| 91 | 82 | 97 | A- | 3.6 | Massimo | MAMO | 1.78 | -0.03 | -52 |
| 77 | 75 | 88 | B- | 4.0 | Meridian | MRBK | 13.17 | -0.13 | 18 |
| 82 | 76 | 87 | A- | 3.6 | MidAmp | MDAP | 55.32 | 2.75 | 37 |
| 78 | 55 | 99 | B- | 7.3 | Mobilcom | MOB | 18.03 | -0.03 | 30 |

*SmartSelect® Composite Rating*

| E R Acc 52-Wk<br>P |  |  |  |  | Closing |  | Vol % |
|---|---|---|---|---|---|---|---|
| S | S\|Dis | Hi | Stock | Symbol | Price | Chg | C |
| 88 | 85 | 82 | B+ | 18.1 | Modiv C | MDV | 17.76 | -0.16 | -11 |
| 88 | 93 | 84 | D | 206.0 | MoogB | MOGB | 191.02 | -14.98 | -25 |
| 77 | 39 | 98 | B- | 8.2 | MytNethrPrmt | MYTE | 7.51 | 0.68 | -51 |
| 76 | 94 | 80 | B- | 89.1 | NathnsFms | NATH | 83.35 | -0.32 | -77 |
| 83 | 68 | 95 | A- | 7.3 | NatCnmdta | NCMI | 7.11 | 0.05 | -19 |
| 83 | 77 | 88 | B- | 10.3 | NatEnrgSvcRe | NESR | 9.56 | 0.17 | 402 |
| 76 | 59 | 83 | D- | 86.1 | NatlHlthInv | NHI | 75.17 | -0.68 | -38 |
| 81 | 67 | 67 | B- | 49.6 | NatlRetailPty | NNN | 46.58 | -1.05 | -18 |
| 76 | 68 | 76 | B- | 49.4 | NatlStrgAff | NSA | 42.85 | -0.43 | -45 |
| 95 | 96 | 92 | C- | 9.7 | NatWestGrp | NWG | 9.49 | -0.08 | 37 |
| 76 | 37 | 78 | B- | 31.0 | Nayax | NYAX | 26.67 | 0.01 | -82 |
| 78 | 43 | 96 | B- | 1.9 | NektrthTech | NKTR | 1.32 | -0.03 | 2 |
| 90 | 31 | 89 | A | 3.3 | NetSolTch | NTWK | 3.15 | 0.00 | -58 |
| 78 | 71 | 86 | C- | 48.4 | NexPointRes | NXRT | 43.19 | -0.73 | -43 |
| 88 | 82 | 95 | C | 8.7 | Nexxen Intl | NEXN | 7.94 | -0.16 | -38 |
| 89 | 75 | 89 | B- | 4.8 | Nokia | NOK | 4.77 | -0.03 | 8 |
| 92 | 84 | 88 | C | 996.4 | Nvr | NVR | 9329.74 | -126.66 | -41 |
| 86 | 91 | 83 | B- | 20.3 | OldPoint | OPOF | 20.33 | 0.63 | 35 |
| 87 | 92 | 36 | A- | 6.8 | Ololnc | OLO | 5.07 | -0.01 | -11 |
| 81 | 48 | 87 | B- | 41.9 | OmegaHlthcare | OHI | 41.55 | -0.17 | -5 |
| 87 | 79 | 94 | B+ | 28.8 | OneLiberty | OLP | 26.82 | -0.54 | -20 |
| 84 | 75 | 72 | B- | 1.8 | Onfolio | ONFO | 1.13 | 0.10 | -28 |
| 92 | 73 | 90 | B+ | 13.9 | OP Bancorp | OPBK | 14.15 | 0.32 | 99 |
| 97 | 80 | 96 | A+ | 5.6 | Oppfi | OPFI | 5.05 | -0.07 | -15 |
| 97 | 85 | 96 | B- | 10.3 | OptexSys | OPXS | 9.70 | -0.21 | 23 |
| 82 | 75 | 88 | A- | 9.8 | OptimumbN | OPHC | 4.60 | 0.00 | -86 |
| 91 | 91 | 44 | B- | 64.0 | OrangeCtyBnc | OBT | 53.15 | -3.30 | 53 |
| 79 | 45 | 90 | A- | 19.3 | OutfrntMedia | OUT | 18.33 | -0.26 | 2 |
| 81 | 82 | 92 | B- | 3.4 | ParkeBanc | PKBK | 20.74 | -0.29 | -24 |
| 79 | 63 | 87 | B- | 19.9 | Pathfinder | PBHC | 17.86 | -0.01 | -44 |
| 90 | 35 | 96 | A+ | 8.6 | PayoneerGlbl | PAYO | 8.36 | -0.03 | -40 |
| 82 | 75 | 88 | A- | 6.2 | Paysign | PAYS | 3.71 | 0.02 | -42 |
| 88 | 76 | 88 | B- | 7.0 | Pctel | PCTI | 6.99 | | |
| 82 | 58 | 96 | A+ | 7.2 | Peloton | PTON | 6.28 | 0.14 | -20 |
| 82 | 75 | 88 | A- | 7.8 | PenWd | PWOD | 25.60 | -0.15 | -55 |
