# EXHIBIT F

Case No. 1:22-cv-02105-WJM-CYC    Document 99-6    filed 12/23/24    USDC Colorado
pg 1 of 38

# Simpluris Announces Proposed Settlement involving purchasers of Ampio Pharmaceuticals, Inc.'s ("Ampio") Common Stock



NEWS PROVIDED BY
**Simpluris Inc.** ➡
Oct 28, 2024, 08:00 ET

COSTA MESA, Calif., Oct. 28, 2024 /PRNewswire/ -- The following statement is being issued by Simpluris, Inc., court-appointed settlement administrator, regarding the proposed settlement in *Wang, et al., v. Ampio Pharmaceuticals, Inc., et al.,* Case No. 1:22-cv-02105-WJM-MEH (D. Colo.).

**To: All Persons who purchased or otherwise acquired Ampio Pharmaceuticals, Inc.'s ("Ampio") common stock between December 29, 2020, and August 2, 2022, inclusive, and who suffered damages thereby ("Settlement Class").**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of Colorado, that Tao Wang and SynWorld Technologies Corporation, Lead Plaintiffs in the Action ("Lead Plaintiffs"), on behalf of themselves and all members of the Settlement Class and Defendants Ampio Pharmaceuticals, Inc. ("Ampio"), Michael A. Martino, Holli

Cherevka, Dan Stokely, David Bar-Or, Philip H. Coelho, and Richard B. Giles (the "Defendants," and collectively with Lead Plaintiffs, the "Parties"), have reached a proposed settlement of the claims in the Action in the amount of $3,000,000 (the "Settlement").

A hearing will be held before the Honorable William J. Martinez, on February 19, 2025, at 10:30 a.m. in Courtroom A801 of the United States District Court for the District of Colorado, at the Alfred A. Arraj Courthouse, 901 19th Street, Denver, CO 80294 (the "Settlement Hearing") to, among other things, determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated May 13, 2024; (iii) approve the proposed Plan of Allocation for distribution of the settlement funds available for distribution to Settlement Class Members (the "Net Settlement Fund"); and (iv) approve Lead Counsel's Fee and Expense Application. The Court may change the date of the Settlement Hearing, or hold it telephonically, without providing another notice. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** You may obtain copies of the Notice and Proof of Claim Form by visiting the website of the Claims Administrator, **www.AmpioSecuritiesSettlement.com**, or by contacting the Claims Administrator at:

*Ampio Pharmaceuticals Securities Settlement*

P.O. Box 25226

Santa Ana, CA 92799

**info@AmpioSecuritiesSettlement.com**

1-833-602-5027

Inquiries, other than requests for the Notice/Claim Form or for information about the status of a claim, may also be made to Lead Counsel:

James M. Wilson, Jr.

**FARUQI & FARUQI, LLP**

685 Third Avenue, 26th Floor

New York, NY 10017

Telephone: 212-983-9330

Facsimile: 212-983-9331

Email: **jwilson@faruqilaw.com**

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form ***postmarked or submitted electronically no later than January 13, 2025***. If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is ***received no later than January 29, 2025***. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are ***received no later than January 29, 2025.***

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

Dated: October 15, 2024
BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

SOURCE Simpluris Inc.

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED

| | | |
|:---:|:---:|:---:|
| **440k+** | **9k+** | **270k+** |
| **Newsrooms &** | **Digital Media** | **Journalists** |
| **Influencers** | **Outlets** | **Opted In** |

Simpluris Announces Proposed Settlement involving purchasers of Ampio Pharmaceuticals, Inc.'s ("Ampio")

Common Stock

English   PR Newswire ID: **4285585-2**   Clear Time **Oct 28, 2024 8:00 AM ET**

View Release

📄 **Pickup**

## 151.9M
TOTAL POTENTIAL AUDIENCE

## 335
TOTAL EXACT MATCHES

### TOP EXACT MATCH PICKUP

 **AP NEWS [The ...**
45.7M visitors/month [1]

 **Benzinga**
11.9M visitors/month [1]

 **KTLA [Los Ang...**
7.1M visitors/month [1]

 **PR Newswire**
5.6M visitors/month [1]

 **WFLA [Tampa, FL]**
5M visitors/month [1]

 **Seeking Alpha**
4.6M visitors/month [1]

 **WJW-TV FOX-8 ...**
4.1M visitors/month [1]

 **WXIN-TV FOX-5...**
3.2M visitors/month [1]

 **KXAN-TV NBC-3...**
2.8M visitors/month [1]

 **KTVI-TV FOX-2...**
2.4M visitors/month [1]

 **WGN [Chicago,...**
2.2M visitors/month [1]

 **KDVR [Denver,...**
2.1M visitors/month [1]

 **WKRN [Nashvil...**
2M visitors/month [1]

 **KSWB [San Die...**
1.8M visitors/month [1]

 **KRON [San Fra...**
1.8M visitors/month [1]

*DATA SOURCES: [1]  [2] ALEXA, [3] SITEWORTHTRAFFIC.COM [4] CISION DIGITAL REACH

*THE DATA CITED HERE BY SIMILARWEB REPRESENTS SITE TRAFFIC DATA OF WORLDWIDE UNIQUE VISITORS ON DESKTOP AND MOBILE DEVICES. DATA IS UPDATED MONTHLY.

**Views & Engagement**

Views & Engagement data will continue to mature over time. Totals below are expected to have reached 98% maturity when the circles below are darker in color.

**5**
CLICK-THROUGHS

**1,155**
RELEASE VIEWS

**Multimedia Views**



99 Views

**Distribution**

**900**
TOTAL AP OUTLETS DISTRIBUTED

**TOP AP OUTLETS**

**C-SPAN**
86.2M Visitors/Month
Washington, DC

**Scribd, Inc.**
43.5M Visitors/Month
San Francisco, CA

**FoxNews.com**
32.5M Visitors/Month
New York, NY

**CBS News Radio**
30M Visitors/Month
New York, NY

**New York Time...**
29.9M Visitors/Month
New York, NY

**Apple Inc.**
29.7M Visitors/Month
Cupertino, CA

**CNBC.com**

26.1M Visitors/Month

Englewood Cliffs, NJ

**CBSnews.com**

26.1M Visitors/Month

New York, NY

**Pickup**

# Overview

| TOTAL PICKUP | **335** | | TOTAL POTENTIAL AUDIENCE | **151.9M** |
|---|---|---|---|---|
| Exact Match | **335** postings | | Exact Match | **151.9M** visitors |

## Total Pickup Over Time

Total pickup since your content was distributed



## Total Pickup by Source Type



- Broadcast Media (178/53.1%)
- Newspaper (118/35.2%)
- Online News Sites & Other Influencers (20/6.0%)
- Print Media (9/2.7%)
- News & Information Service (3/0.9%)
- Other (7/2.1%)

## Total Pickup by Industry



- Media & Information (319/95.2%)
- Financial (5/1.5%)
- General (5/1.5%)
- Business Services (3/0.9%)
- Medical/Healthcare (1/0.3%)
- Other (2/0.6%)

## Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated.

Total Exact Matches: **335**
Total Potential Audience: **151,866,027**

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| AP | AP NEWS [The Associated Press]<br>Online ▭ View Release | United States | News & Information Service | Media & Information | 45,724,865 [1]<br>visitors/month |
| AP | AP NEWS [The Associated Press]<br>Online ▭ View Release | United States | News & Information Service | Media & Information | 45,724,865 [1]<br>visitors/month |
| BENZINGA | Benzinga<br>Online ▭ View Release | United States | Online News Sites & Other Influencers | Financial | 11,940,583 [1]<br>visitors/month |
| KTLA5 | KTLA [Los Angeles, CA]<br>Online ▭ View Release | United States | Broadcast Media | Media & Information | 7,073,654 [1]<br>visitors/month |
| PR Newswire | PR Newswire<br>Online ▭ View Release | Global | PR Newswire | Media & Information | 5,590,155 [1]<br>visitors/month |
| News Channel 8 | WFLA [Tampa, FL]<br>Online ▭ View Release | United States | Broadcast Media | Media & Information | 4,950,418 [1]<br>visitors/month |
| Seeking Alpha | Seeking Alpha<br>Online ▭ View Release | United States | Online News Sites & Other Influencers | Financial | 4,601,954 [1]<br>visitors/month |
| FOX 8 | WJW-TV FOX-8 [Cleveland, OH]<br>Online ▭ View Release | United States | Broadcast Media | Media & Information | 4,127,594 [1]<br>visitors/month |
| FOX 59 | WXIN-TV FOX-59 [Indianapolis, IN]<br>Online ▭ View Release | United States | Broadcast Media | Media & Information | 3,161,353 [1]<br>visitors/month |
| KXAN | KXAN-TV NBC-36 [Austin, TX]<br>Online ▭ View Release | United States | Broadcast Media | Media & Information | 2,755,722 [1]<br>visitors/month |
| KPLR 11 | KTVI-TV FOX-2 [St. Louis, MO]<br>Online ▭ View Release | United States | Broadcast Media | Media & Information | 2,367,016 [1]<br>visitors/month |
| WGN9 | WGN [Chicago, IL]<br>Online ▭ View Release | United States | Broadcast Media | Media & Information | 2,152,454 [1]<br>visitors/month |
| FOX 31 | KDVR [Denver, CO]<br>Online ▭ View Release | United States | Broadcast Media | Media & Information | 2,091,917 [1]<br>visitors/month |
| WKRN.COM | WKRN [Nashville, TN]<br>Online ▭ View Release | United States | Broadcast Media | Media & Information | 2,003,550 [1]<br>visitors/month |
| FOX 5 | KSWB [San Diego, CA]<br>Online ▭ View Release | United States | Broadcast Media | Media & Information | 1,837,749 [1]<br>visitors/month |
| KRON 4 | KRON [San Francisco, CA]<br>Online ▭ View Release | United States | Broadcast Media | Media & Information | 1,774,145 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| WGHP [Greensboro, NC]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,653,457 [1] visitors/month |
| WPIX-TV CW-11 [New York, NY]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,648,704 [1] visitors/month |
| WAVY-TV NBC-10 [Portsmouth, VA]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,625,198 [1] visitors/month |
| WFMZ-TV IND-69 [Allentown, PA]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,421,027 [1] visitors/month |
| WFMZ-TV IND-69 [Allentown, PA]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,421,027 [1] visitors/month |
| WDAF [Kansas City, MO]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,417,348 [1] visitors/month |
| WCMH [Columbus, OH]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,404,208 [1] visitors/month |
| WRIC [Richmond, VA]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,290,843 [1] visitors/month |
| KOIN-TV CBS-6 [Portland, OR]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,243,184 [1] visitors/month |
| KTVX [Salt Lake City, UT]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,202,282 [1] visitors/month |
| WNCN [Raleigh, NC]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,194,115 [1] visitors/month |
| KLAS-TV CBS-8 [Las Vegas, NV]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,188,973 [1] visitors/month |
| WOOD [Grand Rapids, MI]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,147,492 [1] visitors/month |
| KFOR [Oklahoma City, OK]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,135,961 [1] visitors/month |
| KTXL [Sacramento, CA]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,089,889 [1] visitors/month |
| KRQE [Albuquerque, NM]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 968,199 [1] visitors/month |
| WHTM [Harrisburg, PA]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 964,259 [1] visitors/month |
| WTNH [New Haven, CT]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 958,827 [1] visitors/month |
| WKBN-TV CBS-27 [Youngstown, OH]  Online 🖥 View Release | United States | Broadcast Media | Media & Information | 917,545 [1] visitors/month |

| | | | | |
|---|---|---|---|---|
| WATE [Knoxville, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 906,136 [1]<br>visitors/month |
| WWLP-TV NBC-22 [Springfield, MA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 895,235 [1]<br>visitors/month |
| WREG [Memphis, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 850,584 [1]<br>visitors/month |
| WPRI/WNAC [Providence, RI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 787,926 [1]<br>visitors/month |
| WDTN/WBDT [Dayton, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 711,490 [1]<br>visitors/month |
| KHON [Honolulu, HI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 643,996 [1]<br>visitors/month |
| KSNW [Wichita, KS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 604,897 [1]<br>visitors/month |
| WANE [Fort Wayne, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 595,453 [1]<br>visitors/month |
| WBRE/WYOU [Wilkes-Barre, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 595,400 [1]<br>visitors/month |
| WFRV [Green Bay, WI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 588,841 [1]<br>visitors/month |
| WIVB [Buffalo, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 577,087 [1]<br>visitors/month |
| WROC/WUHF/WZDX [Rochester, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 573,570 [1]<br>visitors/month |
| WTEN/ WXXA-TV [Albany, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 533,897 [1]<br>visitors/month |
| WJTV-TV CBS-12 [Jackson, MS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 529,935 [1]<br>visitors/month |
| KSNT-TV NBC-27 [Topeka, KS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 516,197 [1]<br>visitors/month |
| KELO [Sioux Falls, SD]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 515,945 [1]<br>visitors/month |
| KARK-TV NBC-4 [Little Rock, AR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 502,328 [1]<br>visitors/month |
| WHNT [Huntsville, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 499,355 [1]<br>visitors/month |
| WJHL-TV/ABC Tri-Cities [Johnson City, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 447,964 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| WSYR-TV ABC-9 NewsChannel [Syracuse, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 438,087 [1]<br>visitors/month |
| WBOY [Clarksburg, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 420,890 [1]<br>visitors/month |
| KGET [Bakersfield, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 408,123 [1]<br>visitors/month |
| WTRF [Wheeling, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 406,388 [1]<br>visitors/month |
| WKRG [Mobile, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 406,110 [1]<br>visitors/month |
| KTSM [El Paso, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 377,752 [1]<br>visitors/month |
| WHO-TV NBC-13 [Des Moines, IA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 377,347 [1]<br>visitors/month |
| WTAJ [Altoona, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 354,846 [1]<br>visitors/month |
| WBTW [Myrtle Beach, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 353,827 [1]<br>visitors/month |
| WJZY-TV FOX-46 [Charlotte, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 350,046 [1]<br>visitors/month |
| WSPA/WYCW [Spartanburg, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 335,202 [1]<br>visitors/month |
| WLNS-TV CBS-6 [Lansing, MI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 314,249 [1]<br>visitors/month |
| KXRM [Colorado Springs, CO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 313,103 [1]<br>visitors/month |
| WDVM-TV IND-25 [Washington, DC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 312,370 [1]<br>visitors/month |
| WQRF/WTVO [Rockford, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 301,671 [1]<br>visitors/month |
| KVEO-TV CBS-4 [Harlingen, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 278,191 [1]<br>visitors/month |
| WCBD-TV NBC-2 [Charleston, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 269,817 [1]<br>visitors/month |
| KNWA/KFTA [Fayetteville, AR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 263,841 [1]<br>visitors/month |
| WMBB-TV ABC-13 [Panama City, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 262,856 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | WNCT [Greenville, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 259,227 [1]<br>visitors/month |
| | KLFY [Lafayette, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 257,035 [1]<br>visitors/month |
| | WCIA-TV CBS 3 [Champaign, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 246,019 [1]<br>visitors/month |
| | WEHT/WTVW [Evansville, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 240,192 [1]<br>visitors/month |
| | KLRT-TV FOX-16 [Little Rock, AR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 239,657 [1]<br>visitors/month |
| | WJET-TV ABC-24 / WFXP-TV FOX-44 [Erie, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 234,736 [1]<br>visitors/month |
| | KAMC/KLBK<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 228,858 [1]<br>visitors/month |
| | WIAT [Birmingham, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 226,136 [1]<br>visitors/month |
| | KOLR/KOZL [Springfield, MO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 225,579 [1]<br>visitors/month |
| | WSAV [Savannah, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 224,244 [1]<br>visitors/month |
| | WJBF [Augusta, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 215,384 [1]<br>visitors/month |
| | KSEE/KGPE [Fresno, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 213,602 [1]<br>visitors/month |
| | KREX/KFQX/KGJT [Grand Junction, CO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 212,160 [1]<br>visitors/month |
| | KSNF/KODE [Joplin, MO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 204,535 [1]<br>visitors/month |
| | WDKY-TV FOX-56 [Lexington, KY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 202,464 [1]<br>visitors/month |
| | WOWK-TV CBS-13 [Charleston, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 196,434 [1]<br>visitors/month |
| | WFXR [Roanoke, VA<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 193,143 [1]<br>visitors/month |
| | WVNS [Beckley, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 188,374 [1]<br>visitors/month |
| | WVLA [Baton Rouge, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 185,550 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| WETM-TV NBC-18 [Elmira, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 185,396 [1]<br>visitors/month |
| KTAB/KRBC [Abilene, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 173,007 [1]<br>visitors/month |
| KLST/KSAN [San Angelo, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 161,621 [1]<br>visitors/month |
| WMBD-TV CBS 31 / WYZZ-TV FOX 43 [Peoria, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 158,680 [1]<br>visitors/month |
| KIAH [Houston, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 148,298 [1]<br>visitors/month |
| KETK-TV FOX-51 [Tyler, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 148,244 [1]<br>visitors/month |
| KXMA/KXMB [Bismark, ND]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 147,477 [1]<br>visitors/month |
| WRBL [Columbus, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 146,017 [1]<br>visitors/month |
| WGNO [New Orleans, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 143,757 [1]<br>visitors/month |
| KTAL-TV NBC-6 [Shreveport, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 129,326 [1]<br>visitors/month |
| WDHN-TV ABC [Webb, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 115,747 [1]<br>visitors/month |
| Myhighplains<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 115,022 [1]<br>visitors/month |
| KFDX-TV NBC-3 / KJTL-TV FOX-18 [Wichita Falls, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 110,572 [1]<br>visitors/month |
| WTWO-TV NBC-2/WAWV-TV ABC-38 MyWabashValley [Terre Haute IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 109,718 [1]<br>visitors/month |
| QuadCities WHBF-TV CBS-4 / KLJB-TV FOX-18 [Rock Island, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 104,235 [1]<br>visitors/month |
| Albert Lea Tribune [Albert Lea, MN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 102,700 [1]<br>visitors/month |
| WICZ-TV FOX-40 [Binghamton, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 95,304 [1]<br>visitors/month |
| KWKT-TV FOX-44 / KYLE-TV MyNetworkTV [Woodway, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 89,889 [1]<br>visitors/month |
| WTTV [Indianapolis, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 88,542 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | KARD/KTVE [West Monroe, LA]<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 87,229 [1] visitors/month |
| | KCAU-TV ABC-9 Siouxland Proud [Sioux City, IA]<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 85,131 [1] visitors/month |
| | Salisbury Post<br>Online ☐ View Release | United States | Newspaper | Media & Information | 76,417 [1] visitors/month |
| | The Vicksburg Post<br>Online ☐ View Release | United States | Newspaper | Media & Information | 74,321 [1] visitors/month |
| | NCN: Panhandle - News Channel Nebraska [Grand Island, NE]<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 68,852 [1] visitors/month |
| | WFFF-TV FOX 44 / WVNY-TV ABC-22 [Colchester, VT]<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 64,949 [1] visitors/month |
| | KMID/KPEJ [Odessa, TX]<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 63,556 [1] visitors/month |
| | WBGH/WIVT [Binghamton, NY]<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 61,850 [1] visitors/month |
| | Natchez Democrat<br>Online ☐ View Release | United States | Newspaper | Media & Information | 58,441 [1] visitors/month |
| | LaGrange Daily News<br>Online ☐ View Release | United States | Newspaper | Media & Information | 56,768 [1] visitors/month |
| | Magnolia State Live<br>Online ☐ View Release | United States | Newspaper | Media & Information | 49,450 [1] visitors/month |
| | Austin Daily Herald<br>Online ☐ View Release | United States | Newspaper | Media & Information | 44,697 [1] visitors/month |
| | Port Arthur News<br>Online ☐ View Release | United States | Newspaper | Media & Information | 44,688 [1] visitors/month |
| | KDAF-TV CW-33 [Dallas, TX]<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 43,276 [1] visitors/month |
| | The Oxford Eagle<br>Online ☐ View Release | United States | Newspaper | Media & Information | 43,012 [1] visitors/month |
| | Shelby County Reporter<br>Online ☐ View Release | United States | Newspaper | Media & Information | 42,651 [1] visitors/month |
| | Washington Daily News<br>Online ☐ View Release | United States | Newspaper | Media & Information | 42,418 [1] visitors/month |
| | WWTI-TV ABC-50 [Watertown, NY]<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 40,557 [1] visitors/month |
| | NCN: Northeast - News Channel Nebraska [Norfolk, NE]<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 39,184 [1] visitors/month |

| | | | | |
|---|---|---|---|---|
| NCN: Southeast - News Channel Nebraska [Beatrice, NE]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 38,729 [1]<br>visitors/month |
| Leader Publications<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 38,712 [1]<br>visitors/month |
| The Suffolk News-Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 37,147 [1]<br>visitors/month |
| NCN: River Country - NewsChannelNebraska [Nebraska City, NE]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 35,850 [1]<br>visitors/month |
| WYTV-TV ABC-33 [Youngstown, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 34,370 [1]<br>visitors/month |
| The Troy Messenger<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 32,734 [1]<br>visitors/month |
| NCN: Platte Valley - News Channel Nebraska [Columbus, NE]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 31,783 [1]<br>visitors/month |
| Ironton Tribune<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 30,067 [1]<br>visitors/month |
| Winchester Sun<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 29,604 [1]<br>visitors/month |
| Alexander City Outlook<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 27,957 [1]<br>visitors/month |
| Elizabethton Star<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 27,712 [1]<br>visitors/month |
| Daily Leader<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 27,628 [1]<br>visitors/month |
| The Coastland Times<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 27,348 [1]<br>visitors/month |
| The Farmville Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 26,340 [1]<br>visitors/month |
| One News Page<br>Online 🖥 View Release | Hong Kong | Information Website | General | 25,811 [1]<br>visitors/month |
| American Press<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 25,797 [1]<br>visitors/month |
| The Roanoke Chowan News Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 24,905 [1]<br>visitors/month |
| L'Observateur<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 23,815 [1]<br>visitors/month |
| The State Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 22,214 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| Star-News | The Andalusia Star-News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 21,829 [1]<br>visitors/month |
| PHL17 PHL 17 | WPHL [Philadelphia, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 21,730 [1]<br>visitors/month |
| THE WETUMPKA HERALD | The Wetumpka Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 20,271 [1]<br>visitors/month |
| PICAYUNE ITEM | Picayune Item<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 19,962 [1]<br>visitors/month |
| CNYhomepage.com | CNYhomepage<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 19,868 [1]<br>visitors/month |
| SMITHFIELD TIMES | Smithfield Times<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 18,552 [1]<br>visitors/month |
| NEWS CHANNEL NEBRASKA OMAHA & LINCOLN | NCN: Metro - News Channel Nebraska [Omaha, NE]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 16,908 [1]<br>visitors/month |
| The Times-News | Valley Times-News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 15,766 [1]<br>visitors/month |
| Tryon Daily Bulletin | The Tryon Daily Bulletin<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 15,732 [1]<br>visitors/month |
| The ORANGE LEADER | Orange Leader<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 14,811 [1]<br>visitors/month |
| The Daily News | The Bogalusa Daily News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 14,593 [1]<br>visitors/month |
| The Greenville Advocate | The Greenville Advocate<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 13,616 [1]<br>visitors/month |
| The Advocate-Messenger | The Advocate-Messenger<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 12,907 [1]<br>visitors/month |
| WI Proud.com | WLAX-TV FOX 28/45 [La Crosse, WI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 12,826 [1]<br>visitors/month |
| **Kilgore News Herald, Kilgore, Texas** | Kilgore News Herald, Kilgore, Texas<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 12,112 [1]<br>visitors/month |
| The Post-Searchlight | The Post-Searchlight<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 11,179 [1]<br>visitors/month |
| THE JESSAMINE JOURNAL | Jessamine Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 10,261 [1]<br>visitors/month |
| The Stanly News & Press | The Stanly News & Press<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 10,040 [1]<br>visitors/month |
| **Eastern Progress, Richmond, Kentucky** | Eastern Progress, Richmond, Kentucky<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 9,505 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | NEWSNet<br>Online  View Release | United States | Broadcast Media | Media & Information | 8,967 [1]<br>visitors/month |
| | Alabama Now<br>Online  View Release | United States | Newspaper | Media & Information | 8,444 [1]<br>visitors/month |
| | The Charlotte Gazette<br>Online  View Release | United States | Newspaper | Media & Information | 7,885 [1]<br>visitors/month |
| | WNTZ [Alexandria, LA]<br>Online  View Release | United States | Broadcast Media | Media & Information | 7,576 [1]<br>visitors/month |
| | The Clanton Advertiser<br>Online  View Release | United States | Newspaper | Media & Information | 7,551 [1]<br>visitors/month |
| | NewsBlaze US<br>Online  View Release | United States | Online News Sites & Other Influencers | Media & Information | 7,474 [1]<br>visitors/month |
| | The Demopolis Times<br>Online  View Release | United States | Newspaper | Media & Information | 7,123 [1]<br>visitors/month |
| | Claiborne Progress<br>Online  View Release | United States | Newspaper | Media & Information | 7,057 [1]<br>visitors/month |
| | The Tidewater News<br>Online  View Release | United States | Newspaper | Media & Information | 6,654 [1]<br>visitors/month |
| | The Selma Times-Journal<br>Online  View Release | United States | Newspaper | Media & Information | 6,382 [1]<br>visitors/month |
| | Davie County Enterprise Record<br>Online  View Release | United States | Newspaper | Media & Information | 5,945 [1]<br>visitors/month |
| | Middlesboro News<br>Online  View Release | United States | Newspaper | Media & Information | 5,515 [1]<br>visitors/month |
| | Northern Michigan NEWSNet<br>Online  View Release | United States | Broadcast Media | Media & Information | 5,349 [1]<br>visitors/month |
| | The Brewton Standard<br>Online  View Release | United States | Newspaper | Media & Information | 5,076 [1]<br>visitors/month |
| | The Panolian<br>Online  View Release | United States | Newspaper | Media & Information | 4,484 [1]<br>visitors/month |
| | The Atmore Advance<br>Online  View Release | United States | Newspaper | Media & Information | 4,302 [1]<br>visitors/month |
| | Americus Times-Recorder<br>Online  View Release | United States | Newspaper | Media & Information | 4,155 [1]<br>visitors/month |
| | KHMT/KSVI [Billings, MT]<br>Online  View Release | United States | Broadcast Media | Media & Information | 3,780 [1]<br>visitors/month |
| | Kenbridge Victoria Dispatch<br>Online  View Release | United States | Newspaper | Media & Information | 3,556 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| REFINITIV EIKON 🔒<br>Online 🖥 View Release | United States | Financial Data, Research & Analytics | Financial | 3,471 [1]<br>visitors/month |
| The Clemmons Courier<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 3,335 [1]<br>visitors/month |
| Latin Business Today<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 3,315 [1]<br>visitors/month |
| The Interior Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 3,156 [1]<br>visitors/month |
| NEWSNet Sports<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 3,061 [1]<br>visitors/month |
| Windsor Weekly<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 3,007 [1]<br>visitors/month |
| KJUN-TV / KFOL-TV HTV10 [Houma, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,954 [1]<br>visitors/month |
| The Cameron Journal<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 2,678 [1]<br>visitors/month |
| BambuUp<br>Online 🖥 View Release | Vietnam | Local | Tech | 2,603 [1]<br>visitors/month |
| Cordele Dispatch<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,317 [1]<br>visitors/month |
| The Tallassee Tribune<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,991 [1]<br>visitors/month |
| Gates County Index<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,979 [1]<br>visitors/month |
| Leesville Leader<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,783 [1]<br>visitors/month |
| Sangri Times<br>Online 🖥 View Release | India | Online News Sites & Other Influencers | General | 1,766 [1]<br>visitors/month |
| Times of San Diego<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,676 [1]<br>visitors/month |
| Harlan Enterprise<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,524 [1]<br>visitors/month |
| **The Best Times, Memphis, Tennessee**<br>The Best Times, Memphis, Tennessee<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,362 [1]<br>visitors/month |
| Prentiss Headlight<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,318 [1]<br>visitors/month |
| Lowndes Signal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,274 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | Bluegrass Live<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,069 [1]<br>visitors/month |
| | WNC Business<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,019 [1]<br>visitors/month |
| | ChineseWire<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 1,004 [1]<br>visitors/month |
| | Ashland Town News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 986 [1]<br>visitors/month |
| | Luverne Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 964 [1]<br>visitors/month |
| | Holladay Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 911 [1]<br>visitors/month |
| | Fayetteville Connect<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 810 [1]<br>visitors/month |
| | Walnut Creek Magazine<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 805 [1]<br>visitors/month |
| | West Jordan Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 796 [1]<br>visitors/month |
| | Gulf & Main Magazine<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 785 [1]<br>visitors/month |
| | The Chillicothe Hometown Voice<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 775 [1]<br>visitors/month |
| | South Jordan Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 766 [1]<br>visitors/month |
| | RSW Living Magazine [Sanibel, FL]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 765 [1]<br>visitors/month |
| | Washington City Paper [Washington, DC]<br>Online 🖥 View Release | United States | Newspaper | General | 751 [1]<br>visitors/month |
| | Chester County Press<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 692 [1]<br>visitors/month |
| | Sugar House Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 675 [1]<br>visitors/month |
| | Davis Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 662 [1]<br>visitors/month |
| | Midvale Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 656 [1]<br>visitors/month |
| | Columbia Business Monthly<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 650 [1]<br>visitors/month |

| | Name | Country | Type | Category | Visitors |
|---|---|---|---|---|---|
| | Sandy Journal<br>Online ▢ View Release | United States | Newspaper | Media & Information | 640 [1]<br>visitors/month |
| | Norfolk & Wrentham News<br>Online ▢ View Release | United States | Newspaper | Media & Information | 640 [1]<br>visitors/month |
| | T.U.B Investing<br>Online ▢ View Release | Singapore | Blog | Financial | 625 [1]<br>visitors/month |
| | Folsom Local News [Folsom, CA]<br>Online ▢ View Release | United States | Online News Sites & Other Influencers | Media & Information | 619 [1]<br>visitors/month |
| | Beauregard News<br>Online ▢ View Release | United States | Newspaper | Media & Information | 605 [1]<br>visitors/month |
| | Medway & Millis News<br>Online ▢ View Release | United States | Newspaper | Media & Information | 593 [1]<br>visitors/month |
| | Cottonwood Heights Journal<br>Online ▢ View Release | United States | Newspaper | Media & Information | 572 [1]<br>visitors/month |
| | KLXS-FM 95.3<br>Online ▢ View Release | United States | Broadcast Media | Media & Information | 558 [1]<br>visitors/month |
| | MB News<br>Online ▢ View Release | United States | Newspaper | Media & Information | 551 [1]<br>visitors/month |
| | Natick Town News<br>Online ▢ View Release | United States | Newspaper | Media & Information | 543 [1]<br>visitors/month |
| | Hopedale Town News<br>Online ▢ View Release | United States | Newspaper | Media & Information | 538 [1]<br>visitors/month |
| | Herriman Journal<br>Online ▢ View Release | United States | Newspaper | Media & Information | 526 [1]<br>visitors/month |
| | Connect Iredell<br>Online ▢ View Release | United States | Newspaper | Media & Information | 521 [1]<br>visitors/month |
| | Toti.com<br>Online ▢ View Release | United States | Newspaper | Media & Information | 514 [1]<br>visitors/month |
| | NCN: Sandhills - News Channel Nebraska [Grand Island, NE]<br>Online ▢ View Release | United States | Broadcast Media | Media & Information | 508 [1]<br>visitors/month |
| | KKYA-FM 93.1<br>Online ▢ View Release | United States | Broadcast Media | Media & Information | 495 [1]<br>visitors/month |
| | West Valley City Journal<br>Online ▢ View Release | United States | Newspaper | Media & Information | 493 [1]<br>visitors/month |
| | Franklin Town News<br>Online ▢ View Release | United States | Newspaper | Media & Information | 492 [1]<br>visitors/month |
| | South Salt Lake Journal<br>Online ▢ View Release | United States | Newspaper | Media & Information | 477 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | City Journals<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 470 [1]<br>visitors/month |
| | Cape Coral Living Magazine<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 458 [1]<br>visitors/month |
| | Times of the Islands<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 420 [1]<br>visitors/month |
| | Murray Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 413 [1]<br>visitors/month |
| | Holliston Town News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 413 [1]<br>visitors/month |
| **KBEW-AM 1560 / KBEW-FM 98.1 COUNTRY [Blue Earth, MN]** | KBEW-AM 1560 / KBEW-FM 98.1 COUNTRY [Blue Earth, MN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 411 [1]<br>visitors/month |
| | Bradfordville Bugle<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 396 [1]<br>visitors/month |
| | Southern Sports Today<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 383 [1]<br>visitors/month |
| | Greenville Business Magazine<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 380 [1]<br>visitors/month |
| | Millcreek Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 374 [1]<br>visitors/month |
| | Taylorsville Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 370 [1]<br>visitors/month |
| | NEWSnet Austin<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 368 [1]<br>visitors/month |
| | Omaha Magazine<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 367 [1]<br>visitors/month |
| | Norwood Town News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 364 [1]<br>visitors/month |
| | Taos News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 363 [1]<br>visitors/month |
| | KZZI-FM 95.9<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 349 [1]<br>visitors/month |
| | Middletown Life Magazine<br>Online 🖥 View Release | United States | Print Media | Media & Information | 348 [1]<br>visitors/month |
| | WNOW Frankly Media<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 347 [1]<br>visitors/month |

| | Name | Country | Media Type | Category | Visitors |
|---|---|---|---|---|---|
| STYLE MAGAZINE | Style Magazine<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 342 [1]<br>visitors/month |
| THE PODCAST PARK | The Podcast Park<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 332 [1]<br>visitors/month |
| BONITA & ESTERO | Bonita & Estero Magazine<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 318 [1]<br>visitors/month |
| 95.3 WHLF-FM | WHLF 95.3 FM [South Boston, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 310 [1]<br>visitors/month |
| Hattiesburg.com | Hattiesburg.com<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 300 [1]<br>visitors/month |
| | The Dam 94.3-FM<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 300 [1]<br>visitors/month |
| **eNews Park Forest** | eNews Park Forest<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 295 [1]<br>visitors/month |
| | NEWSNet Portland<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 294 [1]<br>visitors/month |
| | KYNT-AM 1450<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 274 [1]<br>visitors/month |
| WLUS 98.3 | WLUS 98.3 FM [Clarksville, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 268 [1]<br>visitors/month |
| PIONEER | The Pioneer<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 259 [1]<br>visitors/month |
| KMLK | KMLK 98.7-FM [El Dorado, AR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 256 [1]<br>visitors/month |
| 680 93.7FM | WCNN 680 AM / 93.7 FM [Atlanta, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 255 [1]<br>visitors/month |
| | NEWSnet Columbus<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 244 [1]<br>visitors/month |
| | NEWSnet Los Angeles<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 241 [1]<br>visitors/month |
| | hood Magazine<br>Online 🖥 View Release | United States | Print Media | Media & Information | 210 [1]<br>visitors/month |
| 967 WSHV | WSHV 96.7 FM [South Hill, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 198 [1]<br>visitors/month |
| THE CITY Journals | Draper Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 195 [1]<br>visitors/month |
| Parish News | Parish News [New Orleans, LA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 194 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | WKSK 101.9 FM [South Boston, VA]<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 194 [1]<br>visitors/month |
| | NEWSnet Detroit<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 194 [1]<br>visitors/month |
| | NEWSNet Pittsburgh<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 176 [1]<br>visitors/month |
| | NEWSnet Boise<br>Online ⧉ View Release | United States | Online News Sites & Other Influencers | Media & Information | 176 [1]<br>visitors/month |
| | Z106.3 FM<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 175 [1]<br>visitors/month |
| | NEWSNet Norfolk<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 173 [1]<br>visitors/month |
| | KCCR-AM 1240 [Pierre, SD]<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 165 [1]<br>visitors/month |
| | KCCR-FM 95.3 [Pierre, SD]<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 160 [1]<br>visitors/month |
| | 401kz.com<br>Online ⧉ View Release | United States | Online News Sites & Other Influencers | Financial | 158 [1]<br>visitors/month |
| | WWDN 104.5 FM [Danville, VA]<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 141 [1]<br>visitors/month |
| | VS News Network<br>Online ⧉ View Release | United States | Online News Sites & Other Influencers | General | 130 [1]<br>visitors/month |
| | NEWSNet West Palm Beach<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 129 [1]<br>visitors/month |
| | NEWSNet Sioux Falls<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 129 [1]<br>visitors/month |
| | NEWSNet San Antonio<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 129 [1]<br>visitors/month |
| | NEWSNet Salt Lake City<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 129 [1]<br>visitors/month |
| | NEWSNet Sacremento<br>Online ⧉ View Release | United States | Online News Sites & Other Influencers | Media & Information | 129 [1]<br>visitors/month |
| | NEWSNet Quincy<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 129 [1]<br>visitors/month |
| | NEWSNet Odessa<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 129 [1]<br>visitors/month |
| | NEWSnet Myrtle Beach<br>Online ⧉ View Release | United States | Broadcast Media | Media & Information | 129 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | NEWSnet Miami<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 129 [1]<br>visitors/month |
| | East Hanover Florham Park Life<br>Online 🖵 View Release | United States | Print Media | Media & Information | 124 [1]<br>visitors/month |
| | NEWSnet Atlanta<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 124 [1]<br>visitors/month |
| | NEWSnet Las Vegas<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 123 [1]<br>visitors/month |
| | NEWSnet Hawaii<br>Online 🖵 View Release | United States | Online News Sites & Other Influencers | Media & Information | 123 [1]<br>visitors/month |
| | NEWSnet Fresno<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 114 [1]<br>visitors/month |
| | NEWSnet Augusta<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 113 [1]<br>visitors/month |
| | FACE Magazine<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 103 [1]<br>visitors/month |
| | Los Angeles Biotech Networks<br>Online 🖵 View Release | United States | Industry Association Sites | Medical/Healthcare | 102 [1]<br>visitors/month |
| | VYRE Business News Global<br>Online 🖵 View Release | United States | Online News Sites & Other Influencers | Business Services | 96 [1]<br>visitors/month |
| | VYRE Business News Global<br>Online 🖵 View Release | United States | Online News Sites & Other Influencers | Business Services | 96 [1]<br>visitors/month |
| | KDAM-FM 94.3<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 95 [1]<br>visitors/month |
| | indica News [San Ramon, CA]<br>Online 🖵 View Release | United States | Online News Sites & Other Influencers | Media & Information | 91 [1]<br>visitors/month |
| | KQRQ-FM 92.3<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 91 [1]<br>visitors/month |
| | Newsradio KOTA [Rapid City, SD]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 91 [1]<br>visitors/month |
| | Business Class News<br>Online 🖵 View Release | United States | Blog | Media & Information | 91 [1]<br>visitors/month |
| | Boreal Community Media<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 78 [1]<br>visitors/month |
| | NEWSNet Orlando<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 75 [1]<br>visitors/month |
| | WFOM 106.3 FM / 1230 AM [Atlanta, GA]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 71 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | WMPW 105.9 FM [Danville, VA]<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 61 [1]<br>visitors/month |
| | NEWSNet Waco<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 54 [1]<br>visitors/month |
| | NEWSnet Nashville<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 50 [1]<br>visitors/month |
| | NEWSnet Monterey<br>Online ☐ View Release | United States | Online News Sites & Other Influencers | Media & Information | 50 [1]<br>visitors/month |
| | NEWSnet Minneapolis<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 50 [1]<br>visitors/month |
| | NEWSNet Tampa<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 43 [1]<br>visitors/month |
| | NEWSnet Columbia<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 37 [1]<br>visitors/month |
| | NEWSnet Buffalo<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 36 [1]<br>visitors/month |
| | WWZW-FM Classic story96.7 [Lexington, VA]<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 29 [1]<br>visitors/month |
| | Oregon Family<br>Online ☐ View Release | United States | Print Media | Media & Information | 23 [1]<br>visitors/month |
| | Today's Family Magazine<br>Online ☐ View Release | United States | Print Media | Media & Information | Not Available |
| | San Clemente Journal<br>Online ☐ View Release | United States | Print Media | Media & Information | Not Available |
| | Pooler Magazine<br>Online ☐ View Release | United States | Print Media | Media & Information | Not Available |
| | Newark Life Magazine<br>Online ☐ View Release | United States | Print Media | Media & Information | Not Available |
| | Effingham Magazine<br>Online ☐ View Release | United States | Print Media | Media & Information | Not Available |
| | ame Fintech Pulse by Demand Media BPM<br>Online ☐ View Release | United States | News & Information Service | Business Services | Not Available |

\*Data sources: [1] ● similarweb  [2] Alexa, [3] siteworthtraffic.com [4] Cision Digital Reach

*The data cited here by SimilarWeb represents site traffic data of worldwide unique visitors on desktop and mobile devices. Data is updated monthly.*

## Traffic

# Overview

| RELEASE VIEWS & HITS | 1.2K | | MULTIMEDIA | 2.7K |
|---|---|---|---|---|
| Release Views | 1.2K | | Image Views | 99 |
| Media Views | 62 | | Image Web Crawlers | 2.6K |
| Public Views | 1.1K | | | |
| Partner Sites | 128 | | | |
| PR Newswire Properties | 965 | | | |
| Release Web Crawler Hits | 23 | | | |

## Release Views

Release Views Over Time



Media Views on PR Newswire for Journalists

## Top 10 Outlets



Views on Partner Sites

## Top 10 Sites



Traffic to PR Newswire Properties

Type of Views

Views



| Type | Views |
|---|---|
| Desktop Views | 952 |
| Mobile/Tablet Views | 13 |
| **Total Views on PR Newswire Properties** | **965** |

Desktop Views
Mobile/Tablet Views

## External Traffic Sources

Understand how viewers found your release.

| Source Type | Source | Instances |
|---|---|---|
| Direct | | 854 |
| Direct | Direct | 854 |
| ⌄ Search Engine (2) | | 21 |
| Search Engine | Google | 20 |
| Search Engine | Sogou | 1 |
| ⌄ Social Media (1) | | 2 |
| Social Media | X | 2 |
| ⌄ PR Newswire Properties (1) | | 88 |
| PR Newswire Properties | prnewswire.com | 88 |
| **Total** | | **965** |



- Direct
- Search Engine
- Social Media
- PR Newswire Properties

## Multimedia Views

## Image Views & Hits

| Image | Image Archive | Views | Web Crawler Hits | Total |
|---|---|---|---|---|
|  | View Image | 99 | 2,562 | 2,661 |
| | Total | 99 | 2,562 | 2,661 |

\* Image views are the total number of human views of the image as it appeared on this release. Web Crawler Hits are the number of spider and bot hits to the image and are cumulative from the original date of distribution.

## Audience

# Overview

| | |
|---|---|
| VIEWS FROM IDENTIFIED AUDIENCES | **62** |
| **Media Views** | **62** |

| | |
|---|---|
| AP & INFLUENCER LIST RECIPIENTS | **900** |
| **Wire Distribution / AP Outlets** | **900** |

## Audience Summary

### Media Demographics

A break down of the industries covered, the media types and the locations of the journalists & bloggers accessing your release on PR Newswire for Journalists.

### Top Industries

### Top Media Types

### Top Locations



## Geo-segmentation

See where views of your release originated. Hover over map to see totals by location.

Select a
region:

World View









**Audience Details**

## Media Views

See the details of each media outlet from PR Newswire for Journalists that viewed your release.

| Outlet | Industry | Source Type | Location | Views ⌄ |
|---|---|---|---|---|
| Accion Labs | Auto, Entertainment, Environment | Blogger, Radio | Greece | 1 |
| Randall-Reilly Publishing Co. | Transportation | Trade Periodicals | United States | 1 |
| metatech.pk | Technology | Blogger, Freelance/Writer | Pakistan | 1 |
| MNM Services | Consumer Products, Features, Financial Services, General Business, Public Issues, Technology | Blogger, Freelance/Writer, Web/On-Line Service | United States | 1 |
| naradnewsusa.com | Auto, Consumer Products, Entertainment, Features, Financial Services, Healthcare, Media, Public Issues, Sports, Technology, Travel | Blogger, Freelance/Writer | India | 1 |
| National News Syndicate | Technology | Freelance/Writer, Trade Periodicals | United States | 1 |
| Nawae Pakistan | Public Issues | Web/On-Line Service | Pakistan | 1 |
| New York 1 News | Other | Television | United States | 1 |
| News Aktuell | Other | Wire Service | Switzerland | 1 |
| NewsRise | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Freelance/Writer, Newspaper, Radio, Wire Service | Malaysia | 1 |
| NewsRx | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | United States | 1 |
| Next Dimension Story | Other | Other | United Kingdom | 1 |
| Okinawa Marine | Broadcast, Environment, Features, Financial Services, Media, Public Issues, Technology, Transportation, Travel | Freelance/Writer, Newspaper, Web/On-Line Service, Wire Service | Japan | 1 |
| PR | Technology | Other | Malaysia | 1 |
| Record Gazette | Entertainment, General Business, Media, Public Issues | Newspaper | United States | 1 |
| marketnesia | Financial Services | Freelance/Writer, Newspaper | Ireland | 1 |
| Rethinking65 | Consumer Products, Financial Services, Healthcare, Media, Public Issues, Technology | Trade Periodicals | United States | 1 |
| Rhythm of Expression, LLC | Energy, Environment, Financial Services, Healthcare, Public Issues, Technology, Travel | Freelance/Writer | United States | 1 |
| Scot Scoop | Features | Newspaper | United States | 1 |
| self | Features, Financial Services, General Business, Media, Other, Travel | Freelance/Writer | United States | 1 |
| SingularityNET | Features, Financial Services, Healthcare, Technology | Blogger | United States | 1 |
| Soap Opera Network / ErrolLewis.com | Broadcast, Entertainment, Features, Media, Technology, Travel | Blogger, Freelance/Writer, Other, Television | United States | 1 |
| speniz | Auto | Blogger | United States | 1 |
| STEWAWEL News & Information | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Radio, Television, Web/On-Line Service, Wire Service | United States | 1 |
| The Bhawana Times | Entertainment, Heavy Industry, Media, Other, Sports | Blogger, Newspaper | Pakistan | 1 |
| The St. Louis Riverfront Times | Public Issues | Freelance/Writer, Newspaper | United States | 1 |
| Times of News 24x7 | Healthcare | Blogger, Other, Web/On-Line Service | India | 1 |
| Total | | | | 62 |

| Outlet | Industry | Source Type | Location | Views |
|---|---|---|---|---|
| WJET/WFXP/Nexstar Broadcasting | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Financial Services, General Business, Healthcare, Media, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Newspaper, Television | United States | 1 |
| WSAZ | Financial Services | Television | United States | 1 |
| Mergermarket | Financial Services | Web/On-Line Service | United States | 1 |
| Legal Support World | Other | Blogger, Freelance/Writer | United States | 1 |
| Adams Editorial Services | Consumer Products, Environment, Healthcare, Heavy Industry, Other, Technology | Freelance/Writer, Trade Periodicals | United States | 1 |
| Delion | Environment, Financial Services, General Business, Other, Technology | Blogger, Newspaper | Canada | 1 |
| Akyab | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger | Canada | 1 |
| Argaam | Auto, Energy, Financial Services, General Business, Heavy Industry | Freelance/Writer, Newspaper | United States | 1 |
| AtmosEsp | Entertainment, Media | Other | United States | 1 |
| CBC | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Radio | Canada | 1 |
| CHANTELLEW | Financial Services, General Business, Public Issues | Blogger | Monaco | 1 |
| cision | Auto | Blogger | United States | 1 |
| CISION | Sports, Technology | Newspaper | India | 1 |
| Cision (PR Newswire) | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Other, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | United States | 1 |
| CNBC-TV18 | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | India | 1 |
| CogecoTV | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Television | Canada | 1 |
| Cognizant | Auto, General Business, Technology | Blogger, Freelance/Writer | India | 1 |
| Cutter Consortium, Data Analytics &amp;amp; Digital Technologies Advisor | Financial Services, Healthcare, Technology | Blogger, Freelance/Writer, Trade Periodicals, Web/On-Line Service | United States | 1 |
| Daily News | Other | Other | South Africa | 1 |
| Economic Review | Auto, Energy, Features, Financial Services, Media, Public Issues, Sports | Freelance/Writer, Newspaper, Trade Periodicals | Pakistan | 1 |
| KrazzyMag | Auto, Entertainment, Financial Services, Healthcare, Media, Sports, Technology, Travel | Blogger, Other, Web/On-Line Service | India | 1 |
| Feather River Bulletin | Other | Newspaper | United States | 1 |
| Filgizmo | Auto, Consumer Products, Energy, Financial Services, Heavy Industry, Technology, Transportation | Blogger | Philippines | 1 |
| ForkLog | Media, Technology | Freelance/Writer, Newspaper | Russia | 1 |
| Freelancer | Entertainment, Features, Healthcare | Freelance/Writer, Newspaper | United States | 1 |
| Total | | | | 62 |

| Outlet | Industry | Source Type | Location | Views |
|---|---|---|---|---|
| Freelancer | Other | Trade Periodicals | United States | 1 |
| Gaceta UNAM | Environment, Features, Healthcare, Media, Public Issues, Sports, Travel | Newspaper, Web/On-Line Service | Mexico | 1 |
| GHEP, Rock and Art Culture magazine, Roots Music…. | Energy, Environment, Features, Healthcare, Media, Public Issues, Technology | Freelance/Writer, Newspaper, Other | Canada | 1 |
| heart & soul | Entertainment, Healthcare, Travel | Consumer Periodicals, Radio, Web/On-Line Service | United States | 1 |
| Houston Chronicle | Features | Newspaper | United States | 1 |
| Investkraft | Financial Services | Blogger | India | 1 |
| Jacksonville Journal-Courier | Auto, Consumer Products, Energy, Entertainment, Environment, Features, General Business, Healthcare, Media, Other, Public Issues, Technology, Transportation | Newspaper | United States | 1 |
| Jyquan Stewart | Broadcast, Media, Public Issues | Other | United States | 1 |
| Kingsport Times-New | Other | Newspaper | United States | 1 |
| Young Voices | Consumer Products, Healthcare, Public Issues | Newspaper | United States | 1 |
| Total | | | | 62 |

## Associated Press Outlets

PR Newswire's wire newslines include targeted distribution to the Associated Press, an essential global news network that delivers content to an extensive set of media platforms and formats. The list below represents the outlets you reach via this partnership.

| Outlet Name | City | State | Location | Type | Audience |
|---|---|---|---|---|---|
| C-SPAN | Washington | DC | US | Television | 86,200,000 Subscribers |
| Scribd, Inc. | San Francisco | CA | US | Aggregator | 43,531,670 Visitors per Month |
| FoxNews.com | New York | NY | US | Online | 32,516,438 Visitors per Month |
| CBS News Radio | New York | NY | US | Radio | 30,000,000 Broadcast Audience |
| New York Times Digital | New York | NY | US | Newspaper | 29,886,442 Visitors per Month |
| Apple Inc. | Cupertino | CA | US | Organization/Company | 29,709,459 Visitors per Month |
| CNBC.com | Englewood Cliffs | NJ | US | Online | 26,089,260 Visitors per Month |
| CBSnews.com | New York | NY | US | Online | 26,080,671 Visitors per Month |
| abcnews.com | New York | NY | US | Online | 24,167,779 Visitors per Month |
| U.S. News & World Report | Washington | DC | US | Magazine | 23,945,529 Visitors per Month |

## Engagement

### Overview

TOTAL ENGAGEMENT ACTIONS                                                    **5**

**Click-throughs**                                                          **5**

### Engagement Timeline

See when your audience engaged with your release.



# Engagement Details

A break down of click-throughs, shares and other engagement actions.

### Click-throughs

The number of times your release sent visitors to the pages you linked to

| URL | Click-throughs |
| --- | --- |
| https://www.ampiosecuritiessettlement.com/ | 5 |
| **Total** | **5** |

About Cision PR Newswire    Contact    Terms of Use    Privacy    Blog

Copyright © 2024 Cision US Inc., 300 S Riverside Plaza, Chicago, IL 60606. View our Privacy Policy.

About Cision PR Newswire    Contact    Terms of Use    Privacy    Blog

Copyright © 2024 Cision US Inc., 300 S Riverside Plaza, Chicago, IL 60606. View our Privacy Policy.