# EXHIBIT 2

Case No. 1:22-cv-02105-WJM-CYC    Document 102-2    filed 12/23/24    USDC Colorado
pg 1 of 2

**Ampio**
**FARUQI & FARUQI, LLP**
**TIME REPORT**

| PROFESSIONAL* | HOURS | RATE | LODESTAR | Categories ** | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | 4 | 5 |
| NADEEM FARUQI (P) | 12.50 | $1,050 | $13,125.00 | | | | | 12.5 |
| JAMES "JOSH" WILSON (P) | 202.30 | $950 | $192,185.00 | 39.1 | 8.4 | 66.1 | 20.3 | 68.4 |
| ROBERT KILLORIN (P) | 125.00 | $950 | $118,750.00 | 13.1 | 8.7 | 50.3 | 23.9 | 29 |
| KATHERINE LENAHAN (P) | 151.20 | $700 | $105,840.00 | 0.2 | 14.5 | 38.2 | 7.4 | 90.9 |
| MEGAN REMMEL (P) | 87.30 | $700 | $61,110.00 | | 1.3 | 86 | | |
| THOMAS PAPAIN (A) | 92.40 | $575 | $53,130.00 | 0.2 | 6.2 | 5 | 51.1 | 29.9 |
| DYLAN WEEKS (A) | 35.10 | $475 | $16,672.50 | 20.7 | 0.2 | 14.2 | | |
| THANH HOANG (A) | 124.90 | $475 | $59,327.50 | | | | 120.7 | 4.2 |
| MATTHEW CONRAD (A) | 224.50 | $450 | $101,025.00 | | | | 223.1 | 1.4 |
| KAYLA KERSHEN (LC) | 14.00 | $350 | $4,900.00 | | 14 | | | |
| DEREK BEHNKE (PL) | 48.50 | $375 | $18,187.50 | 8.4 | 15.1 | 7.6 | 0.8 | 16.6 |
| ANTHONY ALOISE (PL) | 3.80 | $375 | $1,425.00 | 3.8 | | | | |
| NICHOLAS HALLORAN (PL) | 15.30 | $350 | $5,355.00 | 4 | | 6.7 | | 4.6 |
| CRISTIAN CARRANO (PL) | 3.50 | $350 | $1,225.00 | 3.5 | | | | |
| EVELYN ZHENG (PL) | 12.00 | $325 | $3,900.00 | | | 3 | | 9 |
| **TOTALS** | **1,152.30** | | **$756,157.50** | **93.00** | **68.40** | **277.10** | **447.30** | **266.5** |

(OC) - Of Counsel; (A) - Associate;
(PL) - Paralegal; (LC) - Law Clerk
**\*\*Categories:**

**(1) Lead Plaintiff Appointment:**  Time spent attending to matters related to the lead plaintiff appointment process, including client communications, factual and legal research, and drafting and editing the lead plaintiff briefing.

**(2) Service and Scheduling Matters:** Time spent related to service issues and scheduling matters, including correspondence with defense counsel and the court regarding scheduling; drafting and filing scheduling stipulations; serving additional defendants; and researching and drafting the motion for an extension of time to substitute defendant Michael Macaluso (ECF No. 83).

**(3) Amended Complaint**:  Time spent working on the amended complaint (ECF No. 57), including factual investigation, legal research, drafting, and communicating with the client.

**(4) Confirmatory Discovery**:  Time spent on matters related to confirmatory discovery, including but not limited to: drafting requests for discovery; negotiating the confidentialty agreement; conferring with defense counsel about the scope of discovery and the interviewees; reviewing the discovery produced; preparing for the interviews with two Ampio representatives; conducting the interviews; and communicating with the client about the same.

**(5) Mediation & Settlement**:  Time spent on mediation and settlement-related matters (except confirmatory discovery, which is addressed above), including but not limited to: conferring with a damages consultant; conducting research for and drafting the mediation statement; preparing for and attending the mediation session; contacting potential claims administrators and reviewing their bids; drafting, reviewing, and editing the settlement Stipulation, the Notices, Claim Form, and Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum of Points and Authorities in Support Thereof (ECF Nos. 93-96); drafting the final approval motion papers (excluding work related to the fee motion); and communicating with the client, defense counsel, and the mediator about mediation and/or settlement-related matters.