# EXHIBIT 3

**Ampio**
**Faruqi & Faruqi, LLP**
**Expense Report**

| Category | Amount |
|---|---|
| eDiscovery Management & Other Research Fees | $24,856.49 |
| Investigator | $16,106.50 |
| Mediation Fees | $12,500.00 |
| Damages Expert | $7,160.00 |
| Travel Expenses (including hotels, meals & transportation) | $5,087.25* |
| Filing Fees | $626.00 |
| Telephone | $99.00 |
| Internal Copies | $40.00 |
| **TOTAL:** | **$66,475.24** |

* Includes an anticipated $4,000 in travel expenses related to the Settlement Hearing.