# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02105-WJM-MEH

TAO WANG, individually and on behalf of all others similarly situated,
SYNWORLD TECHNOLOGIES CORPORATION, individually and on behalf of all others
similarly situated,

        Plaintiff,

v.

AMPIO PHARMACEUTICALS, INC.
MICHAEL A. MARTINO,
MICHAEL MACALUSO,
HOLLI CHEREVKA,
DAN STOKELY,
DAVID BAR-OR,
PHILIP H. COELHO, and
RICHARD B. GILES

        Defendants.

---

**DECLARATION OF TAO WANG IN SUPPORT OF LEAD COUNSEL'S
MOTION FOR ATTORNEYS' FEES, EXPENSES, AND AN AWARD TO
LEAD PLAINTIFF UNDER 15 U.S.C. §78u-4(a)(4)**

---

I, Tao Wang, individually, and, as Chief Executive Officer ("CEO") on behalf of SynWorld Technologies Corporation ("SynWorld"), declare as follows:

1.  SynWorld and I are the Court-appointed Lead Plaintiffs in the above-captioned securities class action (the "Action"). I have personal knowledge of the statements herein, and, if called as a witness, could and would competently testify thereto.

2.  I respectfully submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees and expenses, and my request for an award of $5000 for my reasonable costs and expenses directly related to the representation of the Class in this Action.

3.  On August 9, 2023, this Court appointed SynWorld and me to serve as Lead Plaintiffs in this Action. I have dedicated my personal time and energy to overseeing the Action.

4.  In fulfillment of our responsibility to all members of the proposed Class, I performed various duties in furtherance of the litigation of this Action, including:

   a)  Engaging in telephone and email communications with Lead Counsel about the Action through all stages of the litigation;

   b)  Collecting information concerning my transactions in Ampio Pharmaceuticals, Inc. ("Ampio") and providing them to Lead Counsel;

   c)  Submitting a sworn certification and a sworn declaration as part of the Lead Plaintiff appointment process to provide information about my Ampio transactions, my biography, and my understanding of the Lead Plaintiff's duties, among other things;

   d)  Reviewing documents filed in the Action, including the amended class action complaint and settlement briefing; and

1

e)    Providing input on the mediation and settlement negotiations.

5.    Additionally, I authorized Lead Counsel to enter into the settlement of this Action for $3,000,000.  Prior to providing that authorization, I learned about the risks and uncertainties posed by further litigation with guidance from Lead Counsel.  I then weighed these considerations against the benefits provided by the settlement, along with advice from my attorneys, and determined that the settlement is a fair, reasonable, and adequate result for the Settlement Class under these circumstances.

6.    I understand that in cases such as this, the Court may award a reasonable sum for the time a class representative has devoted to representing the Settlement Class.  I am currently employed as CEO of my business SynWorld.  Based on my professional experience, qualifications, and the value of my time based on my current compensation, I respectfully submit that the time I spent on this case should be valued at not less than $100 per hour.  Accordingly, I respectfully seek $5000 based on my conservative estimate that I have devoted at least 50 hours to monitoring and participating in this Action as described above.  This is time that I otherwise would have devoted to my business endeavors, investment endeavors, or personal life.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17 day of Dec 2024.

Synworld Technologies
Corporation

_____
Tao Wang, Individually and as CEO on behalf of
SynWorld Technologies Corporation.

2