# EXHIBIT 5



# Delaware

The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF*

*DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT*

*COPY OF THE CERTIFICATE OF DISSOLUTION OF "AMPIO*

*PHARMACEUTICALS, INC.", FILED IN THIS OFFICE ON THE SIXTEENTH*

*DAY OF AUGUST, A.D. 2024, AT 9:47 O`CLOCK A.M.*

Jeffrey W. Bullock, Secretary of State

4803949  8100
SR# 20243436197

Authentication: 204180197
Date: 08-16-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

Docusign Envelope ID: BA772248-15AE-4066-AD3E-A71FA1CD46F8

State of Delaware
Secretary of State
Division of Corporations
Delivered 09:47 AM 08/16/2024
FILED 09:47 AM 08/16/2024
SR 20243436197 - File Number 4803949

CERTIFICATE OF DISSOLUTION

OF

AMPIO PHARMACEUTICALS, INC.

Ampio Pharmaceuticals, Inc., a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware, does hereby certify:

1.  The dissolution of Ampio Pharmaceuticals, Inc. has been duly authorized by the Board of Directors and Shareholders in accordance with subsections (a) and (b) of Section 275 of the General Corporation Law of the State of Delaware.

2.  The date of filing of the Certificate of Incorporation of the corporation with the Delaware Secretary of State was March 24, 2010.

3.  The date the dissolution was authorized is August 15, 2024.

4.  The names and addresses of the directors and officers of the corporation are as follows:

| Name | Title(s) | Address |
| --- | --- | --- |
| Michael A. Martino | Chief Executive Officer, Chief Financial Officer, Secretary and Director | 373 Inverness Parkway Suite 400 Englewood, CO 80112 |
| J. Kevin Buchi | Director | 373 Inverness Parkway Suite 400 Englewood, CO 80112 |
| Elizabeth Jobes | Director | 373 Inverness Parkway Suite 400 Englewood, CO 80112 |
| David Stevens | Director | 373 Inverness Parkway Suite 400 Englewood, CO 80112 |

DMFIRM #413427503 v1

Executed on this __15th__ day of August, 2024.

AMPIO PHARMACEUTICALS, INC.

By: _____

Name:  Michael A. Martino

Its: Chief Executive Officer