# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TAO WANG and SYNWORLD TECHNOLOGIES CORPORATION, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>AMPIO PHARMACEUTICALS, INC.<br>MICHAEL A. MARTINO,<br>MICHAEL MACALUSO,<br>HOLLI CHEREVKA,<br>DAN STOKELY<br>DAVID BAR-OR,<br>PHILIP H. COELHO, and<br>RICHARD B. GILES,<br><br>          Defendants. | Case No.: 1:22-cv-02105-WJM-MEH<br><br>**SUPPLEMENTAL DECLARATION OF ANNE-MARIE MARRA OF SIMPLURIS REGARDING NOTICE AND SETTLEMENT ADMINISTRATION** |

I, ANNE-MARIE MARRA, declare as follows:

1. I am employed as a Program Manager by Simpluris, Inc. ("Simpluris"), the claims administrator in the above-entitled action. Our corporate office address is 3194-C Airport Loop Dr., Costa Mesa, CA 92626. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I have personal knowledge of the information set forth herein.

2. I submit this Declaration to supplement my earlier declaration, the Declaration of Anne-Marie Marra of Simpluris Regarding Notice and Settlement Administration, dated December 20, 2024 (ECF 99) (the "Notice Declaration"), which provided the Court with information regarding the implementation of the notice plan.

## CONTINUED DISSEMINATION OF THE MAILED NOTICE

4. Since the execution of the Notice Declaration Simpluris has continued to disseminate copies of the Postcard Notice, Nominee Notice Packet, and blank Nominee-addressed

Postcard Notices. From October 15, 2024 through January 24, 2025, Simpluris has mailed a total of 685 direct-mailed Postcard Notices, 3,489 Nominee Notice Packets (consisting of a cover letter and the Postcard Notice), and 21,230 blank Nominee-addressed Postcard Notices.

5. Of the direct-mailed and blank Nominee-addressed Postcard Notices mailed, Simpluris received 52 Postcard Notices returned as undeliverable from the U.S. Postal Service. Simpluris was able to obtain updated addresses for 11 of the Postcard Notices, which were remailed via first-class mail. A total of 41 Postcard Notices remain undeliverable.

6. Of the Nominee Notice Packets mailed, Simpluris received 321 Nominee Notice Packets returned as undeliverable from the U.S. Postal Service. Simpluris was able to obtain updated addresses for 175 of the Nominee Notice Packets, which were remailed via first-class mail. A total of 146 Nominee Notice Packets remain undeliverable.

### WEBSITE AND TELEPHONE NUMBER

17. Simpluris continues to maintain the Settlement website, (www.AmpioSecuritiesSettlement.com), that includes important dates and deadlines, and Settlement-related documents, such as the Settlement Agreement. An online Claim Form module has been active during the Claim Period and will be turned off once the Final Approval Hearing has passed. The website has been available to the public since October 15, 2024. As of January 24, 2025, the website has been visited by 2,318 unique visitors with 10,345 page views.

18. Simpluris continues to maintain the settlement specific toll-free telephone number (833-602-5027), live agent support, and interactive voice response system to accommodate any potential Class Members with questions about the Settlement. This number is active and has been available to the public since October 14, 2024. As of January 24, 2025, the toll-free telephone number has received 142 phone calls, with 122 of those calls routed to live agents.

### REQUESTS FOR EXCLUSION AND OBJECTIONS

19. The postmark deadline for Settlement Class Members to submit a request for exclusion ("Opt Out") from the proposed Settlement or object to the proposed Settlement is

January 29, 2025.

20. As of January 24, 2025, Simpluris has received zero (0) requests for exclusion from the proposed Settlement from Settlement Class Members.

21. Although objections are required to be filed with the Court and mailed to counsel for the Parties, claims administrators occasionally receive objections nonetheless. As of January 24, 2025, Simpluris has received zero (0) objections to the proposed Settlement from Settlement Class Members.

## CLAIM FORMS RECEIVED AND PROCESSED

22. The postmark deadline for Class Members to submit a Claim Form to Simpluris was January 13, 2025. As of January 24, 2025, Simpluris has received 324 timely and 27 late Claim Forms from individuals, and 54 timely and one (1) late Claim Forms from Nominees or third-party filers on behalf of 23,772 clients. Simpluris is in the process of evaluating the Claim Forms, the documents provided in support of the claims, and the transactions claimed in order to evaluate the Claims for completeness and calculate an initial Recognized Loss for each claimant. If a Class Member filed a Claim Form with a curable deficiency, Simpluris will send the Class Member a notice providing information on how to cure the deficiency and provide 30 days to cure the deficiency.

## NOMINEE REIMBURSEMENT REQUESTS

23. As of January 24, 2025, Simpluris has received three (3) requests from Nominees for reimbursement of their costs in notifying their clients. Simpluris has corresponded with the parties regarding whether these requests are reasonable and payable.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 24th day of January, 2025, in Seattle, Washington.

*Anne-Marie Marra*
ANNE-MARIE MARRA