IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:              February 19, 2025
Courtroom Deputy:  Heidi L. Guerra
Court Reporter:    Kevin Carlin
Law Clerk:         Taylor Shields

| Civil Action No. **1:22-cv-02105-WJM-CYC** | Counsel: |
|---|---|
| TAO WANG, and<br>SYNWORLD TECHNOLOGIES CORPORATION,<br>Individually and on behalf of all others<br>similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>AMPIO PHARMACEUTICALS, INC.,<br>MICHAEL A. MARTINO,<br>MICHAEL MACALUSO,<br>HOLLI CHERECKA,<br>DAN STOKELY,<br>DAVID BAR-OR,<br>PHILIP H. COELHO,<br>RICHARD B. GILES,<br>JUSTIN KEISTER,<br>PADME MANAGEMENT CORP.,<br>LYNN HEDEMAN,<br>MATTHEW SHIPLEY, and<br>PUNIT KOHLI,<br><br>     Defendants. | James Milligan Wilson Jr.<br>Katherine M. Lenahan<br><br><br><br><br>M. Norman Goldberger<br>Patrick G. Compton<br><br>Emily Renwick Garnett<br><br>Brian Neil Hoffman |

### COURTROOM MINUTES

**FAIRNESS HEARING**

**10:33 a.m.    Court in session.**

Court calls case. Appearances of counsel.

Opening statements by the Court.

Court addresses Motion for Order to *Grant Final Approval of the Class Action Settlement* [ECF 100] and Motion for Attorney Fees [ECF 101].

Court summarizes the background of the litigation to date.

Argument given on the proposed settlement agreement.

No oral or written objections were submitted to the Court from any member of the Plaintiff class.

Written order to follow.

**11:26 a.m.    Court in recess. Hearing concluded.**

Total time in court: 53 minutes