# EXHIBIT B-2

Exhibit B-2

Late But Otherwise Eligible Claims

| RESPONSE ID | RECOGNIZED LOSS |
|---|---|
| 7915078 | $ 1,680.00 |
| 7915506 | $ 37.35 |
| 7915600 | $ 32.00 |
| 7915835 | $ 18,999.84 |
| 7916899 | $ 4.00 |
| 7919819 | $ 0.16 |
| 7920276 | $ 48.00 |
| 7920582 | $ 2,232.00 |
| 7971067 | $ 528.00 |
| 7973267 | $ 480.00 |
| 7973324 | $ 350.46 |
| 7973923 | $ 416.00 |
| 7975060 | $ 6,279.17 |
| 7998791 | $ 7,221.90 |
| 7998793 | $ 2,148.50 |
| 8003760 | $ 85,158.56 |
| 8006916 | $ 2,640.00 |
| 8015701 | $ 374.29 |
| 8015702 | $ 3,110.45 |