# EXHIBIT C

Exhibit C

Brokerage Reimbursement Expenses

| Brokerage Name | Invoice # | Invoiced Amount | Postcards Mailed | $0.70 Per Unit |
|---|---|---|---|---|
| Bank of America Merrill Lynch | 25F0N11410 | $ 1,093.92 | 1,296 | $ 907.20 |
| BNY  Global Class Actions | N/A | $ 562.00 | 124 | $ 86.80 |
| Broadridge Financial Solutions, Inc | 24F1N09820 | $ 25,390.26 | 18,939 | $ 13,257.30 |
| Broadridge Financial Solutions, Inc | 24F7N09821 | $ 1,210.46 | 421 | $ 294.70 |
| CIBC | 2025-01-17A | $ 242.39 | 98 | $ 68.60 |

Case No. 1:22-cv-02105-WJM-CYC      Document 111-5      filed 02/06/26      USDC Colorado
pg 2 of 2