| 82 | 36 | 90 | A- | 6.0 | PeformtFinl | PFMT | 3.62 | 0.08 | -54 |
| 80 | 75 | 88 | B- | 7.4 | PFSW | PFSW | 6.07 | -0.03 | -68 |
| 77 | 55 | 89 | A- | 7.2 | PhioPharm | PHIO | 1.40 | -0.04 | -82 |
| 75 | 49 | 89 | C- | 3.1 | PhilipsElec | PECO | 34.32 | -0.29 | -13 |
| 91 | 94 | 76 | A- | 3.6 | Phreesia | PHR | 23.27 | -0.20 | -18 |
| 82 | 75 | 88 | A- | 5.0 | PhunwareInc | PHUN | 10.65 | -2.12 | 62 |
| 89 | 87 | 84 | A- | 3.6 | PitneyBowes | PBI | 7.10 | -0.15 | -24 |
| 82 | 75 | 88 | A- | 9.1 | PLBY Group | PLBY | 40.35 | -1.31 | 27 |
| 77 | 60 | 98 | A+ | 3.8 | Plumas | PLBC | 40.35 | -1.31 | -45 |
| 82 | 75 | 88 | A- | 6.1 | PowerFleet | PWFL | 4.62 | -0.12 | -12 |
| 82 | 76 | 87 | A- | 3.6 | Prestige | PBC | 31.80 | 0.72 | 38 |
| 77 | 75 | 88 | B- | 8.5 | ProgHousng | PRGS | 52.35 | -1.21 | -19 |
| 90 | 93 | 76 | A- | 3.6 | Proto Labs | PRLB | 31.52 | -0.44 | 29 |
| 82 | 75 | 88 | A- | 3.6 | PSBInsiders | PSBC | 30.24 | -0.17 | -82 |
| 82 | 76 | 87 | A- | 3.6 | PublicStor | PSA | 336.36 | -2.07 | -19 |
| 82 | 75 | 88 | A- | 3.6 | QuantaStng | QUAD | 7.16 | -0.23 | 44 |
| 90 | 95 | 74 | A- | 5.8 | QuantumCputng | QUBT | 1.01 | 0.05 | 162 |
| 82 | 75 | 88 | A- | 3.6 | Qudlan | QLGN | 3.03 | 0.12 | -9 |
| 82 | 76 | 87 | A- | 3.6 | RamadRelty | RAMD | 6.76 | -0.16 | -23 |
| 82 | 75 | 88 | A- | 3.6 | RaveRestrnt | RAVE | 1.17 | 0.01 | -4 |
| 82 | 76 | 87 | A- | 3.6 | RealNetwork | RNWK | 6.12 | -0.07 | 47 |
| 82 | 75 | 88 | A- | 3.6 | Receptt | RCE | 3.19 | -0.08 | -3 |
| 82 | 76 | 87 | A- | 3.6 | Red River | RRBI | 61.36 | -1.18 | -10 |
| 82 | 75 | 88 | A- | 3.6 | RegencyCntr | REG | 71.49 | -1.23 | -18 |
| 82 | 76 | 87 | A- | 3.6 | RenewableRes | RNRG | 14.86 | -0.54 | -38 |
| 82 | 75 | 88 | A- | 3.6 | Rexford | REXR | 44.67 | -0.85 | -29 |
| 82 | 76 | 87 | A- | 3.6 | RichmondMtl | RMBS | 28.47 | 0.30 | -21 |
| 82 | 75 | 88 | A- | 3.6 | RocketLab | RKLB | 11.28 | -0.46 | 37 |
| 82 | 76 | 87 | A- | 3.6 | RockwellMed | RMTI | 17.51 | 0.18 | -33 |
| 82 | 75 | 88 | A- | 3.6 | RoperTech | ROP | 564.48 | -5.72 | -39 |
| 82 | 76 | 87 | A- | 3.6 | RowanRelty | RWT | 6.48 | -0.03 | -22 |
| 82 | 75 | 88 | A- | 3.6 | RyanSpecialty | RYAN | 65.78 | -0.60 | -12 |
| 82 | 76 | 87 | A- | 3.6 | SandstmGld | SAND | 6.04 | -0.06 | 37 |
| 82 | 75 | 88 | A- | 3.6 | SapientTech | SAP | 232.54 | 2.44 | -28 |
| 82 | 76 | 87 | A- | 3.6 | SBFinancial | SMMB | 17.73 | 0.10 | 4 |
| 82 | 75 | 88 | A- | 3.6 | SGBlrp | SGBX | 1.48 | -0.05 | 14 |
| 82 | 76 | 87 | A- | 3.6 | ScorpioTnkrs | STNG | 51.38 | 0.96 | -23 |
| 82 | 75 | 88 | A- | 3.6 | ScullyRoyal | SCCO | 108.01 | -1.56 | -9 |
| 82 | 76 | 87 | A- | 3.6 | SealSq | LAES | 5.52 | -0.11 | 20 |
| 82 | 75 | 88 | A- | 3.6 | SeapineGrp | SPNS | 30.07 | -0.22 | 16 |
| 82 | 76 | 87 | A- | 3.6 | SensusHldg | SRTS | 39.16 | -0.43 | -35 |
| 82 | 75 | 88 | A- | 3.6 | Seritage | SRG | 7.78 | 0.05 | -19 |
| 82 | 76 | 87 | A- | 3.6 | SGBllp | SGB | 2.78 | -0.03 | 14 |
| 82 | 75 | 88 | A- | 3.6 | Shmb | SHBI | 12.36 | -0.17 | 32 |
| 82 | 76 | 87 | A- | 3.6 | ShotSpotter | SSTI | 15.86 | -0.68 | -8 |
| 82 | 75 | 88 | A- | 3.6 | SIGA Tech | SIGA | 6.44 | -0.06 | -20 |
| 82 | 76 | 87 | A- | 3.6 | SignificGp | SGC | 14.84 | -0.11 | 40 |
| 82 | 75 | 88 | A- | 3.6 | SmithMicro | SMSI | 1.23 | -0.03 | -29 |
| 82 | 76 | 87 | A- | 3.6 | SolarEdge | SEDG | 17.08 | -0.27 | 45 |
| 82 | 75 | 88 | A- | 3.6 | SoundGlbl | SND | 7.42 | -0.08 | -14 |
| 82 | 76 | 87 | A- | 3.6 | SpokHldg | SPOK | 16.84 | -0.02 | 24 |
| 82 | 75 | 88 | A- | 3.6 | SSGReit | SSG | 7.18 | -0.01 | -4 |
| 82 | 76 | 87 | A- | 3.6 | Stratec | STRT | 39.16 | -0.43 | -35 |
| 82 | 75 | 88 | A- | 3.6 | SummitTrm | SMBC | 42.56 | 0.25 | 18 |
| 82 | 76 | 87 | A- | 3.6 | SuperMicro | SMCI | 45.67 | -1.05 | -31 |
| 82 | 75 | 88 | A- | 3.6 | Supernus | SUPN | 35.87 | -0.26 | -8 |
| 82 | 76 | 87 | A- | 3.6 | SuregBcorp | SUGB | 28.36 | 0.31 | -47 |
| 82 | 75 | 88 | A- | 3.6 | TAGroup | TA | 53.54 | -0.64 | -32 |
| 82 | 76 | 87 | A- | 3.6 | TeraWulf | WULF | 5.40 | -0.08 | 55 |
| 82 | 75 | 88 | A- | 3.6 | TexasCap | TCBI | 78.22 | -0.89 | -12 |
| 82 | 76 | 87 | A- | 3.6 | TOptm | TOPS | 9.60 | -0.03 | 24 |
| 82 | 75 | 88 | A- | 3.6 | TrxMedia | TRXM | 6.68 | 0.02 | -38 |
| 82 | 76 | 87 | A- | 3.6 | TriumphFinl | TFIN | 74.88 | -1.50 | -11 |
| 82 | 75 | 88 | A- | 3.6 | TuniuA | TOUR | 1.32 | 0.03 | 39 |
| 82 | 76 | 87 | A- | 3.6 | TurtleBch | TBCH | 19.01 | -0.40 | -9 |
| 82 | 75 | 88 | A- | 3.6 | UMHProps | UMH | 18.41 | -0.17 | 12 |
| 82 | 76 | 87 | A- | 3.6 | UnitedFire | UFCS | 23.19 | -0.19 | -32 |
| 82 | 75 | 88 | A- | 3.6 | UnivDisplay | OLED | 197.56 | -2.43 | -9 |
| 82 | 76 | 87 | A- | 3.6 | UniverslLogt | ULH | 39.86 | -0.49 | -22 |
| 82 | 75 | 88 | A- | 3.6 | UrbanEdge | UE | 22.37 | -0.34 | -7 |
| 82 | 76 | 87 | A- | 3.6 | Urgent | URGN | 13.13 | -0.13 | 18 |
| 82 | 75 | 88 | A- | 3.6 | ValleyFin | VLYF | 9.54 | -0.01 | -4 |
| 82 | 76 | 87 | A- | 3.6 | Verra | VERI | 7.46 | -0.35 | 45 |
| 82 | 75 | 88 | A- | 3.6 | Vishay | VSH | 18.26 | -0.26 | -31 |
| 82 | 76 | 87 | A- | 3.6 | Vmware | VMW | 28.36 | 0.31 | -47 |
| 82 | 75 | 88 | A- | 3.6 | WasteCnxn | WCN | 183.41 | -0.75 | -8 |
| 82 | 76 | 87 | A- | 3.6 | WesBancorp | WSBC | 34.25 | -0.06 | -22 |
| 82 | 75 | 88 | A- | 3.6 | WestRock | WRK | 48.82 | 0.04 | -40 |
| 82 | 76 | 87 | A- | 3.6 | WhiteMtns | WTM | 1826.54 | -2.11 | -18 |
| 82 | 75 | 88 | A- | 3.6 | WmSonoma | WSM | 139.17 | -1.05 | -6 |
| 82 | 76 | 87 | A- | 3.6 | WorthBncp | WB | 17.90 | -0.20 | -34 |
| 82 | 75 | 88 | A- | 3.6 | Zuora A | ZUO | 9.40 | -0.10 | -40 |
| 82 | 76 | 87 | A- | 3.6 | ZuraBio | ZURA | 4.74 | 0.23 | 14 |

---

**To:  All Persons who purchased or otherwise acquired Ampio Pharmaceuticals, Inc.'s ("Ampio") common stock between December 29, 2020, and August 2, 2022, inclusive, and who suffered damages thereby ("Settlement Class").**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of Colorado, that Tao Wang and SynWorld Technologies Corporation, Lead Plaintiffs in the Action ("Lead Plaintiffs"), on behalf of themselves and all members of the Settlement Class and Defendants Ampio Pharmaceuticals, Inc. ("Ampio"), Michael A. Martino, Holli Cherevka, Dan Stokely, David Bar-Or, Philip H. Coelho, and Richard B. Giles (the "Defendants," and collectively with Lead Plaintiffs, the "Parties"), have reached a proposed settlement of the claims in the Action in the amount of $3,000,000 (the "Settlement").

A hearing will be held before the Honorable William J. Martinez, on February 19, 2025, at 10:30 a.m. in Courtroom A801 of the United States District Court for the District of Colorado, at the Alfred A. Arraj Courthouse, 901 19th Street, Denver, CO 80294 (the "Settlement Hearing") to, among other things, determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated May 13, 2024; (iii) approve the proposed Plan of Allocation for distribution of the settlement funds available for distribution to Settlement Class Members (the "Net Settlement Fund"); and (iv) approve Lead Counsel's Fee and Expense Application. The Court may change the date of the Settlement Hearing, or hold it telephonically, without providing another notice. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** You may obtain copies of the Notice and Proof of Claim Form by visiting the website of the Claims Administrator, www.AmpioSecuritiesSettlement.com, or by contacting the Claims Administrator at:

*Ampio Pharmaceuticals Securities Settlement*
P.O. Box 25226, Santa Ana, CA, 92799
info@AmpioSecuritiesSettlement.com
1-833-602-5027

Inquiries, other than requests for the Notice/Claim Form or for information about the status of a claim, may also be made to Lead Counsel: James M. Wilson, Jr., **FARUQI & FARUQI, LLP**, 685 Third Avenue, 26th Floor, New York, NY 10017. Telephone: 212-983-9330; Facsimile: 212-983-9331; Email: jwilson@faruqilaw.com

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form *postmarked or submitted electronically no later than January 13, 2025.* If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is *received no later than January 29, 2025.* If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are *received no later than January 29, 2025.*

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

**1-833-602-5027     www.AmpioSecuritiesSettlement.com**

©2024 Investor's Business Daily, LLC. All rights reserved